## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. **07 - 80091**

**CIV-MIDDLEBROOKS**

THE WATERSHED TREATMENT
PROGRAMS, INC., a Florida
Corporation,

**MAGISTRATE JUDGE
JOHNSON**

     Plaintiff,

vs.

UNITED HEALTHCARE INSURANCE
COMPANY, INC., a Connecticut Corporation,
UNITED BEHAVIORAL HEALTH, INC., a
California Corporation, and INGENIX, INC.,
a Delaware Corporation,

     Defendants.

_____/



### COMPLAINT FOR DAMAGES AND FOR DECLARATORY RELIEF

The Watershed Treatment Programs, Inc., ("The Watershed"), sues United Healthcare Insurance Company, Inc., ("UHIC"), United Behavioral Health, Inc. ("UBH")(UHIC and UBH are referred to collectively as "UHC") and Ingenix, Inc. ("Ingenix")(UHIC, UBH and Ingenix are referred to collectively as "Defendants"), and alleges:

### The Parties

1.   <u>The Watershed</u>: The Watershed is a Florida corporation, authorized to and doing business within the states of Florida and Texas. The Watershed is licensed by these states to provide substance abuse treatment services ("treatment services"). The Watershed is a member of the National Association of Addiction Treatment Providers, the Association for Addiction Professionals, and the Florida Alcohol and Drug Abuse Association. The Watershed is accredited as a behavioral health care provider by the Joint Committee on Accreditation of

Page 1 of 37

Watershed Complaint

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

Healthcare Organizations. The Watershed maintains its principal place of business in Palm Beach County, Florida.

2.   UHIC:   United Healthcare Insurance Company is a Connecticut stock company with its principal place of business in Hartford, Connecticut and is a wholly-owned subsidiary of UnitedHealth Group, Inc. ("UHG"). Upon information and belief, UHIC is licensed to transact the business of insurance in all fifty states except New York, the District of Columbia, Guam, Puerto Rico and the U.S. Virgin Islands. In the State of New York, UHIC transacts the business of insurance through its wholly-owned subsidiary, United Healthcare Insurance Company of New York.

3.   UBH:   UBH is a California corporation with its principal place of business in San Francisco, California, is authorized to transact business in the State of Florida and is authorized by the Florida's Department of Financial Services to act as a Third Party Administrator. UBH administers mental health and substance abuse services for insurance coverage provided by or through UHIC, UHIC of New York or their affiliates and acts as the agent of UHIC and its affiliates in performing its administrative functions.

4.   Ingenix:   Ingenix is a Delaware for-profit corporation with its principal place of business in Eden Prairie, Minnesota, and is authorized to transact business in the State of Florida. Ingenix, as the agent of its affiliates, UHIC and UBH, performs reviews of medical records for claims administered by UBH on behalf of UHIC and its affiliates.

## Nature of Action

5.   The Watershed is a nationally recognized provider of substance abuse treatment services, with facilities in Florida and Texas. The Watershed treats patients who are insured by a number of different companies and has established a routine course of dealing with insurance

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

companies, including UHC, to obtain payment from the insurers, including UHC, for the treatment services provided to their insureds. This course of dealing includes at times an accepted routine for obtaining pre-authorizations and certifications from insurers before providing treatment services.

6. From the time The Watershed commenced its operations (approximately eight years ago) until early 2005, UHC administered and paid The Watershed's claims in a consistent manner.

7. UHC ceased paying The Watershed's claims in a consistent manner in early 2005 when at that time the Defendants conspired with each other, and upon information and belief, third party agents to deny, delay or diminish payments to The Watershed for the treatment services provided to UHC insureds, including treatment services pre-authorized by UHC and, in some instances, treatment services for which The Watershed already had entered into negotiated agreements with UHC agents for the benefit of UHC.

8. Although Defendants portray their actions as necessary to "better manage" the treatment services for which they are obligated to pay, upon information and belief, Defendants' actions are intended to coerce The Watershed: (i) to reduce the length of stay or the level of care provided to UHC insureds, or to eliminate clinically-approved levels of care altogether from the treatment plans for UHC insureds; (ii) to join UHC's provider network; and/or (iii) to cease to treat UHC insureds altogether.

9. UHC's actions described above are designed to increase UHC's profits, and the profits of its clients, and strengthen its position in the healthcare services marketplace, without regard for the health and safety of UHC's insureds in need of substance abuse treatment (hereinafter "treatment").

W012.100
61431_1

Watershed Complaint

Ver Ploeg & Lumpkin, P.A., Attorneys at law, 100 S.E. Second Street, Suite 2150, Miami, Florida 33131   Tel. (305) 577-3996 FAX 577-3558

10.     As part of their plan to delay, deny and diminish payment, Defendants implemented a systematic pre-payment review of medical records for all claims submitted by The Watershed.

11.     These pre-textual reviews, performed by Defendant, Ingenix, and the denials, are, and have been found to be, clinically unsupportable.

12.     Through the use of these pre-textual pre-payment review of all claims, Defendants have been able to gain access to, and, with access, the ability to mine, "data" in the form of thousands of patients' medical records containing protected health information.

13.     By requiring this unjustified pre-payment review of every claim submitted for payment by The Watershed and other providers, Defendants can use such data to develop strategic products and platforms to help them perform predictive modeling and profiling of member risks/costs and develop episodic treatment and risk solutions software.

14.     In other words, UHC uses its economic power to force The Watershed to turn over unnecessary patient records so that Ingenix can develop products to strengthen UHC's and Ingenix's competitive power in the health care services market and increase its profits.

15.     Notably, even though Defendants secretly conspired to deny, delay or diminish payment for the treatment services that The Watershed provides, UHC at the same time continued to pre-authorize and certify treatment services for its insureds at The Watershed's facilities.

16.     When The Watershed sought pre-authorization to provide treatment services to UHC insureds, UHC knowingly and intentionally continued to authorize treatment by The Watershed, and agreed to reimburse The Watershed for treatment services UHC at the same time systematically sought to remove, and had a plan to remove, from the continuum of care.

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

17.   UHC's representations in pre-authorizing and certifying treatment services were made with the knowledge that Defendants had implemented its plan to improperly deny, delay or diminish payment of claims by The Watershed, were fraudulent and were intended to induce The Watershed to provide treatment services to UHC insureds for which The Watershed would not be paid.

18.   Through these actions, UHC not only reduces its "paid claims" but UHC is able to continue to provide "coverage" for these same benefits and accept premium payments for these same out of network benefits from unsuspecting insureds.  As a result, UHC forces its insureds to seek treatment from participating (or cheaper) "in-network" providers controlled by UHC.

19.   In retaliation for The Watershed's complaints in response to UHC's denials of its claims, Defendants also have attempted to interfere with The Watershed's business in additional ways.  In this regard, Defendants have made frivolous complaints to various state regulatory authorities in the States of Florida, Illinois and most recently Texas concerning The Watershed.

20.   To date, the complaints, which were made without first giving The Watershed an opportunity to respond to the allegations upon which they were based, have been uniformly found to be lacking in merit by the authorities.

21.   UBH acknowledges that the complaints have been uniformly found to be lacking in merit by all regulatory authorities.

22.   Defendants also have taken the position that The Watershed is not licensed by state regulatory agencies to provide the level of substance abuse treatment services, commonly known as "inpatient rehabilitation services" or "intensive inpatient treatment services."

23.   The assertion that The Watershed is not licensed to provide these services is without merit and is made solely in an effort to further its plan to reduce the payments to The Watershed.

Watershed Complaint

W012.100
61431_1

Ver Ploeg & Lumpkin, P.A., Attorneys at Law, 100 S.E. Second Street, Suite 2150, Miami, Florida 33131   Tel. (305) 577-3996 FAX 577-3558

24.   This action initially seeks damages (a) for breaches of implied contract resulting from the failure of UHC to pay for covered treatment services provided by The Watershed to UHC insureds after UHC has pre-authorized, approved and confirmed its pre-authorization and approval for the provision of such services during concurrent reviews conducted by UHC care managers, (b) alternatively, for promissory estoppel based on The Watershed's justified reliance on UHC's representations pre-authorizing, certifying or otherwise approving theses services for UHC insureds and (c) for fraud resulting from UHC's knowing misrepresentations in expressly pre-authorizing, certifying or otherwise approving treatment, including approving treatment and treatment records in its concurrent reviews, when UHC intended to deny or delay payment for such services,

25.   The Watershed also sues Defendants for civil conspiracy and seeks damages for the Defendants' malicious conduct in coercing The Watershed, through the use of the combined economic power of UHC and Ingenix and the distinct roles of each affiliate: (a) to reduce the length of stay for its patients, UHC insureds, in the appropriate level of care or to place its patients, UHC insureds, in a clinically-unsupportable level of care and face exposure to liability for doing so, or to treat the patients at the appropriate level of care for the clinically-appropriate time period without payment; (b) to improperly deny, delay or diminish payment of claims to The Watershed so that The Watershed stops accepting UHC insureds or joins its provider network, each with the intent to increase Defendants' profits and market power in the healthcare industry.

26.   The Watershed further seeks a judicial declaration that its facilities are properly licensed to provide the intensive inpatient treatment services for which the Defendants refuse to pay on the pre-textual basis that they are unlicensed services.

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

### Jurisdiction and Venue

27.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 based on diversity of citizenship.

28.   The amount in controversy, exclusive of attorney's fees and costs, exceeds $75,000.00.

29.   Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(a) and (c) as the acts and omissions, or breaches, of the Defendants, as described below and which give rise to the causes of action alleged herein and which caused the damage to The Watershed, arose in this judicial district.  In addition, each of the Defendants resides in Palm Beach County for purposes of venue in that at all times material, UHIC was licensed to and engaged in the business of selling insurance in Palm Beach County, and throughout the State of Florida; at all times material, UBH was licensed as a third party administrator and was engaged in that business in Palm Beach County and throughout the State of Florida; and at all time material, each of the Defendants engaged in substantial and not isolated activity in Palm Beach County, and within this judicial district.

### General Allegations

### Substance Abuse Treatment Services

30.   The Watershed is recognized as a leading treatment provider offering medical detoxification, inpatient rehabilitation and other levels of treatment services for those suffering from the diseases of alcoholism and drug addiction. The Watershed was founded in February 1998 by a dedicated group of addiction professionals and investors in order to meet a chronic and desperate need for addiction treatment services. The Watershed admitted its first patient on May 1, 1998 and has since treated over 18,000 people. Over the past eight years, the executive

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

Watershed Complaint

management team and founders of The Watershed have remained committed to helping the sick and suffering alcoholic and drug addict.

31.   In November 1998, The Watershed opened its first free-standing in-patient addiction detoxification, treatment and inpatient rehabilitation facility in Boca Raton.   The Watershed also continued to provide extended care drug rehabilitation and alcohol treatment at its Delray Beach location.

32.   In January 2003, The Watershed opened its Clear Lake, Texas addiction detoxification, treatment and inpatient rehabilitation facility in southwest Houston.

33.   In October 2005, The Watershed opened its newest in-patient addiction detoxification, treatment and inpatient rehabilitation facility in Boynton Beach, Florida.

34.   The Watershed has a total capacity of 198 in-patient addiction detoxification, treatment and inpatient rehabilitation patient beds and 36 extended care addiction treatment beds.

35.   Substance abuse treatment is designed to assist persons who suffer from alcohol or drug addiction.   In the State of Florida, for example, a person is considered substance abuse impaired if he or she has a condition involving the use of alcohol or any psychoactive or mood-altering substance in such a manner so as to induce mental, emotional or physical problems and cause socially dysfunctional behavior.

36.   A provider such as The Watershed must determine the appropriate placement and corresponding treatment for a person with substance-related disorders by performing a clinical assessment of the severity of the addiction as well as other medical conditions or symptoms.   The goal is always to treat the patient in the least restrictive setting while ensuring the patient's health and safety.   These settings are commonly known as levels of care.   The provider also must hold

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

the appropriate licenses for the treatment services provided within the established continuum of care.

### The Watershed's Admission/Pre-Authorization Procedures

37.    The Watershed utilizes a detailed assessment/admission process for substance-abuse impaired patients seeking treatment.  Prior to providing any treatment to patients in need of services, The Watershed conducts an initial screening, often by telephone, to review the person's symptoms and issues to determine the appropriateness or eligibility for treatment services and possible level of care required.

38.    During this initial screening and thereafter, The Watershed contacts UHC, or any other insurance company, to verify available insurance benefits.

39.    In addition, when a patient arrives at its facilities, The Watershed's staff will conduct a clinical assessment and develop an initial treatment plan, and when required, seek pre-authorization from the patient's insurer, such as UHC, before it renders any care.  This review is referred to as "pre-authorization."

40.    The clinical assessment includes the systematic evaluation of information gathered to determine the nature and severity of a patient's substance abuse problem, the presence of any co-occurring mental health issues as described in the American Psychiatric Association DSM classifications, and medical issues and the patient's needs and motivations for services.  The assessment includes the psychosocial history of a patient supplemented by medical examination, laboratory and diagnostic testing.  The psychosocial assessment includes a series of evaluative measures designed to identify the behavioral and social factors involved in the patient's substance abuse problems to assist in developing an appropriate therapeutic treatment and plan of care for the patient.

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

41.    Based upon the clinical assessment and personal interview, and when required by the insurer, The Watershed then makes an offer to UHC, through UBH, to provide the treatment to UHC insureds and seeks acceptance of that offer in the form of pre-authorization and certification for the recommended treatment services, including the placement level and length of stay.

42.    UHC accepts The Watershed's offer during this initial telephone communication by providing The Watershed a pre-authorization or certification code as evidence of its verification, authorization and acceptance of The Watershed's offer.

43.    The Watershed routinely confirms by facsimile UHC's representations of pre-authorization and certification, which representations constitute its acceptance or approval of the specified treatment, including the approved level of care and length of stay for substance abuse treatment.

44.    This written communication by The Watershed includes the specific treatment authorized to be performed – identified by the revenue code under which the service is billed – and as such constitutes a written confirmation of the offer by The Watershed to provide the specified services to patients in return for payment of its billed charges from UHC, minus deductibles, co-payments or co-insurance.

45.    The written confirmation provides UHC a period of twenty-four (24) hours to notify The Watershed if the authorization and certification for the specified services is not correct. Exemplar copies of the "fax back" correspondence are attached as Composite Exhibit A.

46.    The Watershed has engaged in this course of conduct with UBH, on behalf of UHIC, in offering to treat UHC patients, obtaining these types of pre-authorizations and

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

certifications and payment of its billed charges, minus deductibles, co-payments and co-insurance since it first opened its doors. The Watershed began its fax back program in 2002.

47.    The Watershed's offer to provide specified services to patients is made in return for UHC's express promises and representations of authorization and certification to provide such services, and with it, UHC's express promise and representation to pay the Watershed's billed charges according to the specified revenue code for the services, minus deductibles, co-payments and co-insurance, which are not the subject of this action.

48.    The Watershed relies on such authorizations in rendering treatment to its patients.

### Concurrent and Pre-Payment Reviews

49.    Once pre-authorization or certification is obtained for a patient's care, The Watershed then engages in "concurrent reviews" with the care manager designated by UHC of the treatment of the patient. As part of the concurrent reviews, The Watershed works with the UHC care manager to ensure that patients receive the appropriate level of care for the appropriate length of stay.

50.    To do so, The Watershed provides the UHC care manager with medical records and other supporting documentation regarding the services provided on a continuing, if not daily, basis during the care and treatment of the UHC insured, which permits the UHC care manager to conduct a "concurrent review" of the care provided by The Watershed and its supporting documentation, on a continuing, if not daily, basis.

51.    UHC confirms and renews its acceptance of The Watershed's offer to provide specified treatment services each time a UHC care manager participates in a concurrent review of the care or treatment provided by The Watershed, and authorizes and certifies continued treatment of the patient.

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

52.   For those patients for whom UHC did not require pre-authorization or certification prior to treatment, historically, UHC would nonetheless request medical records periodically to ensure The Watershed was properly billing for its services.

53.   In addition to these reviews, as recently as 2004, UHC also has conducted what are known as "retrospective reviews" or "audits" of The Watershed's claims, whereby UHC reviews the medical records for a specified number of patients post-treatment to ensure the claims submitted to UHC for payment are clinically supported or, alternatively, whether "recoupment" of payments would be required.

54.   In 2004, UHC reviewed medical records for 97 UHC insureds.   UHC found *no* cause for recoupment or reimbursement of any payments made to The Watershed, evidencing proper billing and documentation of treatment over this expansive period of time.

55.   Through the course of dealing between The Watershed and UHC, including the concurrent reviews, the periodic requests for medical records and the audits, UHC obtained all material information regarding the manner in which The Watershed bills for services, the coding used, the types of treatments provided, and the manner in which treatments are provided.

56.   On occasion, third party representatives or agents of UHC, such as Concentra Operating Corp. ("Concentra"), also may contact The Watershed to negotiate rates for the services The Watershed provides to UHC insureds.   In such a situation, Concentra, or another representative agent, will request a reduction in the amount charged for the treatment services provided by The Watershed in exchange for an agreement to pay The Watershed on an expedited basis.

57.   Although The Watershed and UHC, through Concentra, have entered into a number of such agreements with respect to the claims at issue here, UHC has failed to abide by the

Watershed Complaint

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

agreements and, as it does with the other claims submitted by The Watershed, refuses to make payments to The Watershed in a timely manner or at all.

58.   UHC is obligated to pay The Watershed for the amounts claimed herein on account of services provided to UHC insureds for the following reasons:

(a)   By permitting, authorizing, approving, certifying or otherwise enabling patients to receive specified treatments from The Watershed as evidenced by the certification code provided and the continued approval and authorizations for service during the concurrent reviews by UHC care managers, UHC has manifested its clear intent to accept The Watershed's offers to provide treatment services and to pay The Watershed its billed charges, less deductibles, co-payments and co-insurance, for the services provided to UHC insureds.

(b)   Through this conduct, as evidenced by the parties' course of dealing throughout the pre-authorization and concurrent review process, UHC has allowed its insureds to receive specified treatments from The Watershed creates in each instance a binding contract between the parties, and UHC is obligated to pay for the specified services provided pursuant to that contract.

(c)   UHC's permitting, authorizing, approving, certifying or otherwise enabling its insureds to receive specified treatments from The Watershed also constitutes a promise to honor The Watershed's claims for those services and pay The Watershed its billed charges minus deductibles, co-payments and co-insurance for those covered services, a promise on which The Watershed relied to its detriment in providing the covered services to UHC insureds.

(d)   UHC reasonably should have expected the promise to pay for the verified, authorized or certified treatment services to induce reliance by The Watershed to provide the services to UHC insureds.

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET,  SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

Watershed Complaint

(e)  UHC has knowingly authorized specified treatments for its patients (done, of course, with full and complete knowledge of The Watershed's licenses and other clinical guidelines and standards), even though UHC knew that it had no intention of compensating The Watershed for the services performed.  UHC thus acts with specific knowledge that its representations are false.

(f)  The Watershed has reasonably and justifiably relied on the express promises, authorizations and certifications to provide the specified services to the UHC insureds and to incur the substantial cost of doing so.

## Defendant's Scheme to Deny, Delay and Diminish Payment to The Watershed

### Defendants Embark on a Fraudulent Scheme

59.  In early 2005, everything changed.  Rather than pay The Watershed in accordance with their established course of dealing, including UHC's express representations of payment to The Watershed each time pre-authorization is obtained for treatment, and despite The Watershed's outstanding performance on past audits and on-going concurrent reviews, Defendants conspired to, and deliberately embarked on, an organized and fraudulent scheme to systematically deny, delay, and diminish payments to The Watershed.

60.  Each Defendant, with knowledge and intent, and with malice, agreed to participate in the conspiracy, and agreed to commit acts of fraud to coerce The Watershed to forego its rightful compensation, or otherwise deprive The Watershed of its payments, and actually committed such acts.

61.  Beginning in early 2005, Defendants engaged in a pretextual pre-payment review of all claims submitted by The Watershed as an excuse to deny, delay, or diminish payments.  The fact that UHC had initiated a pre-payment review of nearly every claim submitted by The

W012.100
61431_1

Ver Ploeg & Lumpkin, P.A., Attorneys at Law, 100 S.E. Second Street,  Suite 2150, Miami, Florida 33131   Tel. (305) 577-3996 Fax 577-3558

Watershed was hidden from The Watershed; indeed, even after it was imposed, UHC continued to pre-authorize care at The Watershed for its members at approximately the same rate as it did before the pretextual pre-payment review was imposed.

62.   Moreover, as set forth below, when The Watershed first inquired about an observed slow-down in the payment of its claims, UHC denied that it had singled out The Watershed for any special review.

63.   The implementation of this plan caused The Watershed to experience a dramatic increase in the request for medical records of patients (regardless of on-going concurrent reviews or past audits) together with a dramatic decrease in payments. From March 2005 to July 2005 alone, accounts receivables rose to approximately $2.8 million.

64.   Alarmed by this unexplained departure from their years long course of dealing, The Watershed sought an explanation from the Defendants.

65.   In discussions in May 2005, the Defendants initially informed The Watershed that the increase in medical records reviews and the corresponding delay in payments was due to a change in the "claims platform" used by UBH to process claims as a result of a new agreement with its sister UnitedHealth Group company, Ingenix. The Watershed was assured that it was not being singled out for "extraordinary reviews."

66.   This statement was false when made and was relied upon by The Watershed in continuing to provide services to UHC insureds.

67.   The Watershed then began a series of communications with Louise Dobbe, associate general counsel for Ingenix. In June 2005, Ms. Dobbe advised that The Watershed had in fact been placed in the Special Investigations Unit ("SIU") of Ingenix based on unspecified or unconfirmed investigative findings regarding The Watershed's "business practices" and that The

Watershed Complaint

Watershed would remain in the SIU until either it "fixed" its business practices or stopped admitting UBH members for treatment.

68.    UHC had not previously notified The Watershed of the on-going reviews and never explained what it was investigating and what "business practices" The Watershed purportedly needed to fix. UBH in fact continued to pre-authorize and certify treatment by The Watershed despite the fact that it had placed The Watershed in the SIU and had decided to cease paying for The Watershed's services without explanation.

69.    In light of the unsubstantiated and meritless accusations and the lack of opportunity to discuss UHC's purported "findings" with UHC clinicians, The Watershed, in a letter dated July 1, 2005, a copy of which is attached as Exhibit B, raised the following concerns regarding UHC's business practices:

>    (a)    UHC's failure to provide written explanations for its review or its findings;
>
>    (b)    UHC's failure to comply with prompt pay requirements;
>
>    (c)    UHC's suspension of payment for all claims to The Watershed regardless of whether a medical records request had been made;
>
>    (d)    UHC's authorization and certification of many of the claims under review, including its conducting of a concurrent clinical review of the claims and the supporting documentation;
>
>    (e)    UHC's denial of out-of-network benefits to its insureds without their knowledge while directing them to "less costly," i.e., in-network, providers in blatant violation of state and federal laws.

70.    In the interim, The Watershed continued to comply with the requests for medical records, and to date has provided complete medical records for over 700 patients *at an approximate cost for copying alone of $350,000.*

Watershed Complaint

W012.100
61431_1

Ver Ploeg & Lumpkin, P.A., Attorneys at law, 100 S.E. Second Street, Suite 2150, Miami, Florida 33131   Tel. (305) 577-3996 FAX 577-3558

71. Nonetheless, UHC continued its practice of denying, delaying or diminishing payment and in fact continues such practice today without sufficient explanation.

72. To date, UHC owes The Watershed in excess of five million dollars ($5,000,000.00), after accounting for patients' deductibles, co-payments or co-insurance.

73. In addition, Defendants instituted a series of frivolous complaints against The Watershed with state regulatory agencies in the States of Florida and Illinois, which in each instance were found to be without merit, and recently has initiated a complaint in Texas.

74. In an attempt to resolve these issues, the Watershed and Defendants began a series of conference calls in the fall of 2005. During these calls, UHC took the position that UHC conducts these pre-payment reviews for all non-network providers and for network providers submitting claims over an unspecified dollar level (based on unspecified, secret algorithms) to manage costs.

75. UHC stated that Ingenix conducts these pre-payment reviews on all claims regardless of whether the claims already have been pre-authorized or subject to "concurrent review" by UHC care managers with no findings of errors or improper billing.

The Ingenix Reviews

76. Ingenix, a wholly owned subsidiary of UnitedHealth Group, serves as the "data warehousing and technology services area of UnitedHealth Group" and "supplies a wide variety of software, data, and consulting services to the various businesses of UnitedHealth Group along with the greater health care industry."[1]

---

[1] United Health Group has six subsidiaries: United HealthCare, Ovations, AmeriChoice, Uniprise, Specialized Care Services, and Ingenix. *See* http://www.uhc.com/aboutus/unitedhealthgroup.htm. UBH belongs to the Specialized Care Services subsidiary.

Watershed Complaint

W012.100
61431_1

77.   Upon information and belief, the data "warehoused" and used by Ingenix includes patient health information acquired by UnitedHealth Group affiliates and other health plans in administering health benefits, with or without the knowledge of the plans, employers or their employees.

78.   For instance, United Healthcare will provide Ingenix with patient health information or provider rate information obtained from other payers in the guise of coordination of benefits.   In turn, Ingenix can provide its affiliates with a wealth of data regarding the demographics, diseases, habits, and utilization rates of millions of patients that can give the affiliates significant advantages in competing for business.

79.   Ingenix uses this data to develop products and databases to (i) strengthen UHC's and Ingenix's competitive power in the health care services market, (ii) drive down the benefits UHC pays and the care its insureds receive, and (iii) increase UHC's and its own profits.

80.   Although UBH represents itself as having the specialized knowledge and expertise to administer mental health and substance abuse services, UHC in fact has contracted out "clinical reviews" of The Watershed's claims, including patient medical records, to Ingenix.

81.   By using Ingenix to perform utilization review, based on purported "evidence" for specified demographics for specified populations, UHC asserts it can better "manage" treatment by reducing lengths of stays.   In reality, UHC seeks to create a false continuum of care for substance abuse treatment that forces a patient to go directly from detoxification to outpatient services, a treatment plan unsupportable by any clinical evidence and seriously detrimental to the patient.

82.   UHC's use of Ingenix in performing utilization reviews and medical reviews is maliciously motivated.   The positions taken by Defendants during these reviews are clinically

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

unsupportable and appear to be solely aimed at forcing The Watershed to cease its treatment of UHC's insureds altogether so that those patients are forced to seek treatment from participating providers.

83.   By way of example, in performing the pre-payment reviews, Ingenix provides no explanation regarding the "lack of documentation" that would permit The Watershed, or any provider for that matter, to "cure," "clarify" or "correct" UHC's concerns, whether justified or unjustified, and therefore address the bases for denial in any meaningful way to get paid.

84.   UHC has taken the position that since The Watershed has done business with UHC for years, it should be able to "deduce" the bases for denials from one-line explanations, such as "medical records do not support billed claims."

85.   In fact, UHC repeatedly has claimed that it would be administratively impossible for UHC to provide The Watershed "detailed" explanations for its denials based on the documentation review or to provide any denials or other determinations, including payment, promptly and in accordance with Florida's prompt pay statute.

86.   While UHC admits it is obligated to comply with Florida's prompt pay statutes as well as those promulgated by other states, UHC purposefully has made it difficult if not impossible for a substance abuse treatment provider such as The Watershed to submit a claim for payment that satisfies the requirements of Ingenix and its software.  As a result, UHC attempts to excuse its noncompliance with the prompt pay statutes by asserting that the claims were not properly submitted.

87.   In addition, in performing "document reviews," Ingenix utilizes its own secret coding and UHC refuses to share the "coding" or "drivers" utilized by Ingenix so that providers

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

can submit otherwise compensable claims that the software will recognize and approve. UHC instead contends that The Watershed has the responsibility to "understand" the summary denials.

88. The automatic pre-payment reviews of all non-network and some network claims, including The Watershed's claims, also help Ingenix by providing it with unlimited, unmatched and free access to "data" for its warehouse, which data Ingenix can mine for a variety of purposes unrelated to the processing of claims or the legitimate review of those claims.

89. These reviews have been conducted without justification and represent another attempt by UHC to deny, delay or diminish payment to The Watershed. By conducting these reviews, utilizing software designed to artificially create inconsistencies or errors in clinical reviews or to apply improper criteria and to artificially reduce the length of stay for inpatient services or to eliminate inpatient services altogether, UHC has been able to continue to collect premium payments from UHC insureds for non-network benefits and retain those funds by denying or delaying payment to The Watershed.

90. On or about December 15, 2006, UBH notified The Watershed that it was being taken "off Ingenix review" for the following reasons:

1) Ingenix has reported the facility twice to the FL DOI. Although we supplied the DOI with evidence, they didn't find evidence to press any charges. The DOI interviewed current pts, not the ones that were involved in cases where we had findings.

2) UBH has approved the facility to bill rev code 126 (inpt detox).

3) Since July 26 of '06, we've had 20 cases with no findings.

4) UBH and Ingenix attorneys have been involved with discussions and letters with the facility which has resulted in changes in billing practices. That has led to our not having to scrutinize their claims like we had to in the past.

5) Education letters have been sent to the clinicians who bill separately.

Watershed Complaint

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

6) Patient interviews support the facility is following FL law regarding PHP whereby they don't render any treatment services at the same location where the pt sleeps at night.

7) Given they're non-par, it's difficult for us to "enforce" UBH level of care, treatment, and documentation guidelines.  In addition, those are more quality of care issues than fraud issues.

8) In some situations where we denied due to no documentation was originally submitted to support the billed charges, they subsequently submitted the info which resulted in reconsiderations.

9) Patients report attending the therapies and getting meds while in treatment.  Most, if not all, have been satisfied with the treatment.

91.   After subjecting The Watershed to these prospective reviews for a period of 24 months, UBH now acknowledges that such reviews were unfounded and has represented to The Watershed that it is no longer subject to "Ingenix reviews."

92.   As a result of the unjustified "prospective reviews," UHC still owes The Watershed over five million dollars ($5,000,000).  Though UHC has made payments in recent months for pre-authorized, pre-certified care subsequently denied by UHC under the guise of the "prospective reviews," UHC still owes The Watershed approximately one hundred thousand dollars ($100,000) for pre-authorized, pre-certified and over one hundred fifty thousand dollars ($150,000) in interest due on the recently-paid claims.

93.   In addition, UBH continues its refusal to pre-certify (when required) or outright deny payment for a majority of claims submitted by The Watershed on pre-textual bases, including licensure issues described more fully below.

Defendants' Pretextual Denials Based on Licensing Issues.

91.   UHC also has denied claims submitted by The Watershed on the pretext that the treatment services are provided outside the scope of its applicable licenses.  Again, UHC has

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET,  SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996  FAX 577-3558

implemented this strategy in an effort to reduce its expenses by eliminating the ability of patients to obtain inpatient services from non-network providers.

A.     **Florida License.**

92.    Service providers and facilities such as The Watershed offering treatment for substance abuse must be licensed by the appropriate state agency charged with regulating substance abuse treatment.  In Florida, licensable service components for treatment of substance abuse have been defined by the Legislature and can be found in Chapter 397 of the Florida Statutes at § 397.311(18), Fla. Stat. In Florida, the agency responsible for promulgating rules relating to substance abuse licensing is the Department of Children & Family Services ("DCF").  Such rules for each licensed service component can be found in Rule 65D-30, F.A.C.

93.    Presently, The Watershed is licensed by the State of Florida to provide (1) Detoxification, (2) Intensive Inpatient Treatment, and (3) Residential Level 1 service components, among other licenses.  Copies of The Watershed's Florida applicable licenses are included in Composite Exhibit C.

94.    The American Society of Addiction Medicine ("ASAM") also has established level of care guidelines for substance abuse treatment services known as Patient Placement Criteria for the Treatment of Substance-Related Disorders (ASAM PPC-2).

95.    The services provided under the Florida Intensive Inpatient Treatment license are consistent with ASAM Level III.7 placement guidelines for medically-monitored intensive inpatient treatment.  The Florida Intensive Inpatient Treatment licensable service component is commonly known as inpatient rehabilitation services.

96.    As part of its Florida Supplement to the ASAM Patient Placement Criteria, DCF has created a "crosswalk" between ASAM's PPC-2 levels of care and DCF's 65D-30 levels of

Watershed Complaint

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET,  SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

care to assist its licensed providers.  Under the crosswalk, The Watershed's Intensive Inpatient Treatment license corresponds to ASAM's Level III.7 guidelines for Inpatient Rehabilitation:

**ASAM PPC-2R Levels of Care and 65D-30, FAC Levels of Care (Adult) Crosswalk**

| ASAM PPC-2R<br>Levels of Care | 65D-30, F.A.C.<br>Levels of Care |
|---|---|
| Level III.5<br>Clinically Managed High Intensity Residential Treatment | Levels I and II<br>Residential Treatment |
| Level III.7<br>Medically Monitored Intensive Inpatient Treatment | Intensive Inpatient Treatment |

97.    In administering mental health and substance abuse services for insurance provided by or through UHIC and its affiliates, UBH has developed its own "level of care" guidelines.[2]

98.    From the inception of The Watershed's programs in 1998, UHC has authorized, certified, and paid The Watershed for the intensive inpatient treatment services now provided under its Florida Intensive Inpatient Treatment license pursuant to UBH's own inpatient rehabilitation level of care guidelines and the intensive inpatient treatment guidelines (Level III.7) issued by ASAM, even during the time period when The Watershed provided this level of care while operating under its Residential Level 1 license.

99.    From 1998 through October 1, 2006, UHC has authorized The Watershed to bill for its inpatient rehabilitation services under industry-standard revenue code 128 or 129, "inpatient rehabilitation," and UHC confirmed the appropriate billing codes as recently as April 2006.

---

[2]  The guidelines can be found at http://www.ubhonline.com/html/guidelines/levelOfCareGuidelines/index.html.

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

100. Moreover, the billing (or revenue) code utilized by The Watershed for inpatient rehabilitation services is consistent with the structure of revenue codes for such services set forth in UBH's Facility Manual available on its website.

101. Since October 1, 2006, UHC has denied and continues to deny claims for the same inpatient rehabilitation services because, according to UHC, The Watershed is licensed only to provide "residential rehabilitation" services.  See Letter from Mary Wesson to Patrick Kirse dated September 18, 2006 attached as Exhibit D.

102. In making its determination, UHC takes advantage of semantics and views form over substance in terms of the treatment provided under the license.

103. As a consequence, UHC will not authorize inpatient rehabilitation services or pay claims for such services because UHC wrongfully asserts that those services were "provided outside the scope of its license."

104. UHC essentially requests that The Watershed downcode its treatment services to a category of services that are not covered under many insureds' plans and, if they are covered, are reimbursed at a lower rate than intensive inpatient treatment services.

**B.**   **Texas License.**

105. The licensing rules of the State of Texas for chemical dependency treatment facilities are the responsibility of its Department of State Health Services ("DSHS").  According to DSHS, The Watershed is licensed to provide Adult Detoxification Residential and Intensive Residential treatment at its Clear Lake facility. Copies of its Texas licenses are included in Composite Exhibit E. The Watershed's Inpatient rehabilitation treatment falls under its Intensive Residential license.

W012.100
61431_1

Watershed Complaint

Ver Ploeg & Lumpkin, P.A., Attorneys at law, 100 S.E. Second Street,  Suite 2150, Miami, Florida 33131   Tel. (305) 577-3996  Fax 577-3558

106. In addition, The Watershed's intensive inpatient treatment services fall within the placement guidelines set forth in the ASAM guidelines for intensive inpatient treatment (Level III.7) as well as UBH's level of care guidelines for "inpatient rehabilitation" services. In fact UBH's very own website (UBHonline.com) for Texas policies refers to and directly links Texas Administrative Code rules and guidelines for Intensive Residential treatment.

107. The Watershed's inpatient rehabilitation treatment also falls squarely within the Texas Department of Insurance rules relating to "Standards for Reasonable Cost Control and Utilization Review for Chemical Dependency Treatment Centers" and in particular within the rules relating to "Inpatient Rehabilitation/Treatment (Hospital or 24-hour Residential Services)" set forth in 28 TAC § 3.8011.

108. UHC nonetheless insists that The Watershed is providing residential services only and is denying claims for its Texas facility as well for being outside the scope of its license.

### C.   Issues Common to Both Licenses

109. Most patients who seek treatment from The Watershed or any other non-network private facility only have benefits covering intensive inpatient treatment services but not for corresponding residential benefits.

110. By claiming that The Watershed is not licensed to provide intensive inpatient treatment services, but is only licensed for residential rehabilitation services, UHC is attempting to effectively eliminate this level of care from the continuum of care for substance abuse treatment while still collecting premium payments on behalf of UHC insureds and other payers for patients otherwise entitled to out-of-network benefits for rehabilitation services and, hence, treatment at The Watershed.

Watershed Complaint

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

**General Allegations and Conditions Precedent**

111.  The Watershed has performed all other necessary conditions precedent to filing suit and/or such conditions have been waived.

112.  The Watershed offers to do equity in the premises.

113.  The Watershed has retained legal counsel and is obligated to pay the undersigned counsel a reasonable fee for services provided.

## COUNT I – BREACH OF IMPLIED-IN-FACT CONTRACT
(Against UHIC and UBH)

114. The Watershed realleges and incorporates the allegations set forth above in paragraphs 1-113.

115.  Unambiguous Offer:  Based upon the clinical assessment and personal interview, and when required by the insurer, The Watershed makes an offer to UHC to provide specified treatments to UHC insureds and seeks acceptance of that offer in the form of pre-authorization and certification for the recommended treatment services, including pre-authorization and certification of the placement level and length of stay.

116.  The terms and the conditions of the offers are clear and unambiguous.  Specifically, The Watershed offers to provide specified treatments to UHC insureds in return for and upon UHC's express authorization and certification that it is authorized to provide such services.

117.  Unambiguous Acceptance:  UHC accepts The Watershed's offer during this initial telephone communication with The Watershed by providing The Watershed a pre-authorization or certification code as evidence of its verification, authorization and acceptance of The Watershed's offer.

118.  The Watershed on many occasions then confirms by facsimile the representations of the payer or third party administrator, in this case, UBH, in accepting or approving of the

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

treatment through its pre-authorizations or certifications on behalf of UHIC, including the approved level of care for substance abuse treatment.

119. This written communication by The Watershed includes the specific treatment authorized to be performed – identified by the revenue code under which the service is billed – and as such constitutes a written confirmation of UHC's acceptance of The Watershed's offer to provide the specified services to patients in return for payment from UHC of its billed charges, minus deductibles, co-payments or co-insurance, which amounts are not the subject of this action.  The written confirmation provides UHC a period of twenty-four (24) hours to notify The Watershed if the authorization and certification for the specified services is not correct.

120. UBH, as UHIC's agent and on its behalf, thus accepts the offers by permitting, authorizing, approving, certifying or otherwise enabling patients to receive treatment from The Watershed upon authorization and certification by UHC, as evidenced by the certification codes and not withdrawing such consent within 24 hours, with full and complete knowledge of The Watershed's licenses and other clinical guidelines and standards.

121. Mutual Intent to be Bound: By permitting, authorizing, approving, certifying or otherwise enabling patients to receive specified treatments from The Watershed, UBH, as UHIC's agent and on its behalf, has manifested its clear intent to accept The Watershed's Offer, which creates the contractual relationship between the parties obligating UHC to pay The Watershed its billed charges (minus deductibles, co-payments or co-insurance) for the specified services provided pursuant to the parties' Agreement.

122. Once pre-authorization or certification is obtained for a patient's care, The Watershed then engages in "concurrent reviews" with the care manager designated by UHC of the treatment of the patient.  As part of the concurrent reviews, The Watershed works with the

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

UHC care manager to ensure that patients receive the appropriate level of care for the appropriate length of stay.

123. To do so, The Watershed provides the UHC care manager with medical records and other supporting documentation regarding the services provided on a continuing, if not daily, basis during the care and treatment of the UHC insured and the care manager is able to conduct a "concurrent review" of the care provided by The Watershed on a continuing, if not daily, basis.

124. UHC thus confirms and renews its acceptance of The Watershed's offer to provide specified treatment services each time a UHC care manager participates in a concurrent review of the care or treatment provided by The Watershed, reviews patient medical records and authorizes and certifies continued treatment of the patient.

125. Consideration:  The Watershed has provided UHC consideration for its acceptance of the Offer by providing the specified services to UHC's insureds pursuant to the applicable revenue codes.

126. Breach: UHC has breached the implied-in-fact contract by failing to pay and/or pay timely The Watershed its billed charges for the specified services under the terms of the Offer each time it has authorized and certified the specified services.

127. Damages: As a result of UHC's breaches of the implied contract, The Watershed has been damaged, to date, in an amount in excess of $100,000 for unpaid claims and $150,000 in interest owing on late paid claims, and will continue to be damaged in an increasing amount by UHC's breaches.   A copy of the spreadsheets evidencing the payments still due and owing and the payments for which interest is due and owing are attached as Composite Exhibit F.

W012.100
61431_1

Ver Ploeg & Lumpkin, P.A., Attorneys at Law, 100 S.E. Second Street, Suite 2150, Miami, Florida 33131  Tel. (305) 577-3996 FAX 577-3558

Watershed Complaint

WHEREFORE, The Watershed Treatment Programs, Inc. requests that this Court enter a judgment against UHIC and UBH for damages through the date of trial, prejudgment and post-judgment interest on each award, and such other and further relief as this Court deems appropriate.

## COUNT II - PROMISSORY ESTOPPEL
(Against UHIC and UBH)

128. The Watershed realleges and incorporates the allegations set forth above in paragraphs 1 –113.

129. In verifying, authorizing and certifying treatment for UHIC insureds, UBH on behalf of UHIC, promised to pay The Watershed for the approved treatments.

130. The Watershed relied on such promises to its detriment in providing the covered services to UHIC insureds.

131. UHIC reasonably should have expected the promise to pay for the verified, authorized or certified treatment services would induce reliance by The Watershed to provide the services to UHIC insureds.

132. Injustice can only be avoided by enforcement of the promise to pay for the services provided to UHIC insureds as set forth on the schedule attached as Exhibit F.

WHEREFORE, The Watershed Treatment Programs, Inc. requests that this Court enter a judgment against UHIC and UBH for damages through the date of trial, prejudgment and post-judgment interest on each award, and such other and further relief as this Court deems appropriate.

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

## COUNT III – FRAUDULENT MISREPRESENTATION

133. The Watershed realleges and incorporates the allegations set forth above in paragraphs 1-113.

134. <u>False Statements of Material Fact</u>:  Following the clinical assessment and personal interview with patients, The Watershed when necessary contacts UHC by telephone to seek UHC's pre-authorization and certification to provide the recommended treatment services to UHC insureds, including pre-authorization and certification of the recommended placement level of care and length of stay.

135. During this initial telephone communication between The Watershed and UHC, UHC makes material statements to The Watershed by which UHC pre-authorizes and certifies recommended treatment services for UHC insureds, and as evidence of its pre-authorization and certification, provides The Watershed with a pre-authorization or certification code.

136. During the pre-authorization and concurrent review process, UHC makes these representations to The Watershed in the form of pre-authorizations and certifications of approval for the provision by The Watershed of specified treatments services for its insureds with full and complete knowledge of The Watershed's licenses and other clinical guidelines and standards.

137. On many occasions during the pre-authorization process, The Watershed also routinely confirms via facsimile the pre-authorization and certification by UHC of specified treatments services for its insureds.  The written communication further confirms the treatment authorized by UHC, including the revenue code under which the service is billed, and also requires notification from UHC within 24 hours if the pre-authorization and certification for the specified services is not correct.

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

138. Each time UHC fails to contact The Watershed within the 24 hour period, UHC represents to The Watershed by its omission that it has authorized and certified the treatment services to be provided to UHC insureds.

139. UHC makes additional representations to The Watershed confirming and renewing its acceptance of The Watershed's offer to provide specified treatment services each time a UHC care manager participates in a concurrent review of the care or treatment provided by The Watershed, reviews patient medical records and authorizes and certifies continued treatment of the patient.

140. <u>Knowledge of Falsity</u>:   From approximately January 2005 through December 15, 2006, when UHC provided its express representations that the services are authorized to be performed, UHC knew that it had no intention of compensating The Watershed for the services performed.  UHC thus acted with specific knowledge that its representations are false.

141. UHC's failure to timely respond to the facsimile confirmation constitutes an additional and express representation that UHC has authorized the service, and intends to pay for services provided by The Watershed when it knew the express omissions are false.  UHC thus acted with specific knowledge that its express omissions are false.

142. <u>Intent</u>:  UHC's fraudulent misrepresentations concerning authorization and payment were made with the intent that The Watershed rely on the authorizations and provide the specified services to UHC's insureds.

143. <u>Justifiable reliance</u>:   UHC indicated its intent to pay for services by permitting, authorizing, approving, certifying or otherwise enabling patients to receive the specified treatment from The Watershed throughout the pre-authorization and concurrent review processes.

W012.100
61431_1

Watershed Complaint

Ver Ploeg & Lumpkin, P.A., Attorneys at law, 100 S.E. Second Street,  Suite 2150, Miami, Florida 33131   Tel. (305) 577-3996 FAX 577-3558

144. The Watershed reasonably and justifiably relied on UHC's representations that the services were authorized and would be paid in full and thus provided services to UHC insureds.

145. In addition, by use of its fax-back program, The Watershed requires that UHC contact The Watershed if UHC does not agree to authorize the specified services. Thus, The Watershed justifiably relied on UHC's failure to withdraw authorization for services within 24 hours after receiving a written confirmation from The Watershed of UHC's authorization for the services.

146. <u>Damages</u>: As a result of UHIC's and UBH's actions, The Watershed has been damaged.

WHEREFORE, The Watershed Treatment Programs, Inc. requests that this Court enter a judgment against UHIC and UBH for damages through the date of trial, prejudgment and post-judgment interest on each award, punitive damages and such other and further relief as this Court deems appropriate.

## COUNT IV – CIVIL CONSPIRACY

### (Against all Defendants)

147. The Watershed realleges and incorporates the allegations set forth above in paragraphs 1-113.

148. Defendant UHIC offers insurance coverage to employers and other groups, as well as individuals throughout the U.S.

149. Defendant UBH administers the mental health and substance abuse benefits of insureds, who receive coverage for those services by or through UHIC.

150. Defendant Ingenix, on behalf of UBH and UHIC, and using its purposefully designed software, conducts medical reviews of the claims submitted by providers such as The

W012.100
61431_1

Watershed for treatment provided to insureds who receive coverage for the services by or through UHIC. Defendant Ingenix also gathers (or mines) the data, or the protected health information, of the insureds for whom it conducts these medical reviews and shares that data with its sister affiliates to strategically place UHIC in an advantageous position of economic power in the healthcare industry and particularly with health care providers.

151. Through its numbers and economic power, the Defendants have tortiously sought to coerce The Watershed to reduce the length of stay for its patients in the appropriate level of care or to place its patients in a clinically-unsupportable level of care (and face exposure to liability for doing so), to treat the patients at the appropriate level of care for the clinically-appropriate time period without benefit of payment or to join UHC's network.

152. On informed belief, UHIC and UBH utilizes Ingenix to pursue a "one-size fits all" policy for substance abuse treatment that is clinically unsupportable. Through its economic power in the healthcare marketplace, UBH on behalf of UHIC and with the assistance of Ingenix, essentially forces substance abuse treatment providers such as The Watershed to provide necessary treatment free of charge to UHC insureds and patients, to provide treatment at a clinically unsupportable level of care, to discharge patients prematurely from its care and expose itself to corresponding liability for so doing or to join UHC's network.

153. Through its numbers and economic power, the Defendants have also purposefully and tortiously denied or delayed payments to The Watershed in an effort to coerce The Watershed to stop admitting UHC insureds so that The Watershed will join UHC's network or its insureds will seek treatment from less expensive UHC-controlled providers.

W012.100
61431_1

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

Watershed Complaint

154. In so tortiously acting, the Defendants have acted with a malicious motive, specifically, with the intent of increasing UHC's profits and market power in the healthcare industry at the expense of its insureds' health and at the cost of the providers who treat them.

155. As a result of the Defendants malicious and tortious conduct, The Watershed has been damaged.

WHEREFORE, The Watershed Treatment Programs, Inc. requests that this Court enter a judgment against UHIC, UBH and Ingenix for damages through the date of trial, prejudgment and post-judgment interest on each award, punitive damages and such other and further relief as this Court deems appropriate.

## COUNT V – DECLARATORY RELIEF

### (Against all Defendants)

156. The Watershed realleges and incorporates the allegations set forth above in paragraphs 1-113.

157. On or about July 1, 2005, the Florida Legislature amended Chapter 397 to create a new licensable service component for Intensive Inpatient Treatment under Fla. Stat. § 397.311(18).

158. Since that time, The Watershed has provided treatment services in Florida, including intensive inpatient treatment services, to UHC insureds and will continue to provide such services to patients in need of that level of care and treatment. Such services are provided pursuant to, and fall within the scope of, its licenses issued by the State of Florida, including its Intensive Inpatient Treatment license.

159. The intensive inpatient treatment services provided by The Watershed pursuant to its Intensive Inpatient Treatment services license meet the ASAM criteria for medically

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

monitored intensive inpatient treatment (Level III.7) and the level of care guidelines for inpatient rehabilitation utilized by UBH.

160. The Watershed's intensive inpatient treatment services provided at its Texas facility falls under a Texas Intensive Residential license and fall squarely within the placement guidelines set forth in the ASAM intensive inpatient treatment guidelines (Level III.7) as well as UBH's level of care guidelines for inpatient rehabilitation services.  In fact UBH's very own website (UBHonline.com) for Texas policies refers to and directly links to the Texas Administrative Code rules and guidelines for Intensive Residential treatment.

161. The Watershed's intensive inpatient treatment services also fall squarely within the Texas Department of Insurance rules relating to "Standards for Reasonable Cost Control and Utilization Review for Chemical Dependency Treatment Centers" and in particular within the rules relating to "Inpatient Rehabilitation/Treatment (Hospital or 24-hour Residential Services)" set forth in 28 TAC § 3.8011.[3]

162. <u>The Watershed's Right</u>: The Watershed believes, and therefore alleges, that the license issued pursuant to Fla. Stat. § 397.311(18) for Intensive Inpatient Treatment services is a separate licensable component from the license issued pursuant to § 397.311 for residential services, and that the intensive inpatient treatment services provided pursuant to the Intensive Inpatient Treatment license are not residential services (for which UHC refuses to pay) but are consistent with and properly provided within ASAM guidelines for intensive inpatient treatment and the guidelines established by UBH for inpatient rehabilitation services.  The Watershed believes, and therefore alleges, that its license issued pursuant to TAC § 448.903 for Residential

---

[3]  Please note that the Texas Department of Insurance rules regarding Recommended Length of Stay for Inpatient Rehabilitation/Treatment (Hospital or 24-hour Residential) Services is between 14 and 35 days.  See 28 TAC § 3.8014.

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

Intensive treatment are consistent with and properly provided within ASAM intensive inpatient treatment guidelines and the guidelines established by UBH for inpatient rehabilitation services, which guidelines reference the Texas Administrative Code for Residential Intensive treatment.

163. Justiciable Controversy:  UHC contends that The Watershed is not licensed under either state to provide inpatient rehabilitation services but only is licensed to provide residential rehabilitation services pursuant to "higher level residential licenses."

164. Since October 1, 2006, UHC has refused to authorize, or has authorized and subsequently denied payment for, inpatient rehabilitation services provided by The Watershed when billed under revenue code 128 or 129, inpatient rehabilitation.  UHC contends that such services must be billed under revenue code 944 as residential rehabilitation services.

165. A justiciable controversy therefore exists.

166. Need for Declaration: The Watershed therefore is in doubt as to its legal rights and obligations regarding its licensure under Chapter 397 of the Florida Statutes and Chapter 448 of the Texas Administrative Code.

WHEREFORE, The Watershed Treatment Programs, Inc. requests that this Court enter a judgment declaring the rights and obligations of The Watershed regarding the permissible scope of its license for Intensive Inpatient Treatment services, including a declaration that such services are consistent with and provided in accord with ASAM intensive inpatient treatment guidelines (Level III.7) and UBH's inpatient rehabilitation guidelines, and that The Watershed is entitled to payment for services denied on such grounds, and grant it such further relief as the Court deems just, fair and equitable.

W012.100
61431_1

Watershed Complaint

VER PLOEG & LUMPKIN, P.A., ATTORNEYS AT LAW, 100 S.E. SECOND STREET, SUITE 2150, MIAMI, FLORIDA 33131   TEL. (305) 577-3996 FAX 577-3558

## DEMAND FOR JURY TRIAL

The Watershed Treatment Programs, Inc. demands a trial by jury of all issues so triable.

Dated: *January 30, 2007*

Respectfully submitted,

**VER PLOEG & LUMPKIN, P.A.**
*Attorneys for the Watershed Treatment*
*Programs, Inc.*
100 S.E. Second Street, Suite 2150
Miami, Florida 33131-2151
Tel.: (305) 577-3996
Fax: (305) 577-3558

By: _____
    **Eileen L. Parsons**
    Florida Bar No. 765716
    **Jason S. Mazer**
    Florida Bar No. 0149871
    **Meredith A. McCardle**
    Florida Bar No. 688029

W012.100
61431_1

Watershed Complaint

# EXHIBIT A

**EXHIBIT A**



THE
# WATERSHED
Addiction Treatment Programs

11/8/2006

Patient's Name: «Pat_First_Name» «Pat_Last_Name»
Patient's Account #: «Pat_Patient_No»
Social Security #: «Pat_SSN»
Date of Birth: «Pat_DOB»
Insurance Policy: «Ins1_Patient_ID»


Insurance Reviewer's Name: _____

This is to confirm that _____ is authorizing
The Watershed® to provide the following treatment:

| ☒ | Code | Description | Auth # | |
|---|------|-------------|--------|---|
| | 126 | Detoxification | | |
| | | Notification Only | | |
| | | Non –Managed | No precert required for claim payment | |
| | | Other | | |

to the above subscriber from _____ through and including

_____ for a total of _____ days at this level of care.

The next review date is scheduled for _____.

If your understanding is not consistent with the above information, please contact

_____ at ( ) _____

within 24 hours.


Signed,



_____
The Watershed® Reviewer



# THE
# WATERSHED
### Addiction Treatment Programs

11/8/2006

Patient's Name: **«Pat_First_Name» «Pat_Last_Name»**
Patient's Account #: «Pat_Patient_No»
Social Security #: «Pat_SSN»
Date of Birth: «Pat_DOB»
Insurance Policy: «Ins1_Patient_ID»


Insurance Reviewer's Name: _____

This is to confirm that _____ is authorizing
The Watershed® to provide the following treatment:

| ☒ | Code | Description | Auth # | |
|---|------|-------------|--------|---|
| | 129 | Intensive Inpatient Rehabilitation | | |
| | | Notification Only | | |
| | | Non –Managed | No precert required for claim payment | |
| | | Other | | |

to the above subscriber from _____ through and including

_____ for a total of _____ days at this level of care.

The next review date is scheduled for _____.

If your understanding is not consistent with the above information, please contact

_____ at ( ___ ) _____

within 24 hours.

Signed,


_____
The Watershed® Reviewer



THE
# WATERSHED
Addiction Treatment Programs

11/8/2006

Patient's Name: «**Pat_First_Name**» «**Pat_Last_Name**»
Patient's Account #: «Pat_Patient_No»
Social Security #: «Pat_SSN»
Date of Birth: «Pat_DOB»
Insurance Policy: «Ins1_Patient_ID»


Insurance Reviewer's Name: _____

This is to confirm that _____ is authorizing
The Watershed® to provide the following treatment:

| ☒ | Code | Description | Auth # | |
|---|---|---|---|---|
| | 169 | Partial Hospitalization (PHP) | | |
| | | Notification Only | | |
| | | Non –Managed | No precert required for claim payment | |
| | | Other | | |

to the above subscriber from _____ through and including

_____ for a total of _____ days at this level of care.

The next review date is scheduled for _____.

If your understanding is not consistent with the above information, please contact

_____ at (      ) _____

within 24 hours.

Signed,


_____
The Watershed® Reviewer



THE
# WATERSHED®
Addiction Treatment Programs

11/8/2006

Patient's Name: «Pat_First_Name» «Pat_Last_Name»
Patient's Account #: «Pat_Patient_No»
Social Security #: «Pat_SSN»
Date of Birth: «Pat_DOB»
Insurance Policy: «Ins1_Patient_ID»


Insurance Reviewer's Name: _____

This is to confirm that _____ is authorizing
The Watershed® to provide the following treatment:

| ☒ | Code | Description | Auth # | |
|---|---|---|---|---|
| | 912 | Intensive Outpatient (IOP) | | |
| | | Notification Only | | |
| | | Non –Managed | No precert required for claim payment | |
| | | Other | | |

to the above subscriber from _____ through and including
_____ for a total of _____ days at this level of care.

The next review date is scheduled for _____.

If your understanding is not consistent with the above information, please contact

_____ at ( ) _____

within 24 hours.


Signed,



_____
The Watershed® Reviewer



THE
# WATERSHED
Addiction Treatment Programs

11/8/2006

Patient's Name: «Pat_First_Name» «Pat_Last_Name»
Patient's Account #: «Pat_Patient_No»
Social Security #: «Pat_SSN»
Date of Birth: «Pat_DOB»
Insurance Policy: «Ins1_Patient_ID»

Insurance Reviewer's Name: _____

This is to confirm that _____ is authorizing
The Watershed® to provide the following treatment:

| ☒ | Code | Description | Auth # | |
|---|------|-------------|--------|---|
| | 944 | Residential | | |
| | | Notification Only | | |
| | | Non –Managed | No precert required for claim payment | |
| | | Other | | |

to the above subscriber from _____ through and including

_____ for a total of _____ days at this level of care.

The next review date is scheduled for _____.

If your understanding is not consistent with the above information, please contact

_____ at (     ) _____

within 24 hours.

Signed,

_____
The Watershed® Reviewer

E

X

H

I

B

I

T


B

**EXHIBIT B**



### THE
# WATERSHED

Treatment Programs

July 1, 2005

Louise Dobbe, Esq.
Recovery Services Group
Ingenix – United Health Group
12125 Technology Drive
Eden Prairie, MN 55433
Fax: 952-833-7201

Ms. Dobbe:

After numerous conversations with you, we are concerned about the direction that Watershed's relationship with United Behavioral Healthcare (UBH) has taken over the last few months and are alarmed by a number of statements that you have made about Watershed and its business practices. We are interested in UBH returning to its ordinary business practices for prompt review and payment of Watershed claims and hope that this summary of our interactions so far will assist with this process.

Beginning in April 2005, I noticed that our UBH account receivables and collections were significantly under-performing. In addition, I noticed that we had been receiving an increasing number of requests for records from UBH and one of our collections specialists was told by a UBH representative that Watershed claims were "flagged" in UBH's system for automatic records request to support Watershed's claims. In early May, Annie Maharaj, Collection Manager from my office and I called UBH to proactively try to address whatever concerns that may have led to Watershed claims being flagged. On May 9, 2005, we talked with Jim Aakhus in your office and he assured us that Watershed claims were not being singled out but, instead, that there had been a change in UBH's internal claims system that was resulting in the record requests and a delay in claims payment.

For several months, we have been diligent in responding to these record requests and have patiently waited for review determinations and our UBH collections to return to normal levels. When this did not happen by early June, I decided to seek out further clarification of the claims processing system issues and contacted you on June 7, 2005. During that call I was shocked to learn for the first time that Jim Aakhus had not been truthful with us and that in fact Watershed was on 100% prepayment review. This secret prepayment review was purportedly based on patient interviews and medical record audits, which found, according to you, that Watershed's billings were not





### CHILDREN
### & FAMILIES

200 Congress Park Drive • Suite 100 • Delray Beach, FL 33445-4652
888-814-6840 • 561-361-6608 • Fax: 561-361-9857
"Member of FADAA"

The Gold Seal of Approval™

supported by its medical records. I asked you for an example of this and the specific case that you mentioned was one in which all the services were supported by the medical records, including detoxification, rehabilitation, partial hospitalization, all labs and diagnostics but there was a question on why two Vitamin C pills were given when only one was ordered. Of course any medication billing inconsistencies concern us, but this did not seem to me to rise to a level that would merit 100% prepayment review.

When I pushed you further for an explanation, you made some very broad but very serious statements about Watershed's intake and patient admission processes and indicated that UBH believed that there were less costly and less restrictive levels of care available its members. I reminded you that the services Watershed had provided to those UBH members who had sought our services on an out of network basis, had been pre-certified by UBH. Nonetheless, I expressed our desire to cooperate and to address UBH's concerns, but I could not do so in a vacuum. I informed you that Watershed had not received any information from UBH as to the status of claims payment or UBH's audit results, so I requested copies of any written review documents and you promised to provide them. Additionally, I reiterated my concern of how UBH's secret review would affect the prompt payment of the millions of dollars of claims on file and the hundreds of thousands of dollars of care that Watershed is currently providing to UBH members. You agreed to gather additional information on UBH's issues and that we would talk again.

On June 14, 2005 we had another telephone discussion. During this call, your claims about Watershed's practices became even more outrageous. Again, I expressed my concern and requested specific written support for such allegations. I suggested a more formal process of a face-to-face meeting or conference call so that we could both get the appropriate clinical individuals together to discuss UBH's concerns and you agreed. You ended the call by telling me that Watershed would continue to be in the Special Investigations Unit at UBH until Watershed "changed our business practices or quit admitting UBH patients."

On June 17, 2005, a lengthy telephone call with you took place. Representing Watershed on that call were the following individuals: Christopher Crosby, CEO, Lavander Milman, Vice President of Clinical Operations and myself. You were the only UBH representative on the call. I was surprised that you did not take the opportunity to have medical personnel or other qualified individuals on the phone to discuss the clinical issues that you had raised. I was even more surprised at the various unsupported statements that you made during that call. In short, we disagree with all of your statements and concerns regarding Watershed. But again, until we have specific written support of your concerns, we are unable to investigate and respond appropriately.

As to the payment of Watershed's claims, you stated that UBH would not pay Watershed's claims until Watershed changed its business practices or quit treating UBH members. The unsubstantiated concerns that you raised can not be responded to unless you provide us with specific written findings, nor do they constitute a valid reason for UBH to not promptly conduct its review and process related claims payments.

You told us that you were not aware of any process underway to recoup payments that had already been made to us by UBH. We repeated our desire to have written notice of the audit findings, that we be instructed on the process for disputing the findings and that claims which are not being audited be paid. You promised to follow up on these items.

On June 21, 2005, I called and left you a voicemail. On the same day you returned my call and left me a voicemail stating that you were still working on these items and that you would call me when you had more information.

Be advised that Watershed has serious concerns about UBH's recent business practices which are summarized below.

1) Watershed's only information about UBH's concerns have come from our verbal discussions with you. There have never been any other UBH representatives on our calls. You have made broad statements and alluded to specific events, but you have never provided us with enough detail for us to be able to verify or respond to your statements. You will not even confirm that the concerns you raise came to light us a result of review of the 50 or so sets of medical records we have recently sent to you. Despite repeated requests, we have never received any written reports or EOB's that substantiate your concerns.

2) Watershed has timely responded to all record requests that we have received from UBH, but UBH has not met their own 15 day determination response time for any of these requests.

3) Payment has been suspended for our claims even those where we have not received a record request and we have no avenue nor direction for challenging the lack of payment in those cases.

4) We have never received notice of the review and appeal process for those claims that are in the process of being reviewed. Our collections from UBH are continuing to drop with no resolution of these issues in sight. Yet we continue to serve UBH members. We insist that UBH be required to follow your own standard, formalized process for auditing and paying our claims.

5) Many of the claims that are being reviewed were authorized by UBH.

6) Many of your stated concerns have nothing to do with whether or not our services were medically necessary, which is where UBH's inquiry should focus. As a non-contracted provided, UBH's ability to control the way that we conduct our business is limited.

7) Members' rights to choose their healthcare provider and to access their out of network benefits are being eroded without their knowledge.

8) We have asked for a specific contact within UBH who would have detailed information about the status of our claims, but have not been given one.

9) UBH's repeated references to less costly alternatives to Watershed's services lead us to believe that UBH's actions are financially driven.

10)   UBH's blatant disregard for state and federal laws and regulations protecting the rights of patients and providers.

Watershed has had a good working relationship with UBH for seven years.  We have helped hundreds of UBH members and the success of our programs has resulted in your members seeking us out.   We are proud of our excellent national reputation and of the fine work that we do.  We are JCAHO accredited and are licensed by the States of Florida and Texas to provide substance abuse treatment services.  Our accreditation and licensure standards require that our patients satisfy certain diagnostic criteria in order to access our services.  We continue to treat UBH patients who meet these criteria.  We are hopeful that Watershed and UBH can swiftly and amicably resolve these issues that have been identified so that UBH can lift its 100% prepayment audit of Watershed and pay all outstanding claims.

According to our last call, the ball is in your court to provide us the detailed written information that we need to appropriately respond. As of the date of this letter, i) we have not heard from you, ii) we have not been provided specific written audit reports to support non payment of claims or your concerns, iii) we have not received written instructions on the process for disputing the non payment of claims or any findings, if any, and iv) we have not received the payment of claims for services we have provided to your members.  For several months, Watershed has worked very hard to comply with any and all of UBH's information requests only to be stonewalled by a UBH audit process that is being conducted in secret by un-identified auditors, according to rules that remain a mystery.

We will expect to hear from you in a substantial manner by July 13, 2005.  If we do not, we will have no other option but to seek other remedies to move this matter forward.

Sincerely,

Patrick S. Kirse
Chief Financial Officer


cc:     Christopher Crosby
        Lavander Milman
        Steve Auerbacher, P.A.
        Nancy Armatas, P.A.

EXHIBIT C

**EXHIBIT C**



Florida Department of
Children & Families

# State of Florida

## Department of Children & Families

### CERTIFIES

The Watershed, Inc.
1000 NW 15th Street
Boca Raton, Florida 33486

is licensed in accordance with Chapter 397, Florida Statutes to provide substance abuse services for the following component(s):

**Adult Day/Night and Level I Residential Services (60 Beds)**

(This license was issued, in part, on the survey report of a department recognized accrediting organization.)

_____
District 9 SAMH Program Administrator

Regular
_____
Type of License

_____
District 9 Substance Abuse Service
Director

0950A0473601
_____
License Number

April 21, 2006
_____
Effective Date

April 21, 2007
_____
Expiration Date



Florida Department of
Children & Families

# State of Florida

## Department of Children & Families

### CERTIFIES

The Watershed, Inc.
1000 NW 15ᵗʰ Street
Boca Raton, Florida 33486

is licensed in accordance with Chapter 397, Florida Statutes to provide
substance abuse services for the following component(s):

**Adult Detoxification Services (60 Beds)**

(This license was issued, in part, on the survey report of a department recognized accrediting organization.)

District 9 SAMH Program Administrator

District 9 Substance Abuse Service
Director

Regular

0950AD473601

April 21, 2006

April 21, 2007

**Type of License**

**License Number**

**Effective Date**

**Expiration Date**



Florida Department of
Children & Families

# State of Florida
## Department of Children & Families
### CERTIFIES

The Watershed Treatment Program, Inc.
1000 Northwest 15th Street
Boca Raton, Florida 33486

**is licensed in accordance with Chapter 397, Florida Statutes to provide** substance abuse services for the following component(s):

Residential Methadone Detoxification - Adult/20 Beds

THIS LICENSE WAS ISSUED BASED, IN PART, ON THE SURVEY REPORT OF A DEPARTMENT RECOGNIZED
ACCREDITING ORGANIZATION

District 9 SAMH Program Administrator

Type of License

REGULAR

District 9 Substance Abuse Service
Director

License Number

0950AD473601

July 12, 2006
Effective Date

July 12, 2007
Expiration Date




Florida Department of
Children & Families

# State of Florida

## Department of Children & Families

### CERTIFIES

The Watershed, Inc.
The Watershed Treatment Programs, Inc.
4905 Parkridge Road (Watershed Way)
Boynton Beach, FL 33426

is licensed in accordance with Chapter 397, Florida Statutes to provide substance abuse services for the following component(s):

Adult Intensive In-patient Treatment Services (120 Beds)

THIS LICENSE WAS ISSUED BASED, IN PART, ON THE SURVEY REPORT OF A DEPARTMENT RECOGNIZED ACCREDITING ORGANIZATION

| District 9 SAMH Program Administrator | District 9 Substance Abuse Service Director | June 6, 2006 Effective Date |
|---|---|---|
| Regular | 0950A059260-9 | March 6, 2007 |
| Type of License | License Number | Expiration Date |



Florida Department of
Children & Families

# State of Florida

## Department of Children & Families
### CERTIFIES

The Watershed, Inc.
The Watershed Way
Boynton Beach, Florida 33426

**is licensed in accordance with Chapter 397, Florida Statutes to provide** substance abuse services for the following component(s):

Detoxification Services (120 Beds)

_____
District 9 SAMH Program Administrator

REGULAR
_____
Type of License

_____
District 9 Substance Abuse Service
Director

0950AD55260-8
_____
License Number

September 22, 2006
_____
Effective Date

September 22, 2007
_____
Expiration Date



Florida Department of
Children & Families

# State of Florida

## Department of Children & Families
### CERTIFIES

The Watershed, Inc.
Watershed Way
Boynton Beach, FL 33426

is licensed in accordance with Chapter 397, Florida Statutes to provide substance abuse services for the following component(s):

Methadone Detoxification Services-120 Beds

(This license was issued, in part, on the survey report of a department recognized accrediting organization.)

---
District 9 SAMH Program Administrator

---
Type of License

Regular

---
District 9 Substance Abuse Service
Director

0950AD473601

---
License Number

April 21, 2006

---
Effective Date

April 21, 2007

---
Expiration Date

EXHIBIT D

**EXHIBIT D**



UNITED
BEHAVIORAL HEALTH

9/18/06

The Watershed
Attn: Patrick S. Kirse, Chief Financial Officer
200 Congress Park Dr., Suite 100
Delray Beach, FL 33445

Dear Mr. Kirse;
In an ongoing effort to communicate openly, we wish to inform you of some changes to the
revenue codes we would ask you to submit for treatment rendered at your facilities.

We have been informed by the Florida state licensing board that your inpatient rehab license is
equal to a higher level residential program, but would not be comparable to an acute inpatient
psychiatric facility. The state criteria requires 24 hour nursing coverage 7 days per week,
supervised by an RN, with a physician on call 24/7. We understand that you are fully licensed
under the state criteria for higher level residential treatment, and comply with those requirements.

However, United Behavioral Health's criteria for reimbursement with inpatient CD/SA benefits
require services that are comparable to inpatient psychiatric benefits.  Therefore, if the member
doesn't have residential benefits, they would not have coverage for treatment at your facility, with
the exception of detox.

For future claims, we ask that for patients treated at this higher level of residential rehab, you
submit charges under revenue code 944 - rehab.  You may continue to use revenue code 126 for
inpatient/residential detoxification, and revenue code 1002 for residential treatment.  This should
assist our claims systems to 'recognize' care being billed, and will streamline the process for
payment. Since you were given other directions in the past, it may take a few weeks for your staff
to change the coding.  We hope they can transition to using the appropriate codes by the end of
September.  We will consider this change effective October 1, 2006.

If you have any questions or concerns, please contact me at mary_wesson@uhc.com.

Thank you for your assistance,

Mary Wesson, Director
United Behavioral Health
3111 Camino Del Rio N, Suite 1000
San Diego, CA 92108

# E
# X
# H
# I
# B
# I
# T

# E

**EXHIBIT E**

# TEXAS DEPARTMENT OF STATE HEALTH SERVICES

Watershed Treatment Programs, Inc., The
Watershed at Clear Lake, The
20 Professional Drive
Webster

having complied with the provisions of Title 25
Subtitle B, Chapter 464, Texas Health and Safety Code,
and the rules established by the
Texas Department of State Health Services
is granted this

## Certificate of Licensure

Residential Beds: 28     Outpatient Slots: 0

| Setting | Gender | Age Group |
|---|---|---|
| Detoxification Residential | Male & Female | Adult |
| Intensive Residential | Male & Female | Adult |

Eduardo J. Sanchez, M.D., MPH, Commissioner
Texas Department of State Health Services

License Number:  2210-A
License Expires:  January 14, 2007

This certificate is non-transferable.

# OPIOID TREATMENT PROGRAM CERTIFICATION

Substance Abuse and Mental Health Services Administration
Center for Substance Abuse Treatment
Rockville, MD 20850

**EXPIRATION DATE**

February 28, 2009

**OTP NUMBER**

TX-10211-M

The Watershed  at Clearlake
20 Professional Park Drive
Webster, TX 77598

This certificate is issued under authority of 42 CFR  § 8.11 (21 U.S.C. 823(g)(1))

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
Substance Abuse and Mental Health Services Administration
Center for Substance Abuse Treatment
www.samhsa.gov

H. Westley Clark. M.D., J.D., M.P.H., CAS, FASAM
Director, Center for Substance Abuse Treatment

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY OR VALID AFTER EXPIRATION DATE

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| BA5056204 | 06-30-2008 | Paid |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | PRACTITIONER | 07-27-2005 |

ALLBRITTON, RUTH ELLEN MD
4210 DAHLIA LN
DEER PARK, TX 77536

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.

---

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| BA5056204 | 06-30-2008 | Paid |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | PRACTITIONER | 07-27-2005 |

ALLBRITTON, RUTH ELLEN MD
4210 DAHLIA LN
DEER PARK, TX 77536

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (05/04)

# TEXAS CONTROLLED SUBSTANCES REGISTRATION CERTIFICATE

TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIMINAL LAW ENFORCEMENT DIVISION, NARCOTICS SERVICE
CONTROLLED SUBSTANCES REGISTRATION, PO BOX, 4087, AUSTIN, TEXAS 78773

| DPS REGISTRATION NUMBER | DATE EXPIRES | FEE PAID |
|---|---|---|
| L0098784 | 01/31/2007 | PAID |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| (2,2N,3,3N,4,5) | PRACTITIONER | 12/29/2005 |

REGISTERED NAME AND ADDRESS

RUTH ELLEN ALLBRITTON MD
4210 DAHLIA LANE
DEER PARK TX 77536

THE TEXAS CONTROLLED SUBSTANCES ACT, CHAPTER 481 OF THE HEALTH AND SAFETY CODE, PROVIDES THAT THE TEXAS DEPARTMENT OF PUBLIC SAFETY MAY DENY A CONTROLLED SUBSTANCES REGISTRATION OR THAT A CONTROLLED SUBSTANCES REGISTRATION MAY BE SUSPENDED OR REVOKED



THIS REGISTRATION IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY AND NOT VALID AFTER THE EXPIRATION DATE.

NAR-79 (9-96)          CERTIFICATE MUST BE READILY RETRIEVABLE AT ALL TIMES

12/01/2005  12:03   8329328117                    WATERSHED CLEARLAKE                    PAGE  01

THE WATERSHED AT CLEAR LAKE
INC.
20 PROFESSIONAL PARK DRIVE

WEBSTER            TX        77598 - 0000

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RT0310134 RT0310134A | 11-30-2006 | PAID |
| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
| 2, 3 | DETOXIFICATION | 11-15-2005 |

THE WATERSHED AT CLEAR LAKE
INC
20 PROFESSIONAL PARK DRIVE

WEBSTER            TX              77598-0000

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RT0310134 RT0310134A | 11-30-2006 | PAID |
| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
| 2, 3 | DETOXIFICATION | 11-15-2005 |

THE WATERSHED AT CLEAR LAKE
INC.
20 PROFESSIONAL PARK DRIVE

WEBSTER            TX              77598-0000

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (7/05)

E
X
H
I
B
I
T

F

**EXHIBIT F**

Pre-Certified Claims - Due and Owing

| Acct # | From | To | Total chgs | Cert |
|---|---|---|---|---|
| PB2476.1 | 8/11/06 | 8/11/06 | $2,500.93 | DG6HPZ |
| PB2476.1 | 8/12/06 | 8/17/06 | $10,079.00 | DG6HPZ/P13GTI |
| PB2476.1 | 8/18/06 | 8/18/06 | $1,383.00 | DG6HPZ/P13GTI |
| PB2476.1 | 8/19/06 | 8/23/06 | $7,044.00 | P13GT1/DG6HPZ |
| PB2476.1 | 8/28/06 | 9/1/06 | $4,405.00 | YTJG8S |
| PB2476.1 | 9/2/06 | 9/8/06 | $5,286.00 | YTJG8S |
| PB1883.1 | 4/13/06 | 4/14/06 | $3,551.48 | V64HSJ-01 |
| PB1883.1 | 4/15/06 | 4/19/06 | $8,545.52 | V64HSJ-01 |
| PB2663.1 | 9/23/06 | 9/24/06 | $2,296.00 | UFBFGKWNF-00 |
| 11853.1 | 10/18/06 | 10/22/06 | $7,671.40 | 1SMPNM01-03 |
| PB1977.1 | 4/29/06 | 5/2/06 | $7,229.53 | DC5WK-01 |
| 11616.1 | 5/19/06 | 5/19/06 | $881.00 | 4J3DWW-01 |
| 6484.2 | 9/16/06 | 9/17/06 | $3,358.59 | 139562114 |
| 6484.2 | 9/1/06 | 9/1/06 | $2,293.77 | 139562114 |
| 6484.2 | 9/2/06 | 9/8/06 | $12,389.38 | 139562114 |
| 6484.2 | 9/9/06 | 9/10/06 | $4,425.68 | 139562114 |
| 6484.2 | 9/11/06 | 9/15/06 | $6,915.00 | 139562114 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|----|-----------|-----------|-----------|------|
| 9659.1 | 9/25/04 | 10/1/04 | $6,410.88 | $5,769.79 | 1/10/05 | FMZOW3-02 |
| 9659.1 | 10/2/04 | 10/8/04 | $6,847.16 | $6,847.16 | 1/30/05 | FMZOW3-02 |
| 9699.1 | 9/4/04 | 9/8/04 | $4,923.08 | $4,923.08 | 3/17/05 | 745P7H-01 |
| 10739.1 | 4/30/05 | 5/6/05 | $5,784.00 | $2,313.60 | 6/16/05 | YG8GFZ-01 |
| 8832.4 | 2/12/05 | 2/18/05 | $6,423.01 | $6,423.01 | 6/29/05 | T361610804 |
| 9659.1 | 9/11/04 | 9/15/04 | $6,248.24 | $4,373.77 | 8/4/05 | FMZOW3-01-02 |
| 10911.1 | 5/21/05 | 5/25/05 | $6,619.64 | $6,316.97 | 8/11/05 | PBFTNX-01 |
| 9659.1 | 9/4/04 | 9/10/04 | $9,480.40 | $7,875.31 | 8/15/05 | FMZOW3-01-02 |
| 10491.2 | 2/23/05 | 2/25/05 | $4,972.97 | $3,978.38 | 8/18/05 | T2543773004 |
| 10491.2 | 3/19/05 | 3/23/05 | $5,241.92 | $4,193.54 | 8/18/05 | T2543773005 |
| 10491.2 | 3/12/05 | 3/18/05 | $9,339.00 | $7,471.20 | 8/18/05 | T2543773004 |
| 10491.2 | 3/5/05 | 3/11/05 | $9,406.13 | $7,524.90 | 8/18/05 | T2543773004 |
| 10952.1 | 6/2/05 | 6/3/05 | $2,144.08 | $1,286.45 | 8/25/05 | 5NHYRW-01/02 |
| 10952.1 | 6/11/05 | 6/14/05 | $3,241.32 | $1,944.79 | 8/25/05 | 5NHYRW-02/03 |
| 10843.1 | 5/14/05 | 5/20/05 | $5,816.64 | $3,668.00 | 8/25/05 | GBFQ7F-03 |
| 10952.1 | 6/4/05 | 6/10/05 | $7,539.56 | $4,523.74 | 8/25/05 | 5NHYRW-02 |
| 10266.2 | 1/22/05 | 1/26/05 | $882.50 | $617.75 | 8/31/05 | 3617118 |
| 10266.2 | 1/22/05 | 1/26/05 | $6,112.00 | $4,278.40 | 8/31/05 | 3617118 |
| 10739.1 | 4/13/05 | 4/15/05 | $5,347.49 | $3,065.69 | 9/1/05 | 9T5X5N-03 |
| 10907.2 | 6/3/2005 | 6/3/2005 | $1,924.77 | $1,379.82 | 9/13/05 | 1860101503 |
| 10907.2 | 6/8/05 | 6/10/05 | $4,047.12 | $3,237.70 | 9/13/05 | 1860101503 |
| 10907.2 | 6/11/05 | 6/17/05 | $8,180.40 | $6,544.32 | 9/13/05 | 1860101503 |
| 10799.1 | 5/7/05 | 5/8/05 | $2,680.46 | $39.38 | 9/19/05 | 8KYSSE-05/J6P6GV-02 |
| 10799.1 | 4/24/05 | 4/29/05 | $9,997.21 | $7,406.11 | 9/19/05 | 8KYSSE-01 |
| 10911.1 | 5/20/05 | 5/20/05 | $1,971.73 | $929.60 | 9/27/05 | PBFTNX-01 |
| 10911.1 | 6/2/05 | 6/3/05 | $1,732.68 | $1,148.00 | 9/27/05 | PBFTNX-01 |
| 10911.1 | 6/4/05 | 6/10/05 | $5,851.84 | $2,870.00 | 10/3/05 | PBFTNX-01 |
| 6545.10 | 6/23/05 | 6/24/05 | $1,878.31 | $1,126.99 | 10/13/05 | LJWWDH-01 |
| 11021.1 | 6/13/05 | 6/17/05 | $8,510.65 | $6,423.90 | 10/13/05 | D1R1JC-03 |
| 10822.1 | 5/4/05 | 5/6/05 | $4,127.56 | $173.99 | 10/14/05 | QKK99U-01 THRU 5/5/06 |
| 10822.1 | 5/2/05 | 5/3/05 | $2,586.00 | $1,810.20 | 10/14/05 | GMP2WQ-01 |
| 10822.1 | 4/30/05 | 5/1/05 | $3,539.92 | $2,139.20 | 10/14/05 | GMP2WQ-01 |
| 2994.3 | 6/6/05 | 6/10/05 | $8,595.01 | $3,605.12 | 10/14/05 | UVMLKY-01 |
| 11069.1 | 6/27/05 | 6/28/05 | $2,586.00 | $1,293.00 | 10/19/05 | AS81DN-04 THRU 6/27/05 |
| 11069.1 | 6/25/05 | 6/26/05 | $3,176.00 | $1,588.00 | 10/19/05 | AS81DN-03/04 |
| 11069.1 | 6/22/05 | 6/24/05 | $5,066.71 | $2,533.36 | 10/19/05 | AS81DN-01/02 |
| 7716.4 | 7/7/05 | 7/7/05 | $125.04 | $87.53 | 10/20/05 | Q8FJBK |
| 11034.1 | 7/16/05 | 7/22/05 | $9,539.28 | $341.80 | 10/20/05 | TJ21PF-01/AN296I-01 |
| 10952.1 | 5/28/05 | 5/29/05 | $3,134.81 | $1,700.89 | 10/20/05 | J4YV4P-01 |
| 10952.1 | 5/30/05 | 6/1/05 | $3,201.00 | $1,920.60 | 10/20/05 | N792TP-01 |
| 7716.5 | 7/16/05 | 7/18/05 | $3,355.30 | $2,348.71 | 10/20/05 | NW55BT |
| 7716.4 | 7/7/05 | 7/8/05 | $3,393.01 | $2,375.11 | 10/20/05 | Q8FJBK |
| 7716.5 | 7/13/05 | 7/15/05 | $4,821.98 | $3,375.39 | 10/20/05 | NW55BT |
| 7716.4 | 7/9/05 | 7/12/05 | $5,200.04 | $3,640.03 | 10/20/05 | Q8FJBK |
| 10946.1 | 5/26/05 | 5/27/05 | $3,771.49 | $3,771.49 | 10/27/05 | 3HHJGR-01 THRU 5/27/05 |
| 11195.1 | 8/13/05 | 8/13/05 | $79.50 | $47.70 | 10/28/05 | CR39PS-05 |
| 11195.1 | 7/28/05 | 7/29/05 | $2,612.00 | $1,567.20 | 10/28/05 | 3Z4X8E-01/ 27BH5D |
| 11195.1 | 8/6/05 | 8/8/05 | $2,679.90 | $1,607.94 | 10/28/05 | 3Z4X8E-01/ 27BH5D |
| 11195.1 | 7/23/05 | 7/23/05 | $3,305.75 | $1,983.45 | 10/28/05 | YHWJDA-01 |
| 11195.1 | 7/21/05 | 7/22/05 | $3,684.31 | $2,210.59 | 10/28/05 | YHWJDA-01 |
| 11195.1 | 8/8/05 | 8/12/05 | $4,273.60 | $2,564.16 | 10/28/05 | CR39PS-05 |
| 11195.1 | 7/24/05 | 7/27/05 | $5,172.00 | $3,103.20 | 10/28/05 | 3Z4X8E-01/ 27BH5D |
| 11195.1 | 7/30/05 | 8/5/05 | $9,524.46 | $5,714.68 | 10/28/05 | 3Z4X8E-01/ 27BH5D |
| 10293.1 | 2/5/05 | 2/8/05 | $2,517.72 | $1,510.63 | 11/4/05 | BYBM5X |
| 6545.10 | 6/4/05 | 6/9/05 | $10,680.27 | $9,448.99 | 11/4/05 | LK9BZZ/QJPMJL |
| 11309.1 | 8/13/05 | 8/14/05 | $3,447.11 | $1723.56 to pt | 11/9/05 | 436658217 |
| 10717.1 | 5/7/05 | 5/9/05 | $2,515.32 | $1,509.19 | 11/10/05 | 5ZQ1RH |
| 10717.1 | 4/16/05 | 4/17/05 | $3,103.52 | $1,551.60 | 11/10/05 | SBWQCQ-02 |
| 10843.1 | 5/21/05 | 5/25/05 | $3,320.64 | $2,842.00 | 11/10/05 | GBFQ7F-03 |
| 10717.1 | 5/9/05 | 5/13/05 | $4,798.05 | $2,878.83 | 11/10/05 | CTYG4G |
| 11461.1 | 9/17/05 | 9/18/05 | $3,986.08 | $3,188.86 | 11/10/05 | UFBMBJWNC-00 |
| 10717.1 | 5/28/05 | 6/3/05 | $5,427.11 | $3,256.27 | 11/10/05 | CTYG4G |
| 10717.1 | 4/18/05 | 4/22/04 | $5,335.00 | $3,511.51 | 11/10/05 | 5ZQ1RH |
| 11460.1 | 9/14/05 | 9/16/05 | $4,689.76 | $3,751.81 | 11/10/05 | UFBLVQNBC00 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|-----|-----------|-----------|-----------|------|
| 11021.1 | 6/18/05 | 6/20/05 | $5,335.60 | $4,137.60 | 11/10/05 | D1R1JC-03 |
| 10717.1 | 5/14/05 | 5/20/05 | $6,926.24 | $4,155.74 | 11/10/05 | CTYG4G |
| 10717.1 | 5/21/05 | 5/27/05 | $7,039.53 | $4,223.72 | 11/10/05 | CTYG4G |
| 10717.1 | 4/23/05 | 4/29/05 | $8,488.88 | $5,093.33 | 11/10/05 | 5ZQ1RH |
| 10717.1 | 4/30/05 | 5/6/05 | $9,146.18 | $5,487.71 | 11/10/05 | 5ZQ1RH |
| 11021.1 | 6/21/05 | 6/24/05 | $5,172.00 | $8,406.08 | 11/10/05 | SB74BB-05 |
| 11309.2 | 8/22/05 | 8/22/05 | $1,293.00 | $646.50 | 11/17/05 | 436658217 |
| 11250.1 | 7/29/05 | 7/29/05 | $1,653.04 | $804.20 | 11/17/05 | 7W3H6V-01/ZTNCYL-01 |
| 11309.2 | 8/20/05 | 8/21/05 | $3,309.74 | $1,654.87 | 11/17/05 | 436658217 |
| 11309.1 | 8/11/05 | 8/12/05 | $3,582.65 | $1,791.33 | 11/17/05 | 436658217 |
| 11309.2 | 8/23/05 | 8/26/05 | $5,651.12 | $2,560.56 | 11/17/05 | 436658217 |
| 11021.1 | 7/2/05 | 7/8/05 | $10,000.32 | $6,206.40 | 11/17/05 | S74BB-05 thru 7/7/05 |
| 2994.3 | 7/2/05 | 7/8/05 | $6,017.92 | $3,280.00 | 11/18/05 | Y4RQCJ-03 THRU 7/6/05 |
| 2994.3 | 6/25/05 | 7/1/05 | $5,946.40 | $4,757.12 | 11/18/05 | Y4RQCJ-01 |
| 11265.1 | 8/12/05 | 8/12/05 | $1,334.04 | $41.04 | 11/21/05 | H82N1S-01 |
| 10760.1 | 4/21/05 | 4/21/05 | $1,293.00 | $905.10 | 11/21/05 | PVHYFF-01 |
| 10760.1 | 4/18/05 | 4/20/05 | $5,300.37 | $3,710.26 | 11/21/05 | 1PYZGB-01 |
| 11265.1 | 8/6/05 | 8/10/05 | $7,792.52 | $4,905.03 | 11/21/05 | G3S8CV-02 |
| 11255.2 | 9/21/05 | 9/23/05 | $3,932.83 | $3,539.55 | 11/23/05 | 500922000/1793401955 |
| 11255.2 | 9/13/05 | 9/16/05 | $6,865.17 | $5,028.18 | 11/23/05 | 500922000/1660503043 |
| 11255.2 | 9/17/05 | 9/20/05 | $5,882.80 | $5,294.52 | 11/23/05 | 500922000/1660503043/1793401955 |
| 11255.2 | 9/24/05 | 9/30/05 | $10,013.29 | $9,011.96 | 11/23/05 | 500922000/1793401955 |
| 10949.1 | 5/27/05 | 5/27/05 | $1,999.61 | $585.11 | 11/28/05 | 296883001 |
| 10760.1 | 4/22/05 | 4/22/05 | $1,100.56 | $770.39 | 11/28/05 | PVHYFF-01 |
| 11338.1 | 9/2/05 | 9/2/05 | $830.00 | $830.00 | 11/28/05 | 9P4DG-01 |
| 11338.1 | 8/24/05 | 8/25/05 | $2,586.00 | $1,087.11 | 11/28/05 | BLJTFQ-01 |
| 2994.3 | 6/23/05 | 6/24/05 | $1,811.33 | $1,312.00 | 11/28/05 | Y4RQCJ-01 |
| 11338.1 | 8/26/05 | 8/26/05 | $1,315.28 | $1,315.28 | 11/28/05 | BLJTFQ-01 |
| 8832.4 | 2/10/05 | 2/11/05 | $2,180.80 | $1,640.00 | 11/28/05 | T3616108004 |
| 10739.1 | 5/7/05 | 5/11/05 | $3,310.00 | $1,848.09 | 11/28/05 | YG8GFZ-01 |
| 8832.4 | 1/24/05 | 1/26/05 | $3,879.00 | $2,444.80 | 11/28/05 | T3616108007 |
| 11338.1 | 8/18/05 | 8/19/05 | $3,601.09 | $2,880.87 | 11/28/05 | cert'd no auth # |
| 8832.4 | 1/22/05 | 1/23/05 | $3,056.00 | $3,103.20 | 11/28/05 | T3616108006 |
| 11338.1 | 9/3/05 | 9/9/05 | $5,784.00 | $4,964.00 | 11/28/05 | 9P4DG-01 |
| 10760.1 | 4/23/05 | 4/29/05 | $7,581.20 | $5,306.84 | 11/28/05 | PVHYFF-01 |
| 11338.1 | 8/20/05 | 8/23/05 | $6,713.54 | $6,412.65 | 11/28/05 | cert'd no auth# |
| 11338.1 | 8/27/05 | 9/2/05 | $7,902.68 | $7,758.00 | 11/28/05 | BLJTFQ-01 |
| 10799.1 | 4/30/05 | 5/1/05 | $4,349.42 | $2,053.51 | 11/30/05 | 8KYSSE-02 |
| 10799.1 | 5/2/05 | 5/6/05 | $6,465.00 | $5,000.00 | 11/30/05 | 8KYSSE-04/J6P6GV-02 |
| 11309.2 | 9/6/05 | 9/9/05 | $3,737.04 | $1868.52 to pt | 11/30/05 | 436658217 |
| 10799.1 | 5/16/05 | 5/20/05 | $4,100.00 | $3,280.00 | 12/7/05 | R8Z61R-03 |
| 11326.1 | 8/22/05 | 8/22/05 | $1,293.00 | $555.10 | 12/12/05 | 6FKM7Y-01 |
| 11226.1 | 7/27/05 | 7/28/05 | $2,586.00 | $905.10 | 12/12/05 | FWYPIV-01 thru 7/27/05 |
| 11312.1 | 8/12/05 | 8/12/05 | $1,706.64 | $1,329.60 | 12/12/05 | KK21ZI |
| 11226.1 | 7/26/05 | 7/26/05 | $1,944.97 | $1,361.48 | 12/12/05 | FWYPIV-01 |
| 11326.1 | 8/16/05 | 8/16/05 | $2,268.00 | $1,586.74 | 12/12/05 | 4KPD2U-01 |
| 11326.1 | 8/20/05 | 8/21/05 | $2,719.36 | $1,903.55 | 12/12/05 | UVZBPM |
| 11309.2 | 9/3/05 | 9/6/05 | $4,142.72 | $2,071.36 | 12/12/05 | 436658217 |
| 11309.2 | 9/10/05 | 9/16/05 | $5,387.20 | $2,693.60 | 12/12/05 | 436658217 |
| 11326.1 | 8/17/05 | 8/19/05 | $3,879.00 | $2,715.30 | 12/12/05 | UVZBPM |
| 11326.1 | 8/23/05 | 8/26/05 | $4,390.08 | $3,073.06 | 12/12/05 | 6FKM7Y-02 |
| 11312.1 | 8/13/05 | 8/19/05 | $12,087.31 | $4,163.68 | 12/12/05 | KK21ZI Thru 8/15/05 |
| 11309.2 | 8/27/05 | 9/2/05 | $9,708.64 | $4,854.32 | 12/12/05 | 436658217 |
| 11326.1 | 8/27/05 | 9/2/05 | $7,839.52 | $5,487.66 | 12/12/05 | 6FKM7Y-02 thru 8/28/05 |
| 11265.1 | 8/4/05 | 8/5/05 | $3,798.41 | $3,576.84 | 12/14/05 | G3S8CV-01 |
| 11312.1 | 8/27/05 | 8/28/05 | $2,979.28 | $393.28 | 12/15/05 | QCJKKZ-01 |
| 11312.1 | 9/3/05 | 9/9/05 | $10,970.90 | $665.68 | 12/15/05 | QCJKKZ-01 thru 9/5/05 |
| 11312.1 | 8/22/05 | 8/26/05 | $6,465.00 | $1,331.64 | 12/15/05 | QCJKKZ-01 |
| 11312.1 | 8/29/05 | 9/2/05 | $7,865.87 | $1,400.87 | 12/15/05 | QCJKKZ-01 |
| 11195.1 | 8/20/05 | 8/26/05 | $5,979.15 | $1,495.78 | 12/15/05 | CR39PS-05 through8/22/05 |
| 10717.1 | 4/8/05 | 4/8/05 | $1,911.34 | $2,293.60 | 12/15/05 | SBWQCQ-01 |
| 10717.1 | 4/14/05 | 4/15/05 | $2,774.28 | $3,216.17 | 12/15/05 | SBWQCQ-02 |
| 10491.2 | 2/26/05 | 2/27/05 | $3,544.04 | $3,544.04 | 12/15/05 | T2543773004 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|-----|-----------|-----------|-----------|------|
| 10293.1 | 1/29/05 | 2/4/05 | $6,051.13 | $3,630.68 | 12/15/05 | BYBM5X |
| 11195.1 | 8/13/05 | 8/19/05 | $5,819.50 | $5,819.50 | 12/15/05 | CR39PS-05 |
| 10491.2 | 2/28/05 | 3/4/05 | $6,465.00 | $6,465.00 | 12/15/05 | T2543773004 |
| 10717.1 | 4/9/05 | 4/13/05 | $6,758.64 | $8,110.36 | 12/15/05 | SBWQCQ-02 |
| 9937.1 | 10/23/04 | 10/27/04 | $5,268.52 | $3,150.00 | 12/20/05 | Auth'd but no # |
| 10949.1 | 5/28/05 | 6/2/05 | $8,261.46 | $8,261.46 | 12/20/05 | 296883001 |
| 11365.1 | 10/8/05 | 10/9/05 | $984.72 | $547.78 | 12/23/05 | RVMR5G-01 |
| 10548.1 | 3/4/05 | 3/4/05 | $1,912.77 | $1,377.19 | 12/23/05 | 941347627 |
| 10548.1 | 3/12/05 | 3/19/05 | $9,324.32 | $8,050.14 | 12/23/05 | 941347627 |
| 11534.1 | 10/8/05 | 10/14/05 | $9,171.76 | $4,585.88 | 12/28/05 | SSDCQE-01 |
| 9398.3 | 6/14/05 | 6/17/05 | $5,172.00 | $811.44 | 12/30/05 | 572211776/17611002203 |
| 10567.1 | 3/12/05 | 3/12/05 | $1,528.00 | $1,278.94 | 12/30/05 | TYWKFT-01 |
| 11422.2 | 10/1/05 | 10/4/05 | $2,719.52 | $1,631.71 | 12/30/05 | TFNV5F-01/02 |
| 10567.1 | 3/13/05 | 3/14/05 | $2,586.00 | $2,164.48 | 12/30/05 | TYWKFT-01 |
| PB1011.1 | 10/15/05 | 10/20/05 | $7,788.00 | $2,725.80 | 12/30/05 | CPLE3M/01-02 |
| PB1011.1 | 10/9/05 | 10/12/05 | $6,397.52 | $3,144.23 | 12/30/05 | CP44GW/CP10111 |
| 9398.3 | 6/11/05 | 6/13/05 | $6,331.77 | $5,192.56 | 12/30/05 | 572211776/1761102200 |
| 11331.1 | 9/7/05 | 9/9/05 | $3,197.04 | $48.24 | 1/6/06 | 593505057 |
| 11466.1 | 9/16/05 | 9/16/05 | $1,528.00 | $422.40 | 1/6/06 | HKGHTX-01 |
| 11331.1 | 9/3/05 | 9/7/05 | $6,998.48 | $577.68 | 1/6/06 | 593505057 |
| 11331.1 | 8/27/05 | 9/2/05 | $10,488.12 | $862.27 | 1/6/06 | 593505057 |
| 11516.1 | 10/3/05 | 10/7/05 | $6,465.00 | $905.10 | 1/6/06 | I66VXP-01 thru 10/3/05 |
| 11326.2 | 9/20/05 | 9/20/05 | $1,293.00 | $951.52 | 1/6/06 | DBVQWG-01 |
| 11466.1 | 9/20/05 | 9/23/05 | $5,210.44 | $1,053.18 | 1/6/06 | ZGVHQN-01/CGCHQN thru 9/21/05 |
| 11326.2 | 9/16/05 | 9/16/05 | $1,528.00 | $1,069.60 | 1/6/06 | WPQ6LB-01 |
| 10952.1 | 5/27/05 | 5/27/05 | $1,805.93 | $1,083.56 | 1/6/06 | 1798001927 |
| 11411.1 | 9/3/05 | 9/3/05 | $2,015.01 | $1,135.95 | 1/6/06 | 203585035/2049300080 |
| 11409.1 | 9/3/05 | 9/3/05 | $1,857.13 | $1,222.40 | 1/6/06 | 1809202220 |
| 11331.1 | 8/20/05 | 8/20/05 | $2,378.18 | $1,246.90 | 1/6/06 | 593505057 |
| 11318.1 | 8/22/05 | 8/22/05 | $1,293.00 | $1,293.00 | 1/6/06 | SDM6ZJ-01/02 |
| 11409.1 | 9/2/05 | 9/2/05 | $2,171.65 | $1,337.32 | 1/6/06 | 1809202220 |
| 9398.3 | 6/10/05 | 6/10/05 | $1,653.04 | $1,608.40 | 1/6/06 | 1761102200 |
| 11326.2 | 9/21/05 | 9/23/05 | $3,267.32 | $2,240.70 | 1/6/06 | DBVQWG-01 |
| 11516.1 | 10/1/05 | 10/2/05 | $3,466.92 | $2,241.18 | 1/6/06 | 426B1I-01/05 |
| 11411.1 | 9/4/05 | 9/7/05 | $5,152.00 | $2,327.40 | 1/6/06 | 203585035 Thru 9/5/05 |
| 11318.1 | 8/18/05 | 8/19/05 | $2,586.00 | $2,586.00 | 1/6/06 | SDM6ZJ-01/02 |
| 10567.1 | 3/22/05 | 3/25/05 | $3,360.16 | $2,745.36 | 1/6/06 | TYWKFT-01 |
| 11326.2 | 9/17/05 | 9/19/05 | $4,288.17 | $3,001.72 | 1/6/06 | DBVQWG-01 |
| 11331.1 | 8/17/05 | 8/19/05 | $5,400.21 | $3,164.78 | 1/6/06 | 593505057 |
| 10567.1 | 3/19/05 | 3/22/05 | $3,979.68 | $3,330.99 | 1/6/06 | TYWKFT-01 |
| 11318.1 | 8/20/05 | 8/21/05 | $3,447.39 | $3,447.35 | 1/6/06 | SDM6ZJ-01/02 |
| 11466.1 | 9/17/05 | 9/19/05 | $4,363.29 | $3,490.60 | 1/6/06 | ZGVHQN-01 |
| 8832.4 | 2/19/05 | 2/24/05 | $4,100.00 | $4,100.00 | 1/6/06 | T361610804 |
| 11409.1 | 9/4/05 | 9/8/05 | $6,465.00 | $4,137.60 | 1/6/06 | 1809202220 thru 9/7/05 |
| 10567.1 | 4/2/05 | 4/8/05 | $4,959.12 | $4,150.78 | 1/6/06 | 5847HM-01 |
| 10567.1 | 3/15/05 | 3/18/05 | $5,172.00 | $4,328.96 | 1/6/06 | TYWKFT-01 |
| 10567.1 | 3/26/05 | 4/1/05 | $5,785.64 | $4,842.59 | 1/6/06 | 5847HM-01 |
| 11516.1 | 9/27/05 | 9/30/05 | $7,066.85 | $4,946.80 | 1/6/06 | 2Y0212553 |
| 11318.1 | 8/14/05 | 8/17/05 | $7,234.33 | $5,145.55 | 1/6/06 | SDM6ZJ-01/02 |
| 11472.1 | 9/17/05 | 9/23/05 | $11,698.17 | $6,248.12 | 1/6/06 | 9893FY-01 |
| 11403.1 | 9/8/05 | 9/10/05 | $2,586.00 | $1,589.74 | 1/9/06 | 26751873 |
| 11447.1 | 9/19/05 | 9/20/05 | $2,586.00 | $2,586.00 | 1/9/06 | 9B2MSV-02 |
| 11447.1 | 9/17/05 | 9/18/05 | $3,222.00 | $3,248.12 | 1/9/06 | 9B2MSV-02 |
| 11447.1 | 9/13/05 | 9/16/05 | $6,892.85 | $3,985.71 | 1/9/06 | 9B2MSV-02 |
| 11403.1 | 8/31/05 | 9/2/05 | $4,974.48 | $4,477.03 | 1/9/06 | 26751873 |
| 11403.1 | 9/3/05 | 9/7/05 | $9,229.74 | $9,044.43 | 1/9/06 | 26751873 |
| 11411.1 | 10/1/05 | 10/2/05 | $833.44 | $567.44 | 1/17/06 | 203585035 |
| 11404.1 | 9/10/05 | 9/11/05 | $2,793.68 | $2,011.45 | 1/17/06 | 595621703 |
| 11404.1 | 9/8/05 | 9/9/05 | $2,586.00 | $2,068.80 | 1/17/06 | 595621703 |
| 11265.1 | 8/20/05 | 8/22/05 | $2,261.80 | $2,134.00 | 1/17/06 | K45KKZ-01 |
| 11404.1 | 9/1/05 | 9/2/05 | $3,532.45 | $2,543.37 | 1/17/06 | 595621703 |
| 11515.1 | 10/1/05 | 10/2/05 | $3,871.52 | $2,710.06 | 1/17/06 | 600563063/1611203421 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|-----|-----------|-----------|-----------|------|
| 10712.1 | 4/7/05 | 4/8/05 | $3,501.49 | $3,115.61 | 1/17/06 | TJ21PF |
| 11515.1 | 10/3/05 | 10/7/05 | $6,465.00 | $4,525.50 | 1/17/06 | 600563063/1611203421/059776545 |
| 11404.1 | 9/24/05 | 9/28/05 | $6,348.88 | $4,571.19 | 1/17/06 | 595621703 |
| 11404.1 | 9/12/05 | 9/16/05 | $6,811.44 | $4,904.24 | 1/17/06 | 595621703 |
| PB1089.1 | 10/23/05 | 10/28/05 | $9,898.85 | $4,949.42 | 1/17/06 | 41Q73U01 |
| 11460.1 | 9/19/05 | 9/23/05 | $6,465.00 | $5,626.34 | 1/17/06 | UFBLVQNBC00 |
| 11404.1 | 9/3/05 | 9/7/05 | $8,369.41 | $5,819.10 | 1/17/06 | 595621703 |
| 11404.1 | 9/17/05 | 9/23/05 | $9,623.36 | $6,928.80 | 1/17/06 | 595621703 |
| 11034.1 | 7/6/05 | 7/8/05 | $2,556.56 | $1,789.59 | 1/19/06 | N1JDZY-01 |
| 11034.1 | 7/9/05 | 7/14/05 | $5,125.20 | $3,587.64 | 1/19/06 | N1JDZY-01 |
| 11515.1 | 9/27/05 | 9/30/05 | $6,949.73 | $4,829.81 | 1/19/06 | 600563063/1611203421 |
| PB1089.1 | 11/5/05 | 11/11/05 | $9,824.13 | $4,912.07 | 1/19/06 | 7C6NDU-06 |
| 11464.1 | 9/17/05 | 9/17/05 | $1,682.88 | $1,222.40 | 1/23/06 | 1QZJQR-02 |
| 11464.1 | 9/15/05 | 9/16/05 | $3,132.04 | $1,535.34 | 1/23/06 | 1QZJQR-02 |
| 11460.1 | 9/17/05 | 9/18/05 | $4,392.61 | $3,231.27 | 1/23/06 | UFBLVQNBC00 |
| 11515.1 | 10/21/05 | 10/21/05 | $908.68 | $636.08 | 1/26/06 | 570628871 |
| 11428.1 | 9/9/05 | 9/9/05 | $1,293.00 | $775.80 | 1/26/06 | 456433812/1983800578 |
| 11428.1 | 9/8/05 | 9/8/05 | $2,028.21 | $1,216.93 | 1/26/06 | 456433812/1623803651 |
| 11506.1 | 9/29/05 | 9/30/05 | $2,586.00 | $2,586.00 | 1/26/06 | 1752400598 |
| 11484.1 | 9/24/05 | 9/27/05 | $5,317.76 | $2,597.36 | 1/26/06 | S462MG-02 thru 9/25/06 |
| 11506.1 | 10/1/05 | 10/2/05 | $2,616.80 | $2,616.80 | 1/26/06 | 1752400598 |
| 11506.1 | 10/3/05 | 10/7/05 | $6,704.70 | $2,646.88 | 1/26/06 | 1752400598 THRU 10/4/06 |
| 11515.1 | 10/22/05 | 10/27/05 | $4,369.48 | $3,058.64 | 1/26/06 | 570628871 |
| 11515.1 | 10/8/05 | 10/14/05 | $10,399.48 | $3,254.55 | 1/26/06 | 059776545 thru 10/10/05 |
| 11484.1 | 9/21/05 | 9/23/05 | $4,987.33 | $3,281.13 | 1/26/06 | S462MG-02 |
| 11484.1 | 10/15/05 | 10/18/05 | $3,334.60 | $3,334.60 | 1/26/06 | 3BY93S-01 |
| 11428.1 | 9/28/05 | 9/30/05 | $3,344.10 | $3,344.10 | 1/26/06 | 456433812/1983800625 |
| 11484.1 | 10/11/05 | 10/14/05 | $3,404.48 | $3,404.48 | 1/26/06 | 3BY93S-01 |
| 11428.1 | 9/10/05 | 9/12/05 | $4,311.76 | $4,244.41 | 1/26/06 | 456433812/1983800578 |
| 11428.1 | 9/20/05 | 9/23/05 | $4,268.00 | $4,268.00 | 1/26/06 | 456433812/1983800578 |
| 11506.1 | 10/10/05 | 10/14/05 | $4,425.80 | $4,425.80 | 1/26/06 | 1752400615 |
| 11428.1 | 9/17/05 | 9/23/05 | $4,525.68 | $4,525.68 | 1/26/06 | 456433812/1983800578 |
| 11428.1 | 9/13/05 | 9/16/05 | $5,643.16 | $5,643.16 | 1/26/06 | 456433812/1983800578 |
| 10907.2 | 6/4/05 | 6/7/05 | $5,933.49 | $5,674.89 | 1/26/06 | 1860101503 |
| 11428.1 | 9/24/05 | 9/28/05 | $5,782.08 | $5,782.08 | 1/26/06 | 456433812/1983800578 |
| 11506.1 | 10/22/05 | 10/28/05 | $5,886.68 | $5,886.68 | 1/26/06 | 1752400615 |
| 11506.1 | 10/15/05 | 10/21/05 | $6,191.24 | $6,191.24 | 1/26/06 | 1752400615 |
| 11428.1 | 10/1/05 | 10/7/05 | $7,245.52 | $7,245.52 | 1/26/06 | 456433812/1983800578 |
| 11506.1 | 9/24/05 | 9/28/05 | $8,708.35 | $7,810.96 | 1/26/06 | 1752400583 |
| 11469.1 | 10/8/05 | 10/14/05 | $6,158.64 | $80.40 | 2/6/06 | DXZ7ZM-02 thru 10/13/05 |
| PB1173.1 | 11/15/05 | 11/18/05 | $6,719.71 | $2,595.86 | 2/6/06 | M6MVVI-01 THRU 11/17/05 |
| 9659.1 | 9/18/04 | 9/24/04 | $6,777.64 | $6,725.96 | 2/6/06 | FMZOW3-02 |
| 11469.1 | 9/17/05 | 9/23/05 | $11,465.85 | $10,753.47 | 2/6/06 | UQHSYS-01 |
| PB1089.1 | 11/12/05 | 11/18/05 | $11,131.60 | $5,565.80 | 2/14/06 | 7C6NDU-06 |
| PB1061.1 | 10/18/05 | 10/21/05 | $7,037.31 | $6,052.31 | 2/16/06 | 8DVBLQ-03 |
| 11255.2 | 10/1/05 | 10/5/05 | $7,596.48 | $8,757.43 | 2/16/06 | 500922000/1793401955 |
| 10540.2 | 9/16/05 | 9/16/05 | $1,293.00 | $905.10 | 2/17/06 | CT1TTC-02 |
| 11508.1 | 9/24/05 | 9/30/05 | $12,565.45 | $9,682.18 | 2/17/06 | 766VRB-01-05 |
| 11486.1 | 9/22/05 | 9/23/05 | $2,406.67 | $1,493.80 | 2/23/06 | FD8JVT |
| 11486.1 | 9/24/05 | 9/27/05 | $3,491.23 | $2,240.70 | 2/23/06 | FD8JVT |
| 11464.1 | 9/29/05 | 9/30/05 | $1,738.28 | $1,312.00 | 2/27/06 | 1XLFL1-01/02 |
| PB1270.1 | 12/24/05 | 12/26/05 | $3,234.56 | $1,674.61 | 2/27/06 | IYJ4WC-04 |
| PB1270.1 | 12/27/05 | 12/31/05 | $5,408.12 | $2,667.51 | 2/27/06 | IYJ4WC-04 |
| PB1433.1 | 1/10/06 | 1/13/06 | $7,163.99 | $3,581.99 | 2/27/06 | K3GV4Q01 |
| PB1433.1 | 1/19/06 | 1/20/06 | $2,766.00 | $5,010.83 | 2/27/06 | K3GV4Q01/TGM56W01 |
| 11365.1 | 10/1/05 | 10/7/05 | $6,491.72 | $5,193.38 | 2/27/06 | RVMR5G-01 |
| PB1433.1 | 1/14/06 | 1/18/06 | $8,512.80 | $5,389.40 | 2/27/06 | K3GV4Q01/TGM56W01 |
| 9797.1 | 11/6/04 | 11/11/04 | $4,888.60 | $4,339.84 | 3/1/06 | 1747QF-01 |
| 9797.1 | 10/23/04 | 10/29/04 | $5,990.96 | $5,990.96 | 3/1/06 | 1747QF-01 |
| 9797.1 | 10/30/04 | 11/5/06 | $6,385.64 | $6,385.64 | 3/1/06 | YD1B5L03/04 |
| 11265.1 | 8/17/05 | 8/19/05 | $3,201.00 | $3,201.00 | 3/2/06 | K45KKZ-01 |
| PB1135.1 | 11/18/05 | 11/18/05 | $1,293.00 | $450.30 | 3/6/06 | 1793402092 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|---|---|---|---|---|---|---|
| PB1080.1 | 10/21/05 | 10/21/05 | $1,653.04 | $457.13 | 3/6/06 | DW5D9Y01/02 |
| 11464.1 | 10/8/05 | 10/14/05 | $6,824.84 | $1,968.00 | 3/6/06 | 1XLFL1-01/02 thru 10/10/05 |
| PB1040.1 | 10/18/05 | 10/21/05 | $5,172.00 | $2,598.30 | 3/6/06 | 9H6J4I thru 10/20/05 |
| PB1040.1 | 10/15/05 | 10/17/05 | $4,731.00 | $2,970.10 | 3/6/06 | FRWB3Q-01 |
| PB1135.1 | 11/8/05 | 11/11/05 | $6,434.52 | $3,285.00 | 3/6/06 | 1793402078 |
| 11469.1 | 10/4/05 | 10/7/05 | $3,334.32 | $3,334.32 | 3/6/06 | DXZ7ZM-02 |
| 11557.1 | 10/8/05 | 10/12/05 | $7,640.00 | $3,604.10 | 3/6/06 | YMR58W-01 thru 10/10/05 |
| PB1060.1 | 10/22/05 | 10/28/05 | $10,934.60 | $4,377.62 | 3/6/06 | V4YTCR/01-03 thru 10/25/05 |
| PB1080.1 | 10/22/05 | 10/28/05 | $11,343.91 | $4,574.68 | 3/6/06 | DW5D9Y01/02 thru 10/25/05 |
| PB1060.1 | 10/18/05 | 10/21/05 | $6,636.57 | $4,645.60 | 3/6/06 | V4YTCR/01-03 |
| PB1329.1 | 12/19/05 | 12/23/05 | $8,247.28 | $7,397.28 | 3/6/06 | 803547530 |
| PB1135.1 | 11/12/05 | 11/17/05 | $11,036.60 | $9,000.00 | 3/6/06 | 93402078 thru 11/15-1793402092 from 11/ |
| 11557.1 | 10/7/05 | 10/7/05 | $1,667.48 | $1667.48 (ded) | 3/6/06 | YMR58W-01 |
| PB1042.1 | 10/14/05 | 10/14/05 | $1,778.08 | $1,422.46 | 3/7/06 | CFQ5BW-01 |
| PB1042.1 | 10/15/05 | 10/18/05 | $6,262.64 | $5,634.22 | 3/7/06 | CFQ5BW-01 |
| PB1151.1 | 11/12/05 | 11/16/05 | $9,414.30 | $6,211.24 | 3/7/06 | RZR62A01 |
| PB1089.1 | 11/19/05 | 11/25/05 | $8,605.76 | $2,100.12 | 3/8/06 | 7C6NDU-06 thru 11/21/05 |
| PB1089.1 | 10/29/05 | 11/2/05 | $9,386.66 | $5,986.33 | 3/8/06 | 41Q73U01/7C6NDU-06 |
| PB1134.1 | 11/19/05 | 11/25/05 | $9,473.76 | $69.00 | 3/9/06 | L1RWWF THRU 11/21/05 |
| PB1134.1 | 11/12/05 | 11/12/05 | $1,528.00 | $1,069.60 | 3/9/06 | L1RWWF |
| PB1134.1 | 11/8/05 | 11/11/05 | $6,649.72 | $4,140.78 | 3/9/06 | 315D6TYL/315D5TYL |
| PB1270.1 | 1/1/06 | 1/6/06 | $5,787.12 | $2,887.31 | 3/13/06 | IYJ4WC-04 |
| PB1270.1 | 12/17/05 | 12/23/05 | $7,560.72 | $3,780.36 | 3/13/06 | IYJ4WC-04 |
| PB1272.1 | 12/24/05 | 12/31/05 | $8,603.12 | $4,301.56 | 3/17/06 | 547477415/1798002566 |
| PB1040.1 | 10/14/05 | 10/14/05 | $1,528.00 | $1528 (ded) | 3/17/06 | FRWB3Q-01 |
| PB1148.1 | 11/12/05 | 11/18/05 | $10,565.39 | $641.84 | 3/20/06 | LZXQFQ-02 |
| PB1148.1 | 11/11/05 | 11/11/05 | $1,653.04 | $1,157.13 | 3/20/06 | V4KPZN-01 |
| 10911.1 | 5/26/05 | 5/27/05 | $2,604.60 | $1,823.24 | 3/20/06 | PBFTNX-01 |
| PB1234.1 | 11/29/05 | 12/2/05 | $6,757.71 | $3,006.17 | 3/20/06 | BZ704040106 |
| PB1433.1 | 1/28/06 | 2/3/06 | $8,515.76 | $4,257.88 | 3/20/06 | TGM56W01/04 |
| 10911.1 | 5/28/05 | 6/2/05 | $6,511.60 | $4,558.10 | 3/20/06 | PBFTNX-01 |
| PB1517.1 | 2/4/06 | 2/10/06 | $10,513.84 | $5,243.17 | 3/20/06 | CKSHFQ01 |
| PB1011.1 | 10/29/05 | 11/4/05 | $5,844.40 | $1,692.20 | 3/21/06 | R21WFH-01 thru 10/31/05 |
| PB1517.1 | 2/11/06 | 2/17/06 | $10,021.88 | $5,010.94 | 3/22/06 | CKSHFQ01 |
| 11508.1 | 10/1/05 | 10/7/05 | $10,194.02 | $7,111.08 | 3/23/06 | C58GNR-02 |
| 8832.4 | 1/22/05 | 1/26/05 | $665.52 | $532.42 | 3/30/06 | T3616108003 |
| PB1141.1 | 11/9/05 | 11/11/05 | $4,867.73 | $2,770.64 | 3/30/06 | 85066233/1643405123 |
| 11534.1 | 10/15/05 | 10/21/05 | $9,111.00 | $1,969.50 | 4/3/06 | SSDCQE-04 Thru 10/17/05 |
| PB1570.1 | 2/7/06 | 2/10/06 | $7,473.97 | $3,831.78 | 4/3/06 | 28547641 |
| PB1517.1 | 2/18/06 | 2/1/06 | $5,664.36 | $2,832.18 | 4/6/06 | CKSHFQ01 |
| PB1466.1 | 1/16/06 | 1/16/06 | $1,887.84 | $1,000.00 | 4/7/06 | 18858817888 |
| PB1517.1 | 1/26/06 | 1/27/06 | $3,810.01 | $1,905.01 | 4/7/06 | 41Y5DP01 |
| PB1466.1 | 1/17/06 | 1/20/06 | $5,532.00 | $2,088.92 | 4/7/06 | 18858817888 |
| PB1329.1 | 12/28/05 | 12/31/05 | $5,172.00 | $3,736.20 | 4/7/06 | 803547530 |
| 9398.3 | 6/18/05 | 6/24/05 | $9,959.64 | $3,840.00 | 4/7/06 | 572211776/17611002203 thru 6/20/05 |
| PB1466.1 | 1/21/06 | 1/27/06 | $9,953.16 | $4,478.92 | 4/7/06 | 18858817888 |
| PB1329.1 | 12/24/05 | 12/27/05 | $7,458.82 | $7,000.00 | 4/7/06 | 803547530 |
| PB1517.1 | 1/28/06 | 1/29/06 | $3,903.84 | $1,703.96 | 4/10/06 | 41Y5DP01&CKSHFQ01 |
| PB1674.1 | 2/25/06 | 3/3/06 | $12,342.25 | $6,171.13 | 4/11/06 | 4Y3NDW01-02 |
| PB1148.1 | 11/19/05 | 11/25/05 | $9,301.24 | $55.16 | 4/12/06 | LZXQFQ-02 THRU 11/20/05 |
| PB1517.1 | 1/30/06 | 2/3/06 | $6,915.00 | $3,705.46 | 4/13/06 | 41Y5DP01&CKSHFQ01 |
| PB1466.1 | 1/28/06 | 2/3/06 | $8,587.32 | $4,149.00 | 4/13/06 | 18858817888 |
| 11534.1 | 9/30/05 | 9/30/05 | $1,972.05 | $986.03 | 4/15/06 | INIZIZ01 |
| 11534.1 | 10/1/05 | 10/3/05 | $4,886.96 | $1,597.91 | 4/15/06 | INIZIZ-01/SSDCQE-01 |
| 10451.1 | 2/16/05 | 2/17/05 | $1,293.00 | $646.50 | 4/20/06 | T3687772001-00 |
| 10451.1 | 2/10/05 | 2/11/05 | $3,831.57 | $1,915.79 | 4/20/06 | 1812700766 |
| 10451.1 | 2/12/05 | 2/15/05 | $6,272.05 | $3,136.03 | 4/20/06 | T3687772001-00 |
| PB1224.1 | 11/26/05 | 12/2/05 | $11,742.56 | $9,230.08 | 4/21/06 | F6DFDV-01 |
| PB1235.2 | 1/5/06 | 1/6/06 | $3,562.53 | $2,472.77 | 4/26/06 | 6ZKQ5Y-01 |
| PB1199.1 | 11/26/05 | 12/2/05 | $9,243.87 | $11.20 | 4/28/06 | 587BXZ-01 thru 11/27/05 |
| PB1386.1 | 1/7/06 | 1/7/06 | $1,704.24 | $1,316.99 | 4/28/06 | 8XBKSG-03 |
| 11331.1 | 9/10/05 | 9/13/05 | $3,051.24 | $1,476.00 | 4/28/06 | 593505057 |
| PB1268.1 | 12/6/05 | 12/9/05 | $7,001.26 | $1,518.25 | 4/28/06 | MLGMWR-05 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|---|---|---|---|---|---|---|
| PB1206.1 | 11/22/05 | 11/22/05 | $2,443.35 | $2,443.35 | 4/28/06 | AKP43A-01 |
| PB1206.1 | 11/23/05 | 11/25/05 | $3,879.00 | $3,879.00 | 4/28/06 | AKP43A-01 |
| 11539.1 | 10/1/05 | 10/5/05 | $9,028.09 | $4,366.80 | 4/28/06 | YT1BZQ-01/02 |
| PB1386.1 | 1/4/06 | 1/6/06 | $5,616.42 | $4,493.14 | 4/28/06 | 8XBKSG01-03 |
| PB1199.1 | 11/20/05 | 11/23/05 | $6,619.45 | $5,295.56 | 4/28/06 | W4HLYI03 |
| PB1570.1 | 2/13/06 | 2/17/06 | $6,915.00 | $4,885.84 | 5/4/06 | 28548311 thru 2/13/06 |
| PB1393.1 | 1/4/06 | 1/6/06 | $5,943.92 | $931.73 | 5/8/06 | WLJYWR-01-02 |
| PB1393.1 | 1/12/06 | 1/13/06 | $2,766.00 | $2,212.80 | 5/8/06 | CSLWBZ-01 |
| PB1393.1 | 1/14/06 | 1/20/06 | $10,692.08 | $3,202.94 | 5/8/06 | CSLWBZ-02-03 |
| PB1393.1 | 1/21/06 | 1/27/06 | $10,694.08 | $4,064.99 | 5/8/06 | CSLWBZ-05 thru 1/25 |
| PB1141.1 | 11/14/05 | 11/18/05 | $6,465.00 | $4,126.39 | 5/8/06 | 85066233 |
| PB1104.1 | 10/31/05 | 11/4/05 | $8,200.27 | $4,183.34 | 5/8/06 | Auth'd but no # |
| PB1141.1 | 11/19/05 | 11/25/05 | $9,247.00 | $4,993.38 | 5/8/06 | 85066233 thru 11/22/05 |
| PB1393.1 | 1/7/06 | 1/11/06 | $9,704.88 | $7,763.90 | 5/8/06 | WLJYWR-03-05 |
| PB1270.1 | 12/9/05 | 12/9/05 | $1,293.00 | $373.82 | 5/10/06 | Y69XQP-01 |
| PB1270.1 | 12/6/05 | 12/8/05 | $5,331.65 | $2,938.50 | 5/10/06 | Y69XQP-01 |
| PB1270.1 | 12/14/05 | 12/16/05 | $3,201.00 | $1,600.49 | 5/11/06 | IYJ4WC-04 |
| PB1270.1 | 12/10/05 | 12/13/05 | $5,184.00 | $2,594.01 | 5/11/06 | Y69XQP-01 |
| PB1350.1 | 12/27/05 | 12/27/05 | $2,004.01 | $952.09 | 5/12/06 | SYCHLT-01 |
| PB1350.1 | 1/7/06 | 1/14/06 | $10,847.64 | $1,290.46 | 5/12/06 | 41VHZE02 thru 1/8 |
| PB1350.1 | 1/5/06 | 1/6/06 | $2,766.00 | $2,212.80 | 5/12/06 | SYCHLT-01&4IVHZE01/02 |
| PB1350.1 | 12/28/05 | 12/29/05 | $3,770.10 | $2,750.38 | 5/12/06 | SYCHLT-01 |
| PB1350.1 | 12/30/05 | 12/31/05 | $3,056.00 | $2,750.38 | 5/12/06 | SYCHLT-01 |
| 11422.2 | 9/26/05 | 9/30/05 | $4,683.48 | $4,433.48 | 5/12/06 | TFNV5F-01/02 |
| PB1674.1 | 3/4/06 | 3/9/06 | $8,298.00 | $5,048.52 | 5/12/06 | 4Y3NDW03/LY63MG01-02 |
| PB1350.1 | 1/1/06 | 1/4/06 | $7,250.50 | $5,800.41 | 5/12/06 | SYCHLT-03/04 |
| PB1061.1 | 10/22/05 | 10/25/05 | $6,692.92 | $1,647.96 | 5/15/06 | 8DVBLQ-03 Thru 10/22/05 |
| PB1411.1 | 1/6/06 | 1/6/06 | $1,893.73 | $259.73 | 5/18/06 | GB82RA01 |
| PB1421.1 | 1/31/06 | 2/3/06 | $3,524.00 | $2,466.80 | 5/18/06 | 84SRCV01-02 |
| PB1411.1 | 1/11/06 | 1/13/06 | $3,764.00 | $2,634.80 | 5/18/06 | GB82RA01 |
| PB1477.1 | 1/21/06 | 1/25/06 | $8,959.48 | $2,844.44 | 5/18/06 | Y8DLPJ01 thru 1/23 |
| PB1421.1 | 1/14/06 | 1/16/06 | $5,518.89 | $3,863.22 | 5/18/06 | RQH8PI01-03/X1B2WK01 |
| PB1421.1 | 1/17/06 | 1/20/06 | $5,532.00 | $3,872.40 | 5/18/06 | RQH8PI01-03/X1B2WK01 |
| PB1477.1 | 1/17/06 | 1/20/06 | $7,783.61 | $4,149.71 | 5/18/06 | Y8DLPJ-01 |
| PB1421.1 | 2/4/06 | 2/10/06 | $6,167.00 | $4,316.90 | 5/18/06 | 84SRCV02-03 |
| PB1411.1 | 1/7/06 | 1/10/06 | $7,008.48 | $4,750.20 | 5/18/06 | GB82RA01 |
| PB1421.1 | 1/9/06 | 1/13/06 | $9,379.01 | $6,565.31 | 5/18/06 | RQH8PI01-03 |
| PB1421.1 | 1/21/06 | 1/27/06 | $10,105.72 | $6,794.00 | 5/18/06 | X1B2WK01-03 |
| PB1496.1 | 1/21/06 | 1/27/06 | $12,357.85 | $6,901.23 | 5/18/06 | YYGPNN-04 |
| PB1151.1 | 11/19/05 | 11/23/05 | $5,418.33 | $4,334.66 | 5/26/06 | CZHQ9A-02 |
| PB1508.1 | 1/24/06 | 1/25/06 | $3,686.97 | $1,445.46 | 5/30/06 | BW1KVF01 |
| PB1564.1 | 2/11/06 | 2/12/06 | $3,835.16 | $2,323.30 | 5/30/06 | 6FW2W01 |
| PB1616.1 | 2/16/06 | 2/17/06 | $4,292.77 | $2,575.66 | 5/30/06 | 6VYNFT01 |
| PB1572.1 | 2/8/06 | 2/10/06 | $5,367.33 | $2,649.55 | 5/30/06 | 832100910 |
| PB1470.1 | 1/17/06 | 1/20/06 | $5,940.81 | $3,948.57 | 5/30/06 | CQ25NH-01 |
| PB1564.1 | 2/6/06 | 2/10/06 | $9,219.57 | $5,526.50 | 5/30/06 | ZTS9ZX01/6FWF2W01 |
| PB1616.1 | 2/18/06 | 2/22/06 | $10,180.03 | $5,887.03 | 5/30/06 | 6VYNFT01 |
| PB1234.1 | 12/3/05 | 12/8/05 | $9,937.04 | $9,573.76 | 5/31/06 | BZ704040106 |
| PB1544.1 | 2/2/06 | 2/3/06 | $3,961.13 | $1,017.34 | 6/5/06 | GL8YWN01 |
| PB1404.1 | 1/6/06 | 1/6/06 | $2,371.68 | $1,198.88 | 6/5/06 | C5N4PX01 |
| 9659.1 | 9/15/05 | 9/17/04 | $2,666.40 | $2,666.40 | 6/5/06 | FMZOW3-01-02 |
| PB1544.1 | 2/4/06 | 2/11/06 | $13,920.86 | $4,902.00 | 6/5/06 | .8YWN01-03 thru 2/9: 9MG6PQ-01 **2/10-11** |
| PB1404.1 | 1/7/06 | 1/11/06 | $9,501.22 | $5,095.41 | 6/5/06 | C5N4PX01 |
| PB1541.1 | 2/1/06 | 2/3/06 | $5,536.01 | $5,536.01 | 6/5/06 | INSSKE01/S5635M-04 |
| PB1541.1 | 2/4/06 | 2/9/06 | $10,764.64 | $6,352.35 | 6/5/06 | S5635M-04 |
| 11538.1 | 10/1/05 | 10/7/05 | $12,189.65 | $7,239.60 | 6/5/06 | KH7NXT-01/03 |
| PB1597.1 | 3/25/06 | 3/27/06 | $1,762.00 | $413.82 | 6/7/06 | 832519009/2143000164 thru 3/26 |
| PB1597.1 | 3/18/06 | 3/24/06 | $6,167.00 | $3,083.50 | 6/7/06 | 832519009/2143000164 |
| PB1134.1 | 12/3/05 | 12/9/05 | $7,072.80 | $1,148.00 | 6/8/06 | XFTPZW |
| PB1134.1 | 12/10/05 | 12/15/05 | $4,979.24 | $2,870.00 | 6/8/06 | XFTPZW |
| PB1564.1 | 2/22/06 | 2/22/06 | $255.00 | $255.00 | 6/13/06 | F94LXH |
| PB1235.2 | 1/7/06 | 1/11/06 | $6,805.52 | $4,920.91 | 6/14/06 | 6ZKQ5Y-02 |
| PB1307.2 | 2/16/06 | 2/17/06 | $3,603.94 | $1,327.97 | 6/15/06 | ZMWZ7I01 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|-----|-----------|-----------|-----------|------|
| PB1597.1 | 2/18/06 | 2/20/06 | $5,210.00 | $1,924.98 | 6/15/06 | 832519009 |
| PB1647.1 | 2/25/06 | 2/27/06 | $5,523.90 | $3,785.33 | 6/15/06 | AWPMBN01-02-03 |
| PB1235.1 | 11/29/05 | 12/2/05 | $6,693.52 | $3,847.86 | 6/15/06 | GJ3X6R-01 |
| PB1647.1 | 2/22/06 | 2/24/06 | $5,335.12 | $4,268.10 | 6/15/06 | AWPMBN01-02 |
| PB1597.1 | 2/13/06 | 2/17/06 | $9,087.25 | $5,012.23 | 6/15/06 | 832519009 |
| PB1798.1 | 3/25/06 | 3/25/06 | $1,742.08 | $1,393.66 | 6/19/06 | 6CVTCY-01 |
| PB1798.1 | 3/26/06 | 4/1/06 | $8,298.00 | $6,638.40 | 6/19/06 | 6CVTCY-01 |
| PB1835.1 | 3/31/06 | 3/31/06 | $2,024.97 | $419.98 | 6/21/06 | 150744485 |
| PB1272.1 | 1/1/06 | 1/3/06 | $2,772.00 | $1,231.50 | 6/21/06 | 547477415 thru 1/1 RTC |
| PB1798.1 | 3/24/06 | 3/24/06 | $2,018.77 | $15.02 | 6/23/06 | 6CVTCY-01 |
| PB1665.1 | 2/25/06 | 2/29/06 | $8,827.64 | $6,134.62 | 6/23/06 | 1643406390 thru 2/28 |
| PB2092.1 | 5/24/06 | 5/26/06 | $5,555.49 | $2,527.75 | 6/27/06 | B4JTZR01 |
| PB1404.2 | 2/3/06 | 2/3/06 | $881.00 | $528.60 | 7/3/06 | 3DXHSN-03 |
| PB1011.1 | 10/21/05 | 10/21/05 | $844.48 | $574.00 | 7/3/06 | R21WFH-01 |
| PB1501.1 | 1/28/06 | 1/29/06 | $4,107.84 | $839.84 | 7/3/06 | 9HWTHG-03 |
| PB1750.1 | 3/18/06 | 3/21/06 | $7,021.56 | $2,409.99 | 7/3/06 | 7JLXCL02 thru 3/19 |
| **PB1519.1** | 3/11/06 | 3/15/06 | $3,524.00 | $2,466.80 | 7/3/06 | W4378T-08 |
| PB1519.1 | 1/26/06 | 1/27/06 | $3,916.37 | $2,741.46 | 7/3/06 | A19SJN-03 |
| PB1501.1 | 1/30/06 | 2/3/06 | $6,915.00 | $2,775.01 | 7/3/06 | 9H4WTHG-03 thru 2/2/06 |
| PB1519.1 | 2/20/06 | 2/24/06 | $4,405.00 | $3,083.50 | 7/3/06 | W4378T-08 |
| PB1741.1 | 3/18/06 | 3/24/06 | $10,032.04 | $3,341.22 | 7/3/06 | ASX25101 |
| PB1011.1 | 10/22/05 | 10/28/05 | $5,842.24 | $3,951.15 | 7/3/06 | R21WFH-01 |
| PB1519.1 | 2/25/06 | 3/3/06 | $6,167.00 | $4,316.90 | 7/3/06 | W4378T-08 |
| PB1519.1 | 3/4/06 | 3/10/06 | $6,167.00 | $4,316.90 | 7/3/06 | W4378T-08 |
| PB1750.1 | 3/14/06 | 3/17/06 | $7,356.97 | $4,799.88 | 7/3/06 | 7HKXCL01-02 |
| PB1501.1 | 1/23/06 | 1/27/06 | $9,481.69 | $5,849.68 | 7/3/06 | 9HWTHG-03 |
| PB1519.1 | 1/28/06 | 2/1/06 | $9,895.62 | $6,559.80 | 7/3/06 | A19SJN-03 |
| PB1404.2 | 2/4/06 | 2/10/06 | $6,167.00 | $9,867.20 | 7/3/06 | 3DXHSN-03 |
| PB2092.1 | 5/27/06 | 5/29/06 | $3,268.00 | $1,634.00 | 7/6/06 | B4JTZR01 |
| PB1675.1 | 3/4/06 | 3/4/06 | $1,997.18 | $263.56 | 7/7/06 | Y8XYTN01-04 |
| PB1730.1 | 3/11/06 | 3/11/06 | $1,710.96 | $1,143.80 | 7/7/06 | 493946471 |
| PB1636.1 | 3/18/06 | 3/20/06 | $1,762.00 | $1,233.40 | 7/7/06 | X44SKX-02 |
| PB1769.1 | 3/23/06 | 3/24/06 | $2,766.00 | $1,383.00 | 7/7/06 | 330609457 |
| PB1636.1 | 2/25/06 | 2/26/06 | $3,669.36 | $2,444.82 | 7/7/06 | JZP66S-03 |
| PB1687.1 | 4/1/06 | 4/4/06 | $2,643.00 | $2,643.00 | 7/7/06 | MWD98P01 |
| PB1747.1 | 4/8/06 | 4/10/06 | $2,800.80 | $2,800.80 | 7/7/06 | LRJ6ND |
| PB1730.1 | 3/8/06 | 3/10/06 | $5,410.21 | $2,957.81 | 7/7/06 | 493946471 |
| PB1421.1 | 1/28/06 | 1/31/06 | $4,223.96 | $2,988.96 | 7/7/06 | X1B2WK04-05 |
| PB1687.1 | 3/25/06 | 3/27/06 | $3,042.48 | $3,042.48 | 7/7/06 | 8JW6DA |
| PB1636.1 | 3/13/06 | 3/17/06 | $4,405.00 | $3,083.50 | 7/7/06 | X44SKX-02 |
| PB1747.1 | 3/18/06 | 3/19/06 | $3,342.24 | $3,342.24 | 7/7/06 | LRJ6ND04/7LYDSB01/LRJ6N01 |
| PB1769.1 | 3/19/06 | 3/22/06 | $7,275.45 | $3,637.73 | 7/7/06 | 330609457 |
| PB1730.1 | 3/12/06 | 3/17/06 | $6,915.00 | $4,894.37 | 7/7/06 | 493946471 |
| PB1636.1 | 2/21/06 | 2/24/06 | $7,558.17 | $5,290.72 | 7/7/06 | JZP66S-03 |
| PB1687.1 | 3/1/06 | 3/3/06 | $5,784.37 | $5,784.37 | 7/7/06 | 8JW6DA01 |
| PB1747.1 | 3/13/06 | 3/17/06 | $8,788.49 | $6,151.94 | 7/7/06 | LRJ6ND01/02/04 |
| PB1747.1 | 3/20/06 | 3/24/06 | $6,915.00 | $6,509.88 | 7/7/06 | LRJ6ND04/7LYDSB01/LRJ6N01 |
| PB1747.1 | 4/1/06 | 4/7/06 | $9,758.30 | $6,830.81 | 7/7/06 | LRJ6ND |
| PB1723.1 | 3/11/06 | 3/14/06 | $7,294.14 | $6,954.30 | 7/7/06 | IJ957J01-03-04 |
| PB1723.1 | 3/7/06 | 3/10/06 | $7,950.73 | $7,013.18 | 7/7/06 | IJ957J01-03 |
| PB1675.1 | 3/5/06 | 3/10/06 | $8,298.00 | $7,166.00 | 7/7/06 | Y8XYTN01-04 |
| PB1747.1 | 3/25/06 | 3/31/06 | $9,683.00 | $9,683.00 | 7/7/06 | LRJ6ND01/LRJ6ND |
| PB1687.1 | 3/18/06 | 3/24/06 | $10,577.24 | $10,577.27 | 7/7/06 | 8JW6DA01/07 |
| PB1675.1 | 2/25/06 | 3/3/06 | $13,651.39 | $12,679.36 | 7/7/06 | Y8XYTN01-02 |
| 11332.1 | 8/17/05 | 8/19/05 | $3,280.88 | $3,280.88 | 7/10/06 | cert'd no auth # |
| PB1689.1 | 3/1/06 | 3/3/06 | $5,265.48 | $2,641.66 | 7/17/06 | IM3D9R01 |
| PB1771.1 | 3/25/06 | 3/27/06 | $5,520.52 | $3,081.40 | 7/17/06 | X5GN8G01 |
| PB1771.1 | 3/20/06 | 3/24/06 | $9,211.71 | $6,125.77 | 7/17/06 | X5GN8G01 |
| 10648.1 | 4/7/05 | 4/8/05 | $1,716.48 | $1,235.20 | 7/18/06 | 1809201795 |
| 10648.1 | 4/16/05 | 4/21/05 | $4,227.80 | $3,444.05 | 7/18/06 | 1809201795 |
| PB1428.1 | 1/9/06 | 1/12/06 | $7,088.93 | $3,483.02 | 7/18/06 | 805163689 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|---|---|---|---|---|---|---|
| 10648.1 | 4/9/05 | 4/15/05 | $6,056.24 | $4,359.39 | 7/18/06 | 1809201795 |
| PB1828.1 | 4/22/06 | 4/28/06 | $6,167.00 | $1,321.50 | 7/19/06 | 8MVJSV01 thru 4/23 |
| PB1687.1 | 3/8/06 | 3/10/06 | $4,149.00 | $1,503.30 | 7/19/06 | 8JW6DA02-03 |
| 11021.1 | 7/11/05 | 7/15/05 | $4,210.24 | $1,684.10 | 7/19/06 | YYYC8E-02 |
| PB1858.1 | 4/6/06 | 4/7/06 | $4,077.89 | $1,960.80 | 7/19/06 | YGLYPD01-02 |
| PB1858.1 | 4/8/06 | 4/14/06 | $12,741.18 | $1,960.80 | 7/19/06 | YGLYPD01-02 thru 4/9 |
| PB1687.1 | 3/4/06 | 3/7/06 | $7,275.00 | $3,639.00 | 7/19/06 | 8JW6DA02-03 |
| PB1687.1 | 3/11/06 | 3/17/06 | $10,600.06 | $5,300.03 | 7/19/06 | 8JW6DA03-05 |
| 10540.2 | 9/10/05 | 9/15/05 | $9,866.77 | $6,015.58 | 7/19/06 | KLG45N-01/02 |
| PB1968.1 | 5/3/06 | 5/5/06 | $4,149.00 | $2,074.50 | 7/24/06 | UJT4YL01/RCF55L01 |
| PB1968.1 | 5/6/06 | 5/12/06 | $9,967.11 | $2,129.00 | 7/24/06 | RCF55L01 thru 5/8 |
| PB1968.1 | 4/29/06 | 5/2/06 | $7,165.36 | $3,582.68 | 7/24/06 | UJT4YL01/RCF55L01 |
| PB2116.1 | 5/27/06 | 6/2/06 | $13,151.49 | $7,710.89 | 7/24/06 | 9RJQTC01/V529BA01 |
| PB1867.1 | 4/8/06 | 4/14/06 | $12,391.05 | $1,325.33 | 7/28/06 | 2BFZKG-01 thru 4/9/06 |
| PB1741.1 | 3/25/06 | 3/31/06 | $10,019.00 | $3,577.50 | 7/28/06 | ASX25101 thru 3/29/06 |
| PB1835.1 | 4/1/06 | 4/8/06 | $11,359.94 | $7,724.32 | 7/28/06 | 150744485 |
| PB2030.1 | 5/11/06 | 5/12/06 | $3,867.41 | $62.41 | 7/31/06 | 2PR2YR-01/NJCBLB-01/C673VZ-01 |
| 11687.1 | 6/30/06 | 6/30/06 | $2,140.88 | $1,819.76 | 7/31/06 | A38WMC01 |
| 11701.1 | 7/6/06 | 7/7/06 | $4,028.97 | $2,014.49 | 7/31/06 | M117260 |
| PB2030.1 | 5/13/06 | 5/19/06 | $12,209.20 | $2,956.93 | 7/31/06 | C673VZ-01/RCYGSD-01 thru 5/14 |
| PB2116.1 | 6/6/06 | 6/9/06 | $4,568.00 | $3,197.60 | 7/31/06 | 9RJQTC01/V529BA01 |
| PB2116.1 | 6/3/06 | 6/5/06 | $5,902.00 | $3,541.61 | 7/31/06 | 9RJQTC01/V529BA01 |
| PB1649.1 | 2/22/06 | 2/22/06 | $359.57 | $359.57 | 8/4/06 | F94LXH |
| 8476.2 | 5/19/06 | 5/20/06 | $1,383.00 | $968.10 | 8/4/06 | 264798525 |
| PB1224.1 | 12/3/05 | 12/5/05 | $2,810.44 | $994.11 | 8/4/06 | V9VJNF-02 |
| 11265.1 | 8/11/05 | 8/11/05 | $1,293.00 | $1,293.00 | 8/4/06 | H82N1S-01 |
| 11363.1 | 8/27/05 | 8/29/05 | $2,600.00 | $2,001.63 | 8/4/06 | EZR36K-01 for Detox |
| 8476.2 | 5/11/06 | 5/12/06 | $3,713.89 | $2,355.42 | 8/4/06 | 264798525 |
| PB1913.1 | 4/22/06 | 4/26/06 | $9,759.07 | $2,615.70 | 8/4/06 | 005402329 |
| PB1734.1 | 3/9/06 | 3/10/06 | $4,518.34 | $2,941.42 | 8/4/06 | B5QHBK01 |
| PB1913.1 | 4/19/06 | 4/21/06 | $5,645.76 | $3,952.03 | 8/4/06 | 005402329 |
| PB1649.1 | 2/22/06 | 2/24/06 | $5,432.00 | $5,432.00 | 8/4/06 | F94LXH |
| 8476.2 | 5/13/06 | 5/18/06 | $10,365.32 | $9,289.69 | 8/4/06 | 264798525 |
| PB1649.1 | 2/25/06 | 3/3/06 | $11,128.48 | $11,128.48 | 8/4/06 | F94LXH |
| PB2116.1 | 7/1/06 | 7/7/06 | $6,247.40 | $4,372.18 | 8/7/06 | LPTZ9M01 |
| 11168.1 | 7/20/05 | 7/20/05 | $1,293.00 | $1,293.00 | 8/8/06 | 3416360 |
| 11168.1 | 7/21/05 | 7/22/05 | $2,662.20 | $2,662.20 | 8/8/06 | 3416360 |
| 11168.1 | 7/23/05 | 7/26/05 | $4,002.03 | $4,002.03 | 8/8/06 | 3416360 |
| 11701.1 | 7/8/06 | 7/12/06 | $8,760.68 | $4,366.49 | 8/8/06 | M117260 |
| 11168.1 | 7/16/05 | 7/19/05 | $6,229.96 | $6,229.96 | 8/8/06 | 3416360 |
| PB1647.2 | 4/8/06 | 4/14/06 | $9,819.88 | $56.88 | 8/10/06 | R1JDFL-01 thru 4/9 |
| PB1647.2 | 4/7/06 | 4/8/06 | $1,383.00 | $1,383.00 | 8/10/06 | R1JDFL-01 |
| PB1911.1 | 4/29/06 | 4/30/06 | $1,391.00 | $1,391.00 | 8/10/06 | 7DZQVJ03 |
| PB1647.2 | 4/6/06 | 4/6/06 | $2,619.39 | $1,634.00 | 8/10/06 | XLGCJL-01 |
| PB1911.1 | 4/22/06 | 4/23/06 | $3,438.28 | $3,268.00 | 8/10/06 | 6KSBNK01/7DZQVK01-02 |
| PB2116.1 | 6/17/06 | 6/20/06 | $4,968.80 | $3,479.16 | 8/10/06 | V529BA01-02/9RJQTC01 |
| PB1788.1 | 4/15/06 | 4/21/06 | $6,167.00 | $3,524.00 | 8/10/06 | T767VX thru 4/18 |
| PB1911.1 | 4/18/06 | 4/21/06 | $7,179.17 | $6,536.00 | 8/10/06 | 6KSBNK01 |
| PB1911.1 | 4/24/06 | 4/28/06 | $6,915.00 | $6,915.00 | 8/10/06 | 6KSBNK01/7DZQVK01-02 |
| 11656.1 | 6/10/06 | 6/10/06 | $2,250.60 | $2,242.64 | 8/14/06 | UFFCSTHBC |
| PB1887.1 | 4/13/06 | 4/14/06 | $3,639.92 | $2,354.04 | 8/14/06 | 8FNRMT01 |
| PB1887.1 | 4/15/06 | 4/19/06 | $8,764.30 | $5,050.69 | 8/14/06 | 8FNRMT01 thru 4/18 |
| 11656.1 | 6/3/06 | 6/9/06 | $13,737.02 | $11,057.96 | 8/14/06 | UFFCSTHBC |
| 11687.1 | 7/1/06 | 7/7/06 | $14,922.36 | $12,684.01 | 8/14/06 | A38WMC01 |
| PB2116.1 | 6/10/06 | 6/16/06 | $8,609.94 | $6,048.76 | 8/15/06 | V529BA01-02 |
| PB2094.1 | 5/27/06 | 5/28/06 | $3,397.68 | $2,644.86 | 8/16/06 | C5XMCI0102 |
| PB1858.2 | 4/20/06 | 4/21/06 | $2,766.00 | $2,766.00 | 8/16/06 | XJ1QW01/9C6BV01 |
| PB2094.1 | 5/29/06 | 6/2/06 | $5,532.00 | $3,004.19 | 8/16/06 | C5XMCI0102 |
| PB1858.2 | 4/18/06 | 4/19/06 | $3,673.52 | $3,449.74 | 8/16/06 | XJ1QW01/9C6BV01 |
| PB1858.2 | 4/22/06 | 4/26/06 | $6,716.92 | $6,716.92 | 8/16/06 | XJ1QW01/9C6BV01 |
| 11631.1 | 5/16/06 | 5/18/06 | $3,337.44 | $422.06 | 8/17/06 | 4SVN7Z thru 5/17 |
| PB2003.1 | 5/12/06 | 5/12/06 | $1,383.00 | $492.38 | 8/17/06 | S663BP |
| 11591.1 | 4/22/06 | 4/28/06 | $10,380.99 | $3,927.83 | 8/17/06 | 4T2RGL01/PIXD8G01 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|----|-----------| ----------|-----------|------|
| PB2003.1 | 5/6/06 | 5/11/06 | $11,063.61 | $4,174.29 | 8/17/06 | LYG17L01-04 |
| 11591.1 | 4/29/06 | 5/5/06 | $8,807.76 | $6,483.12 | 8/17/06 | 4T2RGL01/PIXD8G01 |
| PB2003.1 | 5/13/06 | 5/19/06 | $10,136.80 | $7,915.86 | 8/17/06 | S663BP |
| PB1446.1 | 1/12/06 | 1/13/06 | $3,832.49 | $1,699.49 | 8/18/06 | 494808483 |
| 11724.1 | 7/13/06 | 7/14/06 | $4,158.37 | $3,326.70 | 8/18/06 | 28565088 |
| 5473.3 | 7/21/06 | 7/21/06 | $2,018.77 | $759.39 | 8/24/06 | JX88RV01 |
| PB1653.1 | 2/23/06 | 2/24/06 | $3,866.53 | $985.80 | 8/28/06 | Z5MK6Z01 |
| PB1951.1 | 4/25/06 | 4/28/06 | $5,561.41 | $1,141.20 | 8/28/06 | 5KHW9H01 |
| PB1653.1 | 3/4/06 | 3/10/06 | $9,986.36 | $1,680.41 | 8/28/06 | 971Z3T01 thru 3/8/06 |
| PB1653.1 | 2/25/06 | 2/26/06 | $3,558.16 | $2,005.30 | 8/28/06 | Z5MK6Z01/971Z3T01 |
| PB1135.1 | 11/19/05 | 11/25/05 | $9,549.64 | $2,589.28 | 8/28/06 | 1793402092 thru 11/21 |
| PB2176.1 | 6/17/06 | 6/20/06 | $7,040.80 | $2,606.22 | 8/28/06 | LMHC2H01-03 thru 6/19 |
| 10849.2 | 5/6/06 | 5/7/06 | $4,450.24 | $3,115.17 | 8/28/06 | BGY5WS |
| PB2176.1 | 6/13/06 | 6/16/06 | $7,425.75 | $3,565.88 | 8/28/06 | LMHC2H01-03 |
| 10849.2 | 5/8/06 | 5/12/06 | $6,915.00 | $4,840.50 | 8/28/06 | 9XD1TQ |
| 10849.2 | 5/2/06 | 5/5/06 | $7,634.23 | $5,255.27 | 8/28/06 | BGY5WS |
| 10849.2 | 5/13/06 | 5/19/06 | $10,393.98 | $5,455.73 | 8/28/06 | 9XD1TQ |
| 10849.2 | 5/20/06 | 5/26/06 | $10,232.00 | $5,503.92 | 8/28/06 | 9XD1TQ thru 5/21 |
| 2562.4 | 8/19/05 | 8/19/05 | $820.00 | $492.00 | 8/30/06 | AGG47R01 |
| 2562.4 | 8/20/05 | 8/26/05 | $6,357.64 | $3,814.58 | 8/30/06 | AGG47R01 |
| 10583.4 | 4/15/06 | 4/15/06 | $150.00 | $150.00 | 8/31/06 | 9PVR9L-01 |
| 5473.3 | 7/28/06 | 7/28/06 | $1,383.00 | $691.50 | 8/31/06 | GWB8BI-01 |
| PB1104.1 | 11/24/05 | 11/25/05 | $1,887.84 | $952.70 | 8/31/06 | Auth'd but no # |
| PB2055.1 | 5/26/06 | 5/26/06 | $1,383.00 | $1,383.00 | 8/31/06 | 000192457 |
| PB2103.1 | 5/25/06 | 5/26/06 | $3,441.30 | $1,835.15 | 8/31/06 | ISVNV2PP |
| PB2008.1 | 6/3/06 | 6/7/06 | $3,684.80 | $2,578.80 | 8/31/06 | 570650764 |
| 10583.4 | 4/15/06 | 4/16/06 | $4,188.09 | $3,453.20 | 8/31/06 | 9PVR9L-01 |
| 10583.4 | 4/17/06 | 4/21/06 | $6,915.00 | $4,149.00 | 8/31/06 | 9PVR9L-01 |
| PB2055.1 | 5/16/06 | 5/19/06 | $7,021.40 | $4,914.98 | 8/31/06 | 000192457 |
| PB2055.1 | 5/27/06 | 5/29/06 | $5,355.40 | $4,990.61 | 8/31/06 | 000192457 |
| 5473.3 | 7/22/06 | 7/27/06 | $11,322.60 | $5,411.29 | 8/31/06 | JX88RV01-02 |
| 10583.4 | 4/22/06 | 4/28/06 | $10,568.39 | $6,178.36 | 8/31/06 | 9PVR9L-01 thru 4/25 |
| PB2008.1 | 5/13/06 | 5/19/06 | $10,547.76 | $6,384.38 | 8/31/06 | 570650764 thru 5/18 |
| 10583.4 | 4/8/06 | 4/14/06 | $13,247.70 | $6,748.66 | 8/31/06 | 9PVR9L-01 |
| PB2055.1 | 5/20/06 | 5/25/06 | $10,269.04 | $9,979.06 | 8/31/06 | 000192457 |
| PB1769.1 | 3/25/06 | 3/31/06 | $9,715.00 | $8,493.50 | 9/5/06 | 330609457 |
| PB2140.1 | 6/5/06 | 6/5/06 | $2,113.17 | $1,000.00 | 9/8/06 | 8YZHWR01/LQ141B01 |
| 11616.1 | 5/4/06 | 5/5/06 | $3,431.24 | $1,669.10 | 9/8/06 | XBPC5H01 |
| PB2140.1 | 6/10/06 | 6/16/06 | $9,761.48 | $2,237.18 | 9/8/06 | LQ141B01 thru 6/11 |
| PB2142.1 | 6/5/06 | 6/7/06 | $3,841.41 | $2,273.13 | 9/8/06 | ELBMRN |
| PB2140.1 | 6/6/06 | 6/9/06 | $5,532.00 | $3,577.12 | 9/8/06 | 8YZHWR01/LQ141B01 |
| 11616.1 | 5/6/06 | 5/9/06 | $6,941.28 | $5,228.80 | 9/8/06 | XBPC5H01 |
| PB2107.1 | 5/26/06 | 5/26/06 | $2,645.04 | $212.52 | 9/11/06 | EL6QMSF |
| PB2107.1 | 5/27/06 | 5/31/06 | $8,649.90 | $5,974.49 | 9/11/06 | EL6QMSF thru 5/30 |
| 5473.3 | 7/29/06 | 8/4/06 | $10,769.84 | $5,384.92 | 9/12/06 | GWB8BI-02/FBSTBR01-03 |
| PB1810.1 | 3/27/06 | 3/31/06 | $9,254.53 | $6,866.32 | 9/12/06 | 121546890 |
| 2562.5 | 8/11/06 | 8/11/06 | $2,018.77 | $1,215.02 | 9/14/06 | 0622121110 |
| 11630.1 | 5/17/06 | 5/17/06 | $1,383.00 | $1,244.70 | 9/14/06 | VMBTTZ-01 |
| 11630.1 | 5/16/06 | 5/16/06 | $1,845.68 | $1,661.11 | 9/14/06 | V7PL7F01 |
| 11630.1 | 5/18/06 | 5/19/06 | $2,284.00 | $2,055.60 | 9/14/06 | Q7P59K01 |
| 11630.1 | 6/5/06 | 6/5/06 | $2,333.20 | $2,099.88 | 9/14/06 | Q7P59K01 |
| 11630.1 | 5/20/06 | 5/26/06 | $8,092.00 | $7,282.80 | 9/14/06 | Q7P59K01 |
| 11630.1 | 5/27/06 | 6/2/06 | $8,557.50 | $7,701.75 | 9/14/06 | Q7P59K01 |
| 5473.3 | 8/5/06 | 8/9/06 | $5,951.12 | $2,975.56 | 9/15/06 | FBSTBR03-04 |
| 11687.1 | 6/30/06 | 6/30/06 | $283.73 | $241.18 | 9/22/06 | WSLB9U01 |
| PB2097.1 | 6/10/06 | 6/10/06 | $9,903.92 | $2,284.00 | 9/22/06 | FVDNHV-03 thru 6/11/06 |
| PB1104.1 | 11/26/05 | 12/1/05 | $4,272.80 | $3,246.84 | 9/22/06 | Auth'd thru 11/30/05 |
| PB2097.1 | 5/31/06 | 6/2/06 | $3,426.00 | $3,426.00 | 9/22/06 | FVDNHV-03 |
| PB2097.1 | 5/24/06 | 5/26/06 | $5,545.12 | $3,750.81 | 9/22/06 | Q4NN3U-01 |
| PB1909.1 | 4/18/06 | 4/21/06 | $7,024.56 | $5,154.45 | 9/22/06 | 932907847 |
| PB2097.1 | 5/27/06 | 5/30/06 | $7,432.04 | $6,536.00 | 9/22/06 | Q4NN3U-03 |
| PB2097.1 | 6/3/06 | 6/9/06 | $9,821.78 | $8,068.04 | 9/22/06 | FVDNHV-03 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|-----|-----------|-----------|-----------|------|
| PB2357.1 | 7/22/06 | 7/24/06 | $5,178.68 | $2,523.44 | 9/29/06 | YXQ3QQ01-02 for R |
| PB2231.1 | 6/24/06 | 6/24/06 | $2,212.09 | $1,327.25 | 10/2/06 | WTWRSQ01 |
| PB2603.1 | 9/7/06 | 9/8/06 | $4,384.93 | $1,844.45 | 10/2/06 | 00003935 |
| PB2214.1 | 6/24/06 | 6/29/06 | $8,868.60 | $3,719.00 | 10/2/06 | 966615421 thru 6/26 |
| PB2231.1 | 6/25/06 | 6/30/06 | $8,298.00 | $4,978.80 | 10/2/06 | WTWRSQ01 |
| PB2078.1 | 5/27/06 | 6/2/06 | $9,385.80 | $6,585.70 | 10/2/06 | LQB3LR02-04 |
| PB1272.1 | 12/23/05 | 12/23/05 | $1,067.00 | $681.02 | 10/5/06 | 547477415/1798002566 |
| PB2177.1 | 6/16/06 | 6/16/06 | $1,142.00 | $1,142.00 | 10/5/06 | 904163047 |
| PB2189.1 | 6/23/06 | 6/23/06 | $1,383.00 | $1,244.70 | 10/5/06 | J6QRME/608840120000 |
| PB2212.2 | 7/14/06 | 7/14/06 | $1,383.00 | $1,383.00 | 10/5/06 | 023544399 |
| 11642.2 | 6/5/06 | 6/7/06 | $2,965.08 | $1,900.56 | 10/5/06 | 467236500 |
| PB2143.1 | 6/10/06 | 6/16/06 | $10,101.40 | $2,328.23 | 10/5/06 | 27BJXV01-03 thru 6/11 |
| PB2143.1 | 6/5/06 | 6/6/06 | $4,066.52 | $2,654.10 | 10/5/06 | MKDD1B |
| PB2094.2 | 6/10/06 | 6/16/06 | $9,920.34 | $2,837.12 | 10/5/06 | ZXJ6HX01 thru 6/11 |
| PB1788.1 | 4/1/06 | 4/7/06 | $10,095.56 | $2,837.92 | 10/5/06 | 4MKH7W thru 4/2 |
| PB2177.1 | 6/14/06 | 6/15/06 | $3,737.77 | $2,847.23 | 10/5/06 | 904163047 |
| PB2143.1 | 6/7/06 | 6/9/06 | $4,149.00 | $2,904.30 | 10/5/06 | 27BJXV01-03 |
| PB1788.1 | 3/25/06 | 3/28/06 | $3,566.08 | $3,068.00 | 10/5/06 | CXZ24N02/4MKH7W |
| PB2212.1 | 7/8/06 | 7/14/06 | $3,228.72 | $3,228.72 | 10/5/06 | 023544399 thru 7/10 |
| PB1272.1 | 12/17/05 | 12/22/05 | $8,053.04 | $3,629.00 | 10/5/06 | 547477415/1660503300 |
| PB2245.1 | 6/26/06 | 6/28/06 | $5,693.57 | $3,985.50 | 10/5/06 | U8Y3IV-02 |
| PB1788.1 | 3/22/06 | 3/24/06 | $5,549.41 | $4,439.53 | 10/5/06 | CXZ24N01/02 |
| PB2212.1 | 6/27/06 | 6/30/06 | $5,532.00 | $5,532.00 | 10/5/06 | 023544399 |
| PB2177.1 | 6/17/06 | 6/22/06 | $5,720.00 | $5,720.00 | 10/5/06 | 904163047 |
| PB2212.1 | 6/24/06 | 6/26/06 | $6,110.19 | $6,110.19 | 10/5/06 | 023544399 |
| PB2094.2 | 6/5/06 | 6/9/06 | $7,580.05 | $6,113.60 | 10/5/06 | ZXJ6HX01 |
| PB2212.2 | 7/22/06 | 7/26/06 | $6,518.40 | $6,518.40 | 10/5/06 | 023544399 |
| PB2189.1 | 6/24/06 | 6/30/06 | $10,277.16 | $6,553.08 | 10/5/06 | J6QRME/608840120000 |
| PB2212.1 | 6/21/06 | 6/23/06 | $6,623.98 | $6,623.98 | 10/5/06 | 023544399 |
| PB1788.1 | 3/27/06 | 3/31/06 | $6,915.00 | $7,213.08 | 10/5/06 | CXZ24N02/4MKH7W |
| PB1866.1 | 4/8/06 | 4/13/06 | $9,597.75 | $8,280.60 | 10/5/06 | YRQBLL-03 |
| PB2189.1 | 6/17/06 | 6/22/06 | $10,276.50 | $9,725.28 | 10/5/06 | J6QRME/608840120000 |
| PB2212.1 | 7/1/06 | 7/7/06 | $10,767.36 | $10,767.36 | 10/5/06 | 023544399 |
| PB2212.2 | 7/15/06 | 7/21/06 | $11,509.55 | $11,509.55 | 10/5/06 | 023544399 |
| PB2116.1 | 6/21/06 | 6/23/06 | $2,643.00 | $1,850.10 | 10/7/06 | LPTZ9M01 |
| PB2228.1 | 6/30/06 | 6/30/06 | $1,142.00 | $1,142.00 | 10/10/06 | AWWKTP01/6BITRV01 |
| PB2287.1 | 7/6/06 | 7/7/06 | $3,736.62 | $2,241.97 | 10/10/06 | 932D3F01/XT4BF2N1 |
| 11724.1 | 7/15/06 | 7/16/06 | $3,486.72 | $2,691.84 | 10/10/06 | 28565088 |
| 2994.3 | 6/11/05 | 6/12/05 | $3,535.96 | $2,717.89 | 10/10/06 | UVMLKY-02 |
| PB2228.1 | 7/15/06 | 7/19/06 | $4,668.00 | $4,668.00 | 10/10/06 | 6BITRV02-04 |
| PB2228.1 | 6/24/06 | 6/29/06 | $10,707.69 | $8,052.64 | 10/10/06 | AWWKTP01/6BITRV01 |
| PB2228.1 | 7/1/06 | 7/7/06 | $8,086.00 | $8,086.00 | 10/10/06 | 6BITRV01 |
| PB2228.1 | 7/8/06 | 7/14/06 | $8,157.36 | $8,157.36 | 10/10/06 | 6BITRV02-04 |
| PB2228.1 | 7/29/06 | 7/29/06 | $881.00 | $881.00 | 10/16/06 | 6BITRV02-04 |
| PB2228.1 | 7/19/06 | 7/21/06 | $2,643.00 | $2,643.00 | 10/16/06 | 6BITRV02-04 |
| PB2228.1 | 7/30/06 | 8/3/06 | $4,762.76 | $4,762.00 | 10/16/06 | 6BITRV01 |
| PB1689.1 | 3/7/06 | 3/10/06 | $5,532.00 | $5,532.00 | 10/16/06 | IM3D9R01/QNKTSP |
| PB2228.1 | 7/22/06 | 7/28/06 | $6,167.00 | $6,167.00 | 10/16/06 | 6BITRV02-04 |
| 11616.2 | 6/2/06 | 6/2/06 | $1,759.04 | $1,307.20 | 10/19/06 | 51FF9A-01 |
| 11616.2 | 6/3/06 | 6/3/06 | $2,089.24 | $1,307.20 | 10/19/06 | 51FF9A-01 |
| 11591.1 | 4/21/06 | 4/21/06 | $1,383.00 | $1,383.00 | 10/19/06 | 4T2RGL01/PIXD8G01 |
| PB2234.1 | 7/5/06 | 7/7/06 | $3,426.00 | $2,503.97 | 10/19/06 | 936044383 |
| PB2325.1 | 7/13/06 | 7/14/06 | $3,955.28 | $3,430.20 | 10/19/06 | cert'd no auth no# |
| PB2234.1 | 7/2/06 | 7/4/06 | $4,149.00 | $4,048.10 | 10/19/06 | 936044383 |
| PB2116.1 | 6/24/06 | 6/30/06 | $6,327.80 | $4,429.46 | 10/19/06 | LPTZ9M01 |
| PB2325.1 | 7/15/06 | 7/19/06 | $9,564.64 | $5,212.37 | 10/19/06 | cert'd no auth no # |
| 11616.2 | 6/4/06 | 6/9/06 | $8,298.00 | $5,532.00 | 10/19/06 | H8RJVQ01-02 |
| 11411.1 | 9/24/05 | 9/30/05 | $5,929.60 | $5,744.80 | 10/19/06 | 203585035/2049300126 |
| PB2234.1 | 6/25/06 | 6/30/06 | $10,829.89 | $6,709.42 | 10/19/06 | 936044383 |
| 11591.1 | 4/15/06 | 4/20/06 | $10,747.60 | $8,455.57 | 10/19/06 | 4T2RGL01/PIXD8G01 |
| PB1810.1 | 4/1/06 | 4/1/06 | $1,938.68 | $274.21 | 10/20/06 | 121546890 |
| PB1810.1 | 4/2/06 | 4/7/06 | $8,298.00 | $8,017.50 | 10/20/06 | 121546890 |
| PB2516.1 | 9/8/06 | 9/8/06 | $881.00 | $555.03 | 10/27/06 | 192686197 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|---|---|---|---|---|---|---|
| 11686.1 | 6/30/06 | 6/30/06 | $1,933.64 | $1,199.67 | 10/27/06 | 145625005 |
| PB2233.1 | 6/30/06 | 6/30/06 | $1,383.00 | $1,383.00 | 10/27/06 | 263687427 |
| PB2399.1 | 7/28/06 | 7/28/06 | $2,186.45 | $1,387.02 | 10/27/06 | CSRHSZ01 |
| PB2473.1 | 8/11/06 | 8/11/06 | $2,355.15 | $1,413.09 | 10/27/06 | E8HDHQ01 |
| 11686.1 | 7/6/06 | 7/7/06 | $2,766.00 | $1,659.60 | 10/27/06 | 145625005 |
| PB2233.1 | 7/29/06 | 8/4/06 | $5,330.64 | $1,762.00 | 10/27/06 | 263687427 |
| PB2233.1 | 7/15/06 | 7/18/06 | $3,606.08 | $1,819.53 | 10/27/06 | 263687427 |
| PB2399.1 | 8/3/06 | 8/4/06 | $2,766.00 | $1,936.20 | 10/27/06 | CSRHSZ01/L1PLTS01 |
| PB2233.1 | 7/18/06 | 7/21/06 | $3,524.00 | $2,114.40 | 10/27/06 | 263687427 |
| 11686.1 | 8/5/06 | 8/11/06 | $5,286.00 | $2,643.00 | 10/27/06 | 145625005 |
| PB2233.1 | 7/5/06 | 7/7/06 | $3,426.00 | $3,426.00 | 10/27/06 | 263687427 |
| PB2516.1 | 9/16/06 | 9/22/06 | $5,506.01 | $3,490.20 | 10/27/06 | 192686197 thru 9/19 |
| 11686.1 | 7/18/06 | 7/21/06 | $3,524.00 | $3,524.00 | 10/27/06 | 145625005 |
| PB2041.1 | 6/3/06 | 6/6/06 | $4,214.56 | $4,214.56 | 10/27/06 | 1061391011 |
| PB2233.1 | 7/1/06 | 7/4/06 | $5,872.96 | $4,342.99 | 10/27/06 | 263687427 |
| 11686.1 | 7/1/06 | 7/5/06 | $8,699.08 | $4,739.45 | 10/27/06 | 145625005 |
| PB2399.1 | 8/12/06 | 8/17/06 | $7,078.44 | $4,954.91 | 10/27/06 | 73CT3E01 |
| PB2473.1 | 8/12/06 | 8/16/06 | $9,414.10 | $5,207.63 | 10/27/06 | E8HDHQ01-02 |
| 11686.1 | 7/8/06 | 7/14/06 | $9,951.24 | $5,689.12 | 10/27/06 | 145625005 thru 7/11 |
| 11686.1 | 7/29/06 | 8/4/06 | $6,167.00 | $6,167.00 | 10/27/06 | 145625005 |
| PB2399.1 | 7/29/06 | 8/2/06 | $8,981.28 | $6,286.90 | 10/27/06 | CSRHSZ01/L1PLTS01 |
| PB2233.1 | 7/22/06 | 7/28/06 | $6,338.24 | $6,338.24 | 10/27/06 | 263687427 |
| 11686.1 | 7/22/06 | 7/28/06 | $6,529.40 | $6,529.40 | 10/27/06 | 145625005 |
| PB2399.1 | 8/5/06 | 8/11/06 | $10,184.24 | $7,128.97 | 10/27/06 | L1PLTS01/73CT3E01 |
| PB2233.1 | 7/8/06 | 7/14/06 | $8,735.00 | $7,994.00 | 10/27/06 | 263687427 |
| PB2041.1 | 5/13/06 | 5/19/06 | $11,998.72 | $9,174.12 | 10/27/06 | 33528215 |
| PB2041.1 | 5/27/06 | 6/2/06 | $9,810.46 | $9,810.46 | 10/27/06 | 33528215/1061391011 |
| PB2041.1 | 5/20/06 | 5/26/06 | $9,862.24 | $9,862.24 | 10/27/06 | 33528215 |
| PB2233.1 | 6/24/06 | 6/29/06 | $10,172.20 | $10,172.20 | 10/27/06 | 263687427 |
| PB2206.1 | 6/24/06 | 6/26/06 | $3,565.16 | $2,887.78 | 10/30/06 | 974741297 |
| PB2206.1 | 6/20/06 | 6/23/06 | $7,174.61 | $5,811.44 | 10/30/06 | 974741297 |
| PB2541.1 | 9/14/06 | 9/15/06 | $1,788.60 | $894.30 | 11/2/06 | GQJS2Y-04 |
| 11699.1 | 7/6/06 | 7/7/06 | $3,834.48 | $1,181.66 | 11/2/06 | RJWBD01 |
| PB2023.1 | 5/29/06 | 6/2/06 | $4,405.00 | $1,684.74 | 11/2/06 | GQRIFR01 |
| PB2603.1 | 9/14/06 | 9/15/06 | $2,766.00 | $1,936.20 | 11/2/06 | Cert'd, no auth # on file |
| 11747.1 | 8/5/06 | 8/8/06 | $4,149.00 | $2,192.80 | 11/2/06 | FDJEKJ01/FDJ5KJ01 |
| PB2495.1 | 8/15/06 | 8/18/06 | $7,237.05 | $2,649.64 | 11/2/06 | TZJD7T01-02 |
| 11699.1 | 7/22/06 | 7/28/06 | $9,681.00 | $2,766.00 | 11/2/06 | L5RH6I01-03 thru 7/23 |
| 11698.1 | 7/12/06 | 7/14/06 | $4,149.00 | $2,904.30 | 11/2/06 | V83J301-02/GN7G4R01 |
| PB1272.1 | 12/13/05 | 12/16/05 | $5,172.00 | $3,000.00 | 11/2/06 | 547477415/1660503300 |
| PB2495.1 | 8/19/06 | 8/22/06 | $4,164.40 | $3,331.52 | 11/2/06 | A7BL6U01-02 |
| PB2023.1 | 5/10/06 | 5/12/06 | $5,772.56 | $3,463.54 | 11/2/06 | STKCPW01/02 |
| PB2268.1 | 7/29/06 | 8/4/06 | $6,167.00 | $3,524.00 | 11/2/06 | BKH9DY thru 7/31 |
| 11698.1 | 7/8/06 | 7/11/06 | $6,984.92 | $3,683.32 | 11/2/06 | V83J301-02/GN7G4R01 |
| PB2268.1 | 7/1/06 | 7/7/06 | $12,513.25 | $3,715.85 | 11/2/06 | BKH9DY thru 7/3 |
| 11698.1 | 7/5/06 | 7/7/06 | $5,477.73 | $3,736.41 | 11/2/06 | V83J301 |
| PB1653.1 | 3/25/06 | 3/31/06 | $6,167.00 | $4,793.66 | 11/2/06 | SMSKWC01/02 thru 3/30/06 |
| PB2516.1 | 8/26/06 | 9/1/06 | $8,723.28 | $5,495.67 | 11/2/06 | 192686197 |
| PB2268.1 | 7/22/06 | 7/28/06 | $6,167.00 | $6,167.00 | 11/2/06 | BKH9DY |
| PB2078.1 | 5/21/06 | 5/26/06 | $10,310.37 | $6,186.22 | 11/2/06 | LQB3LR02-04 |
| 11699.1 | 7/15/06 | 7/21/06 | $10,305.80 | $7,744.80 | 11/2/06 | L5RH6I01-03 |
| PB2603.1 | 9/9/06 | 9/13/06 | $9,272.10 | $8,506.28 | 11/2/06 | 00003935 |
| 11699.1 | 7/8/06 | 7/14/06 | $12,329.65 | $10,325.27 | 11/2/06 | RJWBD02-03/L5RH6I01 |
| PB2516.1 | 9/9/06 | 9/15/06 | $6,167.00 | $2,775.15 | 11/3/06 | 192686197 |
| PB2541.1 | 9/2/06 | 9/8/06 | $10,023.88 | $4,911.94 | 11/7/06 | 7VGF5B01 |
| PB2408.1 | 7/30/06 | 8/1/06 | $3,662.16 | $491.10 | 11/9/06 | 7XMVYQ-01 7/30 only |
| 11633.1 | 5/26/06 | 5/26/06 | $881.00 | $528.60 | 11/9/06 | XK6RVQ |
| 11690.1 | 7/20/06 | 7/21/06 | $1,762.00 | $817.20 | 11/9/06 | 014542332 |
| 11683.1 | 7/15/06 | 7/16/06 | $1,446.92 | $868.15 | 11/9/06 | 854687768 |
| 11729.1 | 8/5/06 | 8/8/06 | $6,651.36 | $975.63 | 11/9/06 | A2TP5L01 thru 8/7 |
| 11729.1 | 7/18/06 | 7/21/06 | $1,097.72 | $980.40 | 11/9/06 | A2TP5L01 |
| PB2333.1 | 7/15/06 | 7/15/06 | $2,591.60 | $984.66 | 11/9/06 | L7JQ62-03 |
| 11633.1 | 5/16/06 | 5/17/06 | $3,854.38 | $1,002.04 | 11/9/06 | 9CB36K |
| 11689.1 | 6/30/06 | 6/30/06 | $1,759.04 | $1,055.42 | 11/9/06 | 241533640 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|-----|-----------|-----------|-----------|------|
| 11633.1 | 6/3/06 | 6/5/06 | $1,762.00 | $1,057.20 | 11/9/06 | XK6RVQ |
| 11689.1 | 7/29/06 | 8/3/06 | $4,405.00 | $1,057.20 | 11/9/06 | 241533640 thru 7/30 |
| PB2506.1 | 8/25/06 | 8/25/06 | $1,383.00 | $1,106.40 | 11/9/06 | WZR3RP01 |
| PB2338.1 | 7/14/06 | 7/14/06 | $1,759.04 | $1,118.98 | 11/9/06 | 850614983 |
| 11690.1 | 7/7/06 | 7/7/06 | $1,383.00 | $1,383.00 | 11/9/06 | 014542332 |
| PB2287.1 | 7/22/06 | 7/28/06 | $8,510.72 | $1,418.45 | 11/9/06 | XT4BF2N1 |
| 11689.1 | 7/19/06 | 7/21/06 | $2,643.00 | $1,585.80 | 11/9/06 | 241533640 |
| 11689.1 | 7/15/06 | 7/19/06 | $5,710.32 | $1,713.64 | 11/9/06 | 241533640 thru 7/16 |
| PB2283.1 | 7/8/06 | 7/10/06 | $5,485.44 | $1,742.94 | 11/9/06 | MWWMJC01-02/03 |
| PB2189.1 | 7/5/06 | 7/7/06 | $2,717.04 | $1,850.10 | 11/9/06 | 4NTWCJ01 |
| PB2523.1 | 8/26/06 | 8/27/06 | $3,764.48 | $1,880.42 | 11/9/06 | 96JDLB02 |
| PB1828.1 | 3/29/06 | 3/31/06 | $5,467.25 | $1,881.59 | 11/9/06 | HRPSDJ01 thru 3/30/06 |
| 11683.1 | 6/29/06 | 6/30/06 | $3,693.74 | $1,901.24 | 11/9/06 | 854687768 |
| PB2669.1 | 9/21/06 | 9/22/06 | $3,906.77 | $1,953.39 | 11/9/06 | 5H4RDV01 |
| 11729.1 | 7/22/06 | 7/23/06 | $3,268.00 | $1,960.80 | 11/9/06 | A2TP5L01 |
| PB2083.1 | 6/10/06 | 6/12/06 | $2,839.92 | $2,271.94 | 11/9/06 | 61200933 |
| 11747.1 | 8/3/06 | 8/4/06 | $2,766.00 | $2,294.60 | 11/9/06 | FDJEKJ01/FDJ5KJ01 |
| PB2189.1 | 7/8/06 | 7/13/06 | $4,405.00 | $2,435.90 | 11/9/06 | 4NTWCJ01/02 |
| PB2376.1 | 7/23/06 | 7/24/06 | $4,104.01 | $2,455.22 | 11/9/06 | Q7HMQU01 |
| 11729.1 | 7/18/06 | 7/21/06 | $7,152.04 | $2,566.20 | 11/9/06 | A2TP5L01 |
| 11642.1 | 5/27/06 | 5/28/06 | $3,766.06 | $2,636.24 | 11/9/06 | 467236500 |
| 11729.1 | 8/15/06 | 8/17/06 | $2,643.00 | $2,643.00 | 11/9/06 | GNBT7L-02 |
| PB2414.1 | 7/31/06 | 8/4/06 | $9,144.69 | $2,770.39 | 11/9/06 | VF3NWL-01 |
| PB1446.1 | 1/14/06 | 1/16/06 | $5,268.78 | $3,089.26 | 11/9/06 | 494808483 |
| 11689.1 | 7/4/06 | 7/7/06 | $5,532.00 | $3,319.20 | 11/9/06 | 241533640 |
| 11683.1 | 7/4/06 | 7/7/06 | $5,532.00 | $3,319.20 | 11/9/06 | 854687768 |
| PB2283.1 | 7/11/06 | 7/14/06 | $5,532.00 | $3,319.20 | 11/9/06 | G5MJ9Q thru 7/13 |
| 11690.1 | 7/12/06 | 7/14/06 | $3,426.00 | $3,426.00 | 11/9/06 | 014542332 |
| 11689.1 | 7/1/06 | 7/3/06 | $5,733.32 | $3,439.99 | 11/9/06 | 241533640 |
| PB2506.1 | 8/17/06 | 8/18/06 | $4,347.13 | $3,477.70 | 11/9/06 | WZR3RP01 |
| PB1963.1 | 5/23/06 | 5/26/06 | $3,524.00 | $3,524.00 | 11/9/06 | 864813764/2179600135 |
| 11633.1 | 5/27/06 | 6/2/06 | $6,167.00 | $3,700.20 | 11/9/06 | XK6RVQ |
| 11689.1 | 7/22/06 | 7/28/06 | $6,167.00 | $3,700.20 | 11/9/06 | 241533640 |
| PB1963.1 | 6/3/06 | 6/9/06 | $5,366.40 | $3,756.48 | 11/9/06 | 864813764 |
| PB2338.1 | 7/18/06 | 7/21/06 | $5,532.00 | $3,872.40 | 11/9/06 | 850614983 |
| PB2333.1 | 7/22/06 | 7/28/06 | $11,315.08 | $3,900.61 | 11/9/06 | L7JQ62-03 thru 7/25/06 |
| PB2338.1 | 7/15/06 | 7/17/06 | $5,712.48 | $3,998.74 | 11/9/06 | 850614983 |
| 11690.1 | 7/22/06 | 7/28/06 | $6,167.00 | $4,111.80 | 11/9/06 | 014542332/014TQT000 |
| PB2362.1 | 7/22/06 | 7/23/06 | $4,137.56 | $4,137.56 | 11/9/06 | 024820441 |
| 11683.1 | 7/1/06 | 7/3/06 | $6,982.21 | $4,189.33 | 11/9/06 | 854687768 |
| 11747.1 | 7/31/06 | 8/2/06 | $5,339.52 | $4,359.12 | 11/9/06 | FDJEKJ01/FDJ5KJ01 |
| 11729.1 | 7/24/06 | 7/28/06 | $6,915.00 | $4,586.60 | 11/9/06 | A2TP5L01 |
| 11642.1 | 5/29/06 | 6/2/06 | $6,915.00 | $4,840.50 | 11/9/06 | 467236500 |
| PB2234.1 | 7/15/06 | 7/21/06 | $7,054.32 | $4,938.02 | 11/9/06 | 936044383 |
| PB2338.1 | 7/22/06 | 7/28/06 | $10,313.06 | $5,213.84 | 11/9/06 | 850614983 thru 7/27 |
| PB1963.1 | 5/27/06 | 6/2/06 | $6,167.00 | $5,290.22 | 11/9/06 | 864813764 |
| 11690.1 | 8/5/06 | 8/11/06 | $6,247.40 | $5,366.40 | 11/9/06 | 014542332/014TQR000 |
| PB2234.1 | 7/8/06 | 7/14/06 | $8,189.10 | $5,732.37 | 11/9/06 | 936044383 |
| PB2362.1 | 7/19/06 | 7/21/06 | $6,164.34 | $5,914.34 | 11/9/06 | 024820441 |
| 11689.1 | 7/8/06 | 7/14/06 | $9,876.83 | $5,926.10 | 11/9/06 | 241533640 |
| 11690.1 | 7/15/06 | 7/20/06 | $6,040.99 | $5,974.75 | 11/9/06 | 014542332 |
| 11690.1 | 7/29/06 | 8/4/06 | $6,167.00 | $6,167.00 | 11/9/06 | 014542332/014TQR000 |
| 11683.1 | 7/8/06 | 7/14/06 | $10,394.32 | $6,236.59 | 11/9/06 | 854687768 |
| PB2333.1 | 7/16/06 | 7/21/06 | $8,298.00 | $6,638.40 | 11/9/06 | L7JQ62-03 |
| PB2287.1 | 7/10/06 | 7/14/06 | $6,915.00 | $6,915.00 | 11/9/06 | XT4BF2N1 |
| PB2362.1 | 7/24/06 | 7/28/06 | $6,915.00 | $6,915.00 | 11/9/06 | 024820441 |
| PB2083.1 | 5/21/06 | 5/25/06 | $7,861.00 | $7,395.20 | 11/9/06 | 61193034 |
| PB2083.1 | 5/27/06 | 6/2/06 | $9,929.84 | $7,943.87 | 11/9/06 | 61200933 |
| PB2083.1 | 6/3/06 | 6/9/06 | $10,017.76 | $8,014.21 | 11/9/06 | 61200933 |
| PB2506.1 | 8/26/06 | 9/1/06 | $8,714.56 | $8,714.56 | 11/9/06 | 8HZVDX01-02 |
| PB2523.1 | 8/21/06 | 8/25/06 | $9,169.53 | $8,775.55 | 11/9/06 | 96JDLB01 |
| PB2506.1 | 8/19/06 | 8/24/06 | $11,475.80 | $9,180.64 | 11/9/06 | WZR3RP01 |
| PB2287.1 | 7/15/06 | 7/21/06 | $9,973.54 | $9,973.54 | 11/9/06 | XT4BF2N1 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|-----|-----------|-----------|-----------|------|
| 11729.1 | 7/29/06 | 8/4/06 | $10,038.36 | $10,038.36 | 11/9/06 | A2TP5L01/05 |
| PB2362.1 | 8/5/06 | 8/11/06 | $10,187.76 | $10,187.76 | 11/9/06 | 024820441 |
| PB2362.1 | 7/29/06 | 8/4/06 | $10,357.68 | $10,357.68 | 11/9/06 | 024820441 |
| 11690.1 | 7/1/06 | 7/6/06 | $10,954.83 | $10,954.83 | 11/9/06 | 014542332 |
| 11363.1 | 8/25/05 | 8/25/05 | $2,061.41 | $1585 (ded) | 11/9/06 | EZR36K-01 |
| PB2603.1 | 9/16/06 | 9/17/06 | $2,766.00 | $2,766.00 | 11/10/06 | Cert'd, no auth # on file |
| PB2603.1 | 9/23/06 | 9/26/06 | $4,813.04 | $4,813.04 | 11/10/06 | Cert'd, no auth # on file |
| PB2603.1 | 9/18/06 | 9/22/06 | $6,109.04 | $6,109.04 | 11/10/06 | Cert'd, no auth # on file |
| 11759.1 | 8/12/06 | 8/12/06 | $2,217.40 | $1,000.00 | 11/13/06 | LJ9LSV0102 |
| PB1234.1 | 12/10/05 | 12/16/05 | $10,229.00 | $8,694.70 | 11/13/06 | UWG6HG-01 |
| 11687.2 | 7/29/06 | 8/3/06 | $6,724.66 | $5,715.96 | 11/16/06 | WSLB9U01 |
| 11687.2 | 7/22/06 | 7/28/06 | $10,376.94 | $8,820.40 | 11/16/06 | WSLB9U01 |
| PB2133.1 | 6/24/06 | 6/26/06 | $1,762.00 | $594.81 | 11/17/06 | 905898617 thru 6/25 |
| PB2467.1 | 9/1/06 | 9/1/06 | $881.00 | $881.00 | 11/17/06 | 225411981 |
| PB2133.1 | 6/15/06 | 6/16/06 | $1,762.00 | $1,057.20 | 11/17/06 | 905898617 |
| PB2399.2 | 8/26/06 | 9/1/06 | $10,014.66 | $1,936.20 | 11/17/06 | 73CT3E01 thru 8/27 |
| PB2266.1 | 8/5/06 | 8/11/06 | $6,167.00 | $2,246.55 | 11/17/06 | 6YS7HZ-05 thru 8/6 |
| PB2133.1 | 6/1/06 | 6/2/06 | $3,835.28 | $2,301.17 | 11/17/06 | 905898617 |
| 11787.1 | 8/26/06 | 9/1/06 | $9,870.92 | $2,514.60 | 11/17/06 | 9IYL9N01 thru 8/27 |
| PB2467.1 | 9/9/06 | 9/14/06 | $4,485.40 | $2,691.24 | 11/17/06 | 225411981 thru 9/12 |
| 11759.1 | 8/9/06 | 8/11/06 | $5,580.81 | $3,033.28 | 11/17/06 | LJ9LSV0102 |
| PB2133.1 | 6/17/06 | 6/23/06 | $6,167.00 | $3,700.00 | 11/17/06 | 905898617 |
| PB2266.1 | 7/17/06 | 7/21/06 | $4,405.00 | $4,133.65 | 11/17/06 | 6YS7HZ-01 |
| PB2133.1 | 6/10/06 | 6/15/06 | $6,991.80 | $4,195.08 | 11/17/06 | 905898617 thru 6/14 |
| 11787.1 | 8/23/06 | 8/24/06 | $3,983.77 | $4,331.72 | 11/17/06 | 9IYL9N01 |
| PB2399.2 | 8/22/06 | 8/25/06 | $6,388.89 | $4,472.22 | 11/17/06 | 73CT3E01 |
| PB2266.1 | 7/22/06 | 7/28/06 | $6,167.00 | $5,241.95 | 11/17/06 | 6YS7HZ-01 |
| PB2266.1 | 7/29/06 | 8/4/06 | $6,167.00 | $5,241.95 | 11/17/06 | 6YS7HZ-04-05 |
| PB2467.1 | 8/9/06 | 8/11/06 | $5,531.33 | $5,531.33 | 11/17/06 | 225411981 |
| PB2467.1 | 9/2/06 | 9/8/06 | $6,167.00 | $6,167.00 | 11/17/06 | 225411981 |
| PB2133.1 | 6/3/06 | 6/6/06 | $7,020.16 | $6,701.50 | 11/17/06 | 905898617 |
| 11738.1 | 7/29/06 | 8/4/06 | $7,358.22 | $7,236.10 | 11/17/06 | D1SVQP01 |
| 11738.1 | 7/24/06 | 7/28/06 | $8,429.73 | $8,429.73 | 11/17/06 | D1SVQP01 |
| PB2467.1 | 8/12/06 | 8/15/06 | $11,344.46 | $8,848.86 | 11/17/06 | 225411981 |
| 11687.2 | 7/20/06 | 7/21/06 | $2,284.00 | $1,941.40 | 11/20/06 | I9SSWJ01/WSLB9U01 |
| 11687.2 | 7/15/06 | 7/19/06 | $9,537.98 | $8,107.28 | 11/20/06 | I9SSWJ01/WSLB9U01 |
| 11758.1 | 8/25/06 | 8/25/06 | $881.00 | $616.70 | 11/27/06 | CT9WFW01 |
| PB2509.1 | 8/18/06 | 8/18/06 | $2,097.21 | $2,097.21 | 11/27/06 | VPGBJR01 |
| 11761.1 | 8/28/06 | 9/1/06 | $4,405.00 | $2,466.80 | 11/27/06 | JFK5WC-01 |
| 11761.1 | 8/10/06 | 8/11/06 | $3,923.53 | $2,472.77 | 11/27/06 | KC888G-01/463796447 |
| PB1810.1 | 4/8/06 | 4/14/06 | $10,031.64 | $3,266.48 | 11/27/06 | 121546890 thru 4/11 |
| PB2283.1 | 7/5/06 | 7/7/06 | $5,748.20 | $4,598.56 | 11/27/06 | MWWMJC01-02 |
| 11593.1 | 5/6/06 | 5/11/06 | $7,234.48 | $5,425.86 | 11/27/06 | 12272391 thru 5/10 |
| PB2509.1 | 8/19/06 | 8/25/06 | $12,006.88 | $6,756.12 | 11/27/06 | VPGBJR01 |
| PB2121.1 | 6/10/06 | 6/16/06 | $10,092.56 | $75.80 | 12/1/06 | 958578650 thru 6/11 |
| PB1883.1 | 5/3/06 | 5/5/06 | $2,643.00 | $700.75 | 12/1/06 | K7V1HU |
| 11758.1 | 8/9/06 | 8/10/06 | $3,794.97 | $1,211.12 | 12/1/06 | 6H3BTB01 |
| PB2365.1 | 7/20/06 | 7/21/06 | $3,902.73 | $1,633.34 | 12/1/06 | A3DN2R-01 |
| PB1883.1 | 5/6/06 | 5/12/06 | $5,286.00 | $2,643.00 | 12/1/06 | K7V1HU thru 5/11 |
| PB2649.1 | 10/7/06 | 10/13/06 | $6,167.00 | $2,845.20 | 12/1/06 | NVG6GC01/02 |
| PB1135.2 | 9/12/06 | 9/15/06 | $3,524.00 | $3,489.00 | 12/1/06 | 192545996 |
| PB2121.1 | 5/30/06 | 6/2/06 | $7,553.59 | $4,751.47 | 12/1/06 | 958578650 |
| PB1135.2 | 8/26/06 | 8/28/06 | $5,677.38 | $4,949.88 | 12/1/06 | 192545996 |
| PB2121.1 | 6/3/06 | 6/5/06 | $5,238.18 | $5,238.18 | 12/1/06 | 958578650 |
| PB2121.1 | 6/6/06 | 6/9/06 | $5,532.00 | $5,532.00 | 12/1/06 | 958578650 |
| PB1135.2 | 8/29/06 | 9/1/06 | $5,532.00 | $5,532.00 | 12/1/06 | 192545996 |
| PB1135.2 | 8/21/06 | 8/25/06 | $9,541.81 | $5,725.09 | 12/1/06 | 192545996 |
| PB1135.2 | 9/16/06 | 9/22/06 | $6,167.00 | $6,167.00 | 12/1/06 | 192545996 thru 9/21 |
| 11721.1 | 7/15/06 | 7/21/06 | $10,509.47 | $7,146.63 | 12/1/06 | 1983801394 |
| PB1135.2 | 9/2/06 | 9/8/06 | $10,459.24 | $8,958.68 | 12/1/06 | 192545996 thru 9/7 |
| PB2789.1 | 10/28/06 | 11/3/06 | $11,328.08 | $9,953.08 | 12/4/06 | CIXX6034288 |
| PB2821.1 | 10/23/06 | 10/28/06 | $10,006.27 | $5,753.76 | 12/6/06 | 2198304444 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|-----|------------|-----------|-----------|------|
| PB2543.1 | 8/25/06 | 8/25/06 | $2,018.77 | $1,203.66 | 12/8/06 | 94ZL4X-01 |
| PB2543.1 | 8/26/06 | 9/1/06 | $9,585.40 | $7,101.26 | 12/8/06 | GMGDFE-01 |
| PB2116.1 | 7/3/06 | 7/3/06 | $138.40 | $96.88 | 12/11/06 | LPTZ9M01 |
| 11363.1 | 8/26/05 | 8/26/05 | $1,293.00 | $1,034.40 | 12/11/06 | EZR36K-01 for Detox |
| PB2505.1 | 8/19/06 | 8/20/06 | $3,366.58 | $1,183.28 | 12/11/06 | 813438454 |
| PB2911.1 | 11/10/06 | 11/10/06 | $2,499.21 | $1,249.61 | 12/11/06 | TG3J3A |
| PB2505.1 | 8/30/06 | 9/1/06 | $2,643.00 | $1,321.50 | 12/11/06 | 813438454 |
| 8728.4 | 9/1/06 | 9/1/06 | $1,383.00 | $1,383.00 | 12/11/06 | LJJVHV01 |
| PB2775.1 | 10/13/06 | 10/13/06 | $2,162.57 | $1,630.06 | 12/11/06 | 4139181 |
| PB2593.1 | 9/20/06 | 9/22/06 | $2,643.00 | $1,850.10 | 12/11/06 | M4XCTT01 |
| PB2593.1 | 10/7/06 | 10/10/06 | $2,643.00 | $1,850.10 | 12/11/06 | M4XCTT07 |
| PB2505.1 | 8/16/06 | 8/18/06 | $4,000.93 | $2,000.47 | 12/11/06 | 813438454 from 8/17 |
| PB2520.1 | 9/16/06 | 9/20/06 | $3,524.00 | $2,114.40 | 12/11/06 | 962116285 |
| PB2505.1 | 8/26/06 | 8/30/06 | $5,589.52 | $2,202.88 | 12/11/06 | 813438454 thru 8/28 |
| PB2520.1 | 8/26/06 | 8/27/06 | $3,930.16 | $2,358.10 | 12/11/06 | 962116285 |
| 1616.3 | 9/16/06 | 9/18/06 | $5,881.66 | $2,887.42 | 12/11/06 | Cert'd, no auth# on file thru 9/17 |
| PB2593.1 | 9/9/06 | 9/10/06 | $3,541.16 | $3,000.00 | 12/11/06 | NB5VZ902 |
| 8728.4 | 9/2/06 | 9/9/06 | $10,770.92 | $3,064.04 | 12/11/06 | LJJVHV01 thru 9/3 |
| 11721.1 | 7/31/06 | 8/4/06 | $4,405.00 | $3,083.50 | 12/11/06 | 901841902 |
| 11721.1 | 8/12/06 | 8/18/06 | $6,167.00 | $3,083.50 | 12/11/06 | 048743972 thru 8/16 |
| PB2505.1 | 8/21/06 | 8/25/06 | $6,915.00 | $3,457.50 | 12/11/06 | 813438454 |
| 11738.1 | 8/5/06 | 8/8/06 | $3,468.32 | $3,468.32 | 12/11/06 | L16CYA-02 |
| PB2505.1 | 9/9/06 | 9/15/06 | $5,286.00 | $3,524.00 | 12/11/06 | 356548265 thru 9/12 |
| PB2520.1 | 9/9/06 | 9/15/06 | $6,167.00 | $3,700.20 | 12/11/06 | 962116285 |
| PB2593.1 | 9/6/06 | 9/8/06 | $5,627.73 | $3,939.41 | 12/11/06 | NB5VZ901 |
| PB2593.1 | 9/16/06 | 9/20/06 | $5,692.28 | $3,984.60 | 12/11/06 | GCKBDZ/K46HZ6 |
| PB2520.1 | 8/28/06 | 9/1/06 | $6,915.00 | $4,149.00 | 12/11/06 | 962116285 |
| PB2593.1 | 9/23/06 | 9/29/06 | $6,167.00 | $4,316.90 | 12/11/06 | M4XCTT02-03 |
| PB2593.1 | 9/30/06 | 10/6/06 | $6,167.00 | $4,316.90 | 12/11/06 | M4XCTT02-03 |
| PB2593.1 | 9/11/06 | 9/15/06 | $6,915.00 | $4,321.41 | 12/11/06 | GCKBDZ-01/K46HZG01 |
| 11721.1 | 8/5/06 | 8/11/06 | $6,247.40 | $4,373.18 | 12/11/06 | 901841902/048743972 |
| PB2520.1 | 9/2/06 | 9/9/06 | $10,398.88 | $4,540.94 | 12/11/06 | 962116285 thru 9/6 |
| 11261.2 | 8/19/06 | 8/21/06 | $5,048.00 | $4,946.00 | 12/11/06 | QFY9WB02 |
| 8728.4 | 8/28/06 | 8/31/06 | $9,021.65 | $5,027.50 | 12/11/06 | IGJP3S01-03 |
| 11721.1 | 7/22/06 | 7/28/06 | $9,755.04 | $5,072.31 | 12/11/06 | 1983801394 thru 7/25/06 |
| 11261.2 | 8/16/06 | 8/18/06 | $5,632.77 | $5,132.77 | 12/11/06 | QFY9WB02-01-02 |
| 1616.3 | 9/11/06 | 9/15/06 | $9,471.09 | $5,502.65 | 12/11/06 | Cert'd, no auth# on file |
| 11805.1 | 9/30/06 | 10/6/06 | $6,321.44 | $5,567.34 | 12/11/06 | 8QSKH-01 |
| PB2505.1 | 9/2/06 | 9/8/06 | $6,247.40 | $6,247.40 | 12/11/06 | 813438454 |
| PB2520.1 | 8/20/06 | 8/25/06 | $10,758.25 | $6,331.35 | 12/11/06 | 962116285 |
| PB2581.1 | 9/2/06 | 9/8/06 | $13,389.19 | $6,479.62 | 12/11/06 | P2HW1V02 thru 9/5 |
| PB2775.1 | 10/21/06 | 10/27/06 | $9,946.48 | $8,763.19 | 12/11/06 | 4139181 |
| PB2410.1 | 8/12/06 | 8/18/06 | $9,091.69 | $9,091.69 | 12/11/06 | 1RLXFJ04-05 |
| PB2789.1 | 11/4/06 | 11/10/06 | $11,991.36 | $9,392.22 | 12/14/06 | CIXX6034288 |
| PB2911.1 | 11/16/06 | 11/17/06 | $2,766.00 | $474.43 | 12/18/06 | 7R3P2V |
| PB1784.3 | 10/6/06 | 10/6/06 | $881.00 | $704.80 | 12/18/06 | EYH24H01 |
| PB2676.1 | 9/21/06 | 9/22/06 | $4,028.37 | $862.30 | 12/18/06 | 8M7QCD |
| PB2649.1 | 9/22/06 | 9/22/06 | $1,383.00 | $887.69 | 12/18/06 | SNFP2E |
| 11721.1 | 7/14/06 | 7/14/06 | $1,383.00 | $996.27 | 12/18/06 | 1983801394 |
| 11812.1 | 9/16/06 | 9/16/06 | $1,762.20 | $1,159.45 | 12/18/06 | 044504253 |
| PB2649.1 | 10/5/06 | 10/6/06 | $1,762.00 | $1,235.42 | 12/18/06 | NVG6GC01 |
| PB2127.2 | 9/22/06 | 9/22/06 | $1,383.00 | $1,341.75 | 12/18/06 | BNTPLB01-05 |
| PB2572.1 | 9/6/06 | 9/8/06 | $4,149.00 | $1,427.94 | 12/18/06 | 002193867 |
| PB2637.1 | 9/16/06 | 9/22/06 | $6,167.00 | $1,465.97 | 12/18/06 | SVR44J01/SBSG3A02 thru 9/21 |
| PB2656.1 | 10/7/06 | 10/13/06 | $6,167.00 | $1,585.80 | 12/18/06 | YMR42U01-02 thru 10/9 |
| 11915.1 | 11/3/06 | 11/3/06 | $2,339.37 | $1,637.56 | 12/18/06 | 30002000 |
| PB1828.1 | 4/18/06 | 4/21/06 | $3,524.00 | $1,762.00 | 12/18/06 | 8MVJSV01 |
| PB2673.1 | 9/21/06 | 9/22/06 | $4,049.25 | $1,882.81 | 12/18/06 | JD47HF01 |
| PB2572.1 | 9/16/06 | 9/18/06 | $2,923.28 | $2,046.30 | 12/18/06 | 002193867 |
| 11687.1 | 7/8/06 | 7/9/06 | $2,523.98 | $2,145.38 | 12/18/06 | A38WMC01 |
| 11915.1 | 11/11/06 | 11/11/06 | $2,786.72 | $2,296.52 | 12/18/06 | 30002000 |
| 11687.1 | 7/10/06 | 7/12/06 | $2,766.00 | $2,351.10 | 12/18/06 | A38WMC01 |
| PB2572.1 | 9/23/06 | 9/27/06 | $3,524.00 | $2,466.80 | 12/18/06 | 002193867 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|---|---|---|---|---|---|---|
| PB2620.1 | 10/7/06 | 10/9/06 | $2,582.56 | $2,582.56 | 12/18/06 | 824161573 thru 10/8 |
| PB1784.3 | 9/30/06 | 10/1/06 | $3,671.37 | $2,614.40 | 12/18/06 | FQPG8U02-03 |
| PB2127.2 | 9/30/06 | 10/2/06 | $2,775.04 | $2,775.04 | 12/18/06 | BNTPLB01-05 thru 10/1 |
| PB2676.1 | 10/9/06 | 10/13/06 | $4,405.00 | $2,819.20 | 12/18/06 | 14BN9B thru 10/12 |
| PB2656.1 | 9/18/06 | 9/20/06 | $5,864.37 | $3,028.40 | 12/18/06 | KGXVXQ01-02 |
| PB2572.1 | 9/18/06 | 9/22/06 | $4,405.00 | $3,083.50 | 12/18/06 | 002193867 |
| 11812.1 | 9/10/06 | 9/15/06 | $11,002.13 | $3,532.54 | 12/18/06 | 044504253 from 9/12 |
| PB2620.1 | 9/20/06 | 9/22/06 | $4,149.00 | $3,546.60 | 12/18/06 | 824161573 |
| PB2620.1 | 9/11/06 | 9/15/06 | $10,144.59 | $3,822.30 | 12/18/06 | 824161573 |
| PB2214.1 | 6/22/06 | 6/23/06 | $4,142.53 | $4,010.13 | 12/18/06 | 966615421 |
| PB2572.1 | 8/30/06 | 9/1/06 | $6,143.53 | $4,300.47 | 12/18/06 | 002193867 |
| PB2649.1 | 10/14/06 | 10/19/06 | $4,405.00 | $4,405.00 | 12/18/06 | NVG6GC-03 |
| PB2673.1 | 9/23/06 | 9/28/06 | $10,826.38 | $4,521.09 | 12/18/06 | JD47HF01 thru 9/25 |
| PB1784.3 | 10/2/06 | 10/6/06 | $5,532.00 | $4,868.02 | 12/18/06 | 7HB3PV01 for 10/2 |
| PB2649.1 | 9/23/06 | 9/29/06 | $9,859.60 | $5,072.45 | 12/18/06 | G9ZHJF thru 9/28 |
| PB1784.3 | 10/7/06 | 10/13/06 | $5,286.00 | $5,286.00 | 12/18/06 | EYH24H01 |
| PB2911.1 | 11/11/06 | 11/15/06 | $9,118.86 | $5,468.00 | 12/18/06 | TG3J3A |
| PB2620.1 | 9/16/06 | 9/19/06 | $7,889.18 | $5,694.36 | 12/18/06 | 824161573 thru 9/18 |
| PB2775.1 | 11/11/06 | 11/17/06 | $6,167.00 | $6,167.00 | 12/18/06 | 4139181 |
| PB2775.1 | 11/4/06 | 11/10/06 | $7,241.48 | $7,241.48 | 12/18/06 | 4139181 |
| PB2572.1 | 9/9/06 | 9/15/06 | $10,388.33 | $7,271.83 | 12/18/06 | 002193867 |
| PB2649.1 | 9/16/06 | 9/21/06 | $10,956.85 | $7,285.97 | 12/18/06 | SNFP2E thru 9/19 |
| PB2572.1 | 9/2/06 | 9/5/06 | $8,575.92 | $7,479.50 | 12/18/06 | 002193867 |
| PB2127.2 | 9/16/06 | 9/21/06 | $10,518.31 | $8,133.49 | 12/18/06 | F82T9W01 |
| 11915.1 | 11/12/06 | 11/17/06 | $8,298.00 | $8,178.68 | 12/18/06 | 30002000/30002378 |
| 11915.1 | 11/4/06 | 11/10/06 | $13,635.32 | $8,606.90 | 12/18/06 | 30002000 |
| PB2775.1 | 10/28/06 | 11/3/06 | $10,074.92 | $10,074.92 | 12/18/06 | 4139181 |
| PB2127.2 | 9/23/06 | 9/29/06 | $10,390.53 | $10,390.53 | 12/18/06 | BNTPLB01-05 |
| PB2620.1 | 9/23/06 | 9/29/06 | $10,756.20 | $10,756.20 | 12/18/06 | 824161573 |
| PB2410.2 | 9/1/06 | 9/1/06 | $881.00 | $881.00 | 12/21/06 | CF6HTN01 |
| PB2410.2 | 9/2/06 | 9/8/06 | $6,203.52 | $6,203.52 | 12/21/06 | CF6HTN01-01/02 |
| PB2410.2 | 9/9/06 | 9/15/06 | $6,241.04 | $6,241.04 | 12/21/06 | CF6HTN01-02/03 |
| PB2212.2 | 7/16/06 | 7/16/06 | $380.00 | $380.00 | 12/26/06 | 023544399 |
| 11793.1 | 9/16/06 | 9/20/06 | $3,524.00 | $1,409.60 | 12/26/06 | DJQ7Y04 thru 9/18 |
| PB2656.1 | 10/3/06 | 10/6/06 | $3,524.00 | $1,902.96 | 12/26/06 | YMR42U01-02 |
| PB2640.1 | 9/23/06 | 9/27/06 | $5,724.44 | $2,834.32 | 12/26/06 | UC1N1V-01 thru 9/24 |
| PB2640.1 | 9/16/06 | 9/17/06 | $3,905.72 | $3,247.99 | 12/26/06 | UC1N1V-01 |
| PB2640.1 | 9/13/06 | 9/15/06 | $5,884.57 | $3,926.70 | 12/26/06 | UC1N1V-01 |
| PB2669.1 | 9/23/06 | 9/26/06 | $8,987.48 | $4,395.92 | 12/26/06 | 5H4RDV01 thru 9/25 |
| 11793.1 | 9/9/06 | 9/15/06 | $6,167.00 | $4,743.20 | 12/26/06 | DJPQ7Y-02/DJPQ7Y03 |
| 11642.1 | 5/23/06 | 5/26/06 | $7,617.49 | $5,332.24 | 12/26/06 | 467236500 |
| PB2640.1 | 9/18/06 | 9/22/06 | $6,915.00 | $6,915.00 | 12/26/06 | UC1N1V-01 |
| PB2775.1 | 10/20/06 | 10/20/06 | $1,383.00 | $436.00 | 1/2/07 | 4139181 |
| 11915.1 | 12/1/06 | 12/1/06 | $881.00 | $881.00 | 1/2/07 | 30002965 |
| 11793.1 | 8/25/06 | 8/25/06 | $2,303.97 | $2,178.97 | 1/2/07 | 5GZ8DD01-02 |
| 11915.1 | 12/2/06 | 12/8/06 | $6,167.00 | $6,167.00 | 1/2/07 | 30002965/30003152 |
| PB2775.1 | 10/14/06 | 10/19/06 | $10,495.56 | $10,000.00 | 1/2/07 | 4139181 |
| PB2598.1 | 9/9/06 | 9/10/06 | $3,654.00 | $600.00 | 1/3/07 | Q4DHLQ01 |
| PB2598.1 | 9/14/06 | 9/15/06 | $2,284.00 | $600.00 | 1/3/07 | PCZ8DH01 |
| PB2598.1 | 9/6/06 | 9/8/06 | $5,594.01 | $900.00 | 1/3/07 | Q4DHLQ01 |
| PB2598.1 | 9/11/06 | 9/13/06 | $4,149.00 | $900.00 | 1/3/07 | Q4DHLQ01 |
| PB2691.1 | 9/30/06 | 9/30/06 | $1,888.24 | $1,510.59 | 1/3/07 | NX5TXC01/8Z8KTZ |
| 11862.1 | 10/31/06 | 11/3/06 | $3,524.00 | $1,994.40 | 1/3/07 | 001516430 |
| PB2598.1 | 9/16/06 | 9/22/06 | $8,174.16 | $2,100.00 | 1/3/07 | PCZ8DH01 |
| PB2691.1 | 10/1/06 | 10/2/06 | $2,766.00 | $2,212.80 | 1/3/07 | NX5TXC01/9WK1QU01 |
| PB2691.1 | 10/3/06 | 10/6/06 | $4,568.00 | $3,654.40 | 1/3/07 | NX5TXC01/9WK1QU01 |
| PB2639.1 | 9/13/06 | 9/15/06 | $6,218.32 | $4,233.46 | 1/3/07 | A6B3GL01 |
| PB2639.1 | 9/23/06 | 9/29/06 | $10,041.88 | $5,805.73 | 1/3/07 | M1D4DW thru 9/27 |
| PB2691.1 | 10/14/06 | 10/20/06 | $7,197.43 | $7,197.43 | 1/3/07 | 9WK1QU01 |
| PB2691.1 | 9/25/06 | 9/29/06 | $9,158.37 | $7,326.70 | 1/3/07 | 8Z8KTZ01 |
| PB2691.1 | 10/7/06 | 10/13/06 | $8,432.80 | $7,446.94 | 1/3/07 | 9WK1QU01 |
| PB2639.1 | 9/16/06 | 9/22/06 | $12,440.12 | $9,952.10 | 1/3/07 | A6B3GL01-02 |
| PB2127.1 | 6/4/06 | 6/9/06 | $8,298.00 | $1,383.00 | 1/5/07 | P7DC3V-01 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|---|---|---|---|---|---|---|
| PB2127.1 | 6/3/06 | 6/3/06 | $2,027.56 | $1,758.88 | 1/5/07 | P7DC3V-01 |
| PB2146.1 | 6/24/06 | 6/29/06 | $7,358.68 | $5,151.08 | 1/5/07 | 917893957 |
| 11616.1 | 5/20/06 | 5/26/06 | $5,286.00 | $5,286.00 | 1/5/07 | 4J3DWW01 |
| 11836.1 | 10/21/06 | 10/27/06 | $6,167.00 | $5,295.24 | 1/5/07 | 4C9P3J |
| PB2023.1 | 5/13/06 | 5/16/06 | $7,955.37 | $5,324.54 | 1/5/07 | STKCPW02-03 |
| PB2127.1 | 5/31/06 | 6/2/06 | $5,474.29 | $5,474.29 | 1/5/07 | P7DC3V-01 |
| 11793.1 | 8/26/06 | 8/30/06 | $8,729.06 | $8,546.06 | 1/5/07 | 5GZ8DD01-02 |
| PB2911.1 | 11/18/06 | 11/20/06 | $4,149.00 | $2,074.50 | 1/9/07 | 7R3P2V01 |
| PB2911.1 | 11/21/06 | 11/24/06 | $4,746.00 | $2,163.50 | 1/9/07 | 5B7ZGG-01 |
| PB2775.1 | 11/9/06 | 11/10/06 | $1,762.00 | $1,762.00 | 1/11/07 | 4139181 |
| 11915.1 | 11/18/06 | 11/19/06 | $2,766.00 | $2,766.00 | 1/11/07 | 30002378 |
| PB3063.1 | 12/11/06 | 12/15/06 | $9,311.21 | $6,848.97 | 1/11/07 | 4187683 |
| 11915.1 | 11/20/06 | 11/24/06 | $7,190.03 | $7,190.03 | 1/11/07 | 30002964 |
| PB2678.1 | 9/23/06 | 9/28/06 | $11,046.70 | $9,873.66 | 1/11/07 | R1YW3K01-03 |
| PB2759.1 | 10/20/06 | 10/27/06 | $881.00 | $528.60 | 1/12/07 | 2142900833/811236916 |
| 4884.2 | 6/3/06 | 6/6/06 | $5,513.55 | $681.54 | 1/12/07 | Q6P2PK01 |
| PB2767.1 | 10/13/06 | 10/13/06 | $1,383.00 | $829.80 | 1/12/07 | 082588496 |
| PB2685.1 | 10/4/06 | 10/6/06 | $2,643.00 | $881.00 | 1/12/07 | 95PLYD01-03 thru 10/5 |
| 11868.1 | 10/27/06 | 10/27/06 | $1,383.00 | $968.77 | 1/12/07 | 591740431 |
| 11891.1 | 11/4/06 | 11/10/06 | $8,919.89 | $1,106.40 | 1/12/07 | R Denied: PY6YHP-01 11/8-10 PHP |
| PB2759.1 | 10/13/06 | 10/13/06 | $1,383.00 | $1,383.00 | 1/12/07 | 2142900916/811236916 |
| PB2678.1 | 9/22/06 | 9/22/06 | $2,744.50 | $1,466.70 | 1/12/07 | R1YW3K01 |
| PB2767.1 | 10/12/06 | 10/12/06 | $2,503.65 | $1,502.19 | 1/12/07 | 082588496 |
| 11852.1 | 10/21/06 | 10/27/06 | $9,074.04 | $1,739.28 | 1/12/07 | LJ2L6H-01 thru 10/22 |
| PB2759.1 | 10/14/06 | 10/20/06 | $8,609.76 | $1,893.58 | 1/12/07 | 2142900816/811236916 thru 10/15 |
| PB2314.1 | 7/15/06 | 7/16/06 | $3,507.84 | $2,010.50 | 1/12/07 | S3PK2N02 |
| 11852.1 | 10/7/06 | 10/13/06 | $13,010.76 | $2,023.11 | 1/12/07 | CQ2MTE01 thru 10/8/06 |
| PB2759.1 | 10/21/06 | 10/25/06 | $3,524.00 | $2,114.40 | 1/12/07 | 811236916 thru 10/24 |
| PB2685.1 | 9/23/06 | 9/26/06 | $7,565.97 | $3,106.72 | 1/12/07 | 95PLYD01-03 |
| PB2767.1 | 10/21/06 | 10/28/06 | $11,101.57 | $3,269.24 | 1/12/07 | 082588496 thru 10/22 |
| PB2314.1 | 7/10/06 | 7/14/06 | $8,899.06 | $3,899.44 | 1/12/07 | S3PK2N02 |
| 11593.1 | 5/20/06 | 5/25/06 | $4,405.00 | $4,405.00 | 1/12/07 | 12272391 thru 5/24 |
| 11897.1 | 11/4/06 | 11/10/06 | $9,680.94 | $4,715.47 | 1/12/07 | 77FTYK01-02 |
| 11852.1 | 10/15/06 | 10/20/06 | $8,298.00 | $4,978.80 | 1/12/07 | LJ2L6H-01 |
| 11805.1 | 10/7/06 | 10/13/06 | $6,167.00 | $5,286.00 | 1/12/07 | 8QSKH-05/07 thru 10/11 |
| PB2759.1 | 10/10/06 | 10/12/06 | $6,163.61 | $6,163.61 | 1/12/07 | 2142900804/811236916 |
| 11868.1 | 10/21/06 | 10/26/06 | $11,046.96 | $7,570.47 | 1/12/07 | 591740431 |
| PB1564.1 | 2/18/06 | 2/24/06 | $11,465.64 | $7,833.45 | 1/12/07 | 6FW2W01 |
| PB2767.1 | 10/14/06 | 10/20/06 | $10,639.40 | $7,944.06 | 1/12/07 | 082588496 |
| 11539.1 | 10/15/05 | 10/21/05 | $8,279.76 | $6,841.93 | 01/09/06&8/4/06 | NQTCTN-01/02 |
| 11464.1 | 10/1/05 | 10/7/05 | $4,671.60 | $3,344.32 | 01/25/06&3/6/06 | 1XLFL1-01/02 |
| 11469.1 | 9/27/05 | 9/30/05 | $5,220.48 | $2,603.92 | 02/06/06&3/6/06 | YJSJ9T-01 thru 9/28/05 |
| 11469.1 | 9/24/05 | 9/26/05 | $3,980.40 | $3,960.12 | 02/06/06&3/6/06 | YJSJ9T-01 |
| PB1141.1 | 11/12/05 | 11/13/05 | $3,323.56 | $2,644.95 | 03/30/06&5/8/06 | 85066233/1643405123 |
| PB1206.1 | 11/26/05 | 12/2/05 | $9,716.08 | $9,716.08 | 04/28/06&11/3/06 | AKP43A-01 |
| PB1206.1 | 12/3/05 | 12/9/05 | $9,587.56 | $5,501.86 | 04/28/06&11/9/06 | AKP43A-01 thru 12/6/05 |
| PB1199.1 | 11/24/05 | 11/25/05 | $2,586.00 | $4,137.60 | 04/28/06&8/4/06 | 587BXZ-01 from 11/25/05 |
| PB1687.1 | 3/27/06 | 3/31/06 | $4,559.44 | $7,323.78 | 05/30/06&7/7/06 | MWD98P01 |
| PB1404.2 | 2/18/06 | 2/21/06 | $2,643.00 | $2,290.60 | 06/05/06&7/3/06 | 3DXHSN-03 |
| PB1404.2 | 2/11/06 | 2/17/06 | $6,167.00 | $3,650.40 | 06/05/06&7/3/06 | 3DXHSN-03 |
| PB2266.1 | 7/1/06 | 7/1/06 | $2,065.17 | $3,742.93 | 07/05/06&11/27/06 | 6Y57HZ-01 |
| 11687.2 | 7/13/06 | 7/14/06 | $3,585.57 | $3,047.73 | 08/14/06&11/20/06 | I9SSWJ01 |
| PB1653.1 | 3/18/06 | 3/24/06 | $6,247.40 | $3,748.44 | 08/28/06&11/2/06 | SMSKWC01/02 |
| PB2008.1 | 5/31/06 | 6/2/06 | $2,643.00 | $693.15 | 08/31/06&12/26/06 | 570650764 |
| 11534.1 | 10/4/05 | 10/7/05 | $5,172.00 | $3,431.56 | 1/30/06 & 4/15/06 | INIZIZ01/SSDCQE-01 |
| PB2287.1 | 7/8/06 | 7/9/06 | $3,518.42 | $2,395.62 | 10/10/06&11/9/06 | XT4BF2N1 |
| 11021.1 | 6/25/05 | 7/1/05 | $9,939.08 | $7,401.05 | 10/13/05&11/10/05 | SB74BB-05 |
| 11034.1 | 7/15/05 | 7/15/05 | $1,479.88 | $1,035.92 | 10/19/05 & 1/17/06 | TJ21PF-01 |
| 11461.1 | 9/14/05 | 9/16/05 | $5,216.53 | $5,159.45 | 11/10/05&1/23/06 | UFBMBJWNC-00 |
| 11250.1 | 7/30/05 | 8/3/05 | $8,996.57 | $6,487.89 | 11/17/05 & 1/17/06 | 3N52TA-01/3LT6KV-01 |
| 11265.1 | 8/13/05 | 8/16/05 | $5,563.48 | $242.81 | 11/21/05&3/02/06 | H82N1S-01 |
| 8832.4 | 1/27/05 | 1/28/05 | $2,994.04 | $2,959.76 | 11/28/05 & 1/6/06 | T3616108007 |
| 8832.4 | 1/18/05 | 1/21/05 | $6,916.52 | $5,694.12 | 11/28/05 & 1/6/06 | T3616108006 |

Pre-Certified Claims - Interest Due and Owing

| Acct # | From | To | Total chgs | Amt. Paid | Date Paid | Cert |
|--------|------|-----|-----------|-----------|-----------|------|
| 8832.4 | 1/29/05 | 2/4/05 | $10,494.40 | $10,421.12 | 11/28/05&1/6/06 | T3616108003 |
| 8832.4 | 2/5/05 | 2/10/05 | $7,746.40 | $7,673.12 | 11/28/2005 & 1/6/06 | T3616108003/4 |
| 10799.1 | 5/21/05 | 5/24/05 | $2,460.00 | $3,936.00 | 12/07/05&12/12/05 | R8Z61R-03 |
| 11805.1 | 9/19/06 | 9/22/06 | $3,783.73 | $6,331.11 | 12/1/06&1/12/07 | 8QSKH-01 |
| 11805.1 | 9/23/06 | 9/29/06 | $6,233.64 | $6,300.26 | 12/18/06&1/12/07 | 8QSKH-01 |
| 10357.3 | 3/8/05 | 3/9/05 | $2,586.00 | $2,586.00 | 8/24/05 & 9/6/05 | 3566593 |
| PB2357.1 | 7/18/06 | 7/21/06 | $6,911.74 | $3,205.87 | 8/29/06&9/29/06 | YXQ3QQ01-02 thru 7/19: **7/20-21 R** |

JS 44 (Rev. 11/05)

**CIVIL COVER SHEET**

**07-80091**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)   **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

**I. (a) PLAINTIFFS**

The Watershed Treatment Programs, Inc.

**(b)** County of Residence of First Listed Plaintiff   Palm Beach
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Eileen L. Parsons, Esq., Ver Ploeg & Lumpkin, P.A.
100 S.E. 2nd Street, Suite 2150, Miami, FL 33131
Tel: 305-577-3996 Fax: 305-577-3558

**DEFENDANTS**

United Healthcare Ins. Co., Inc., United Behavioral Health, Inc., and Inge Fix

**CIV-MIDDLEBROOKS**

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.   **MAGISTRATE JUDGE**
**JOHNSON**

Attorneys (If Known)

**(d)** Check County Where Action Arose:  ☐ MIAMI- DADE  ☐ MONROE  ☐ BROWARD  ☑ PALM BEACH  ☐ MARTIN  ☐ ST. LUCIE  ☐ INDIAN RIVER  ☐ OKEECHOBEE  HIGHLANDS

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

*WTP - 07cv80091 DMM/Johnson*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☑ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| ☑ 190 Other Contract | | | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. RELATED/RE-FILED CASE(S).**
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO      b) Related Cases ☐ YES ☐ NO
JUDGE _____   DOCKET NUMBER _____

**VII. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. § 1332 - Claims by healthcare provider against insurer for denial of claims/fraud/conspiracy.
LENGTH OF TRIAL via 5 - 7 days estimated (for both sides to try entire case)

**VIII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23      DEMAND $ _____      CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE

SIGNATURE OF ATTORNEY OF RECORD   _Eileen Parsons_   DATE   1-30-2007

FOR OFFICE USE ONLY
AMOUNT $ 350   RECEIPT # 953894
01/30/07